AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA
Richmond Division

DONNA K. SOUTTER

### SUMMONS IN A CIVIL ACTION

V.

EQUIFAX INFORMATION SERVICES, LLC.

CASE NUMBER: 3:10CV107

TO: (Name and address of Defendant)

EQUIFAX INFORMATON SERVICES, LLC.
SERVE: Corporation Services Company, Registered Agent
11 S. 12th Street
Richmond, VA 23218

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite100
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 facsimile

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

FEB 1 7 2010

CLERK                                   DATE

(By) DEPUTY CLERK