AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of Richmond Division | VIRGINIA |
|---|---|---|

DONNA K. SOUTTER

V.

**SUMMONS IN A CIVIL ACTION**

EQUIFAX INFORMATION SERVICES, LLC.

CASE NUMBER:   3:10CV107

TO: (Name and address of Defendant)

EQUIFAX INFORMATON SERVICES, LLC.
SERVE:  Corporation Services Company, Registered Agent
11 S. 12th Street
Richmond, VA 23218

FILED
MAR 17 2010
CLERK, U.S. ... COURT
... VA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite100
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 facsimile

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

DATE  FEB 17 2010

CLERK

(By) DEPUTY CLERK

228655

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

    (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

    Beverley L. Crump         Rene Nordquist          Meda Sterrett
    Nicole T. McCallum        Gwenda Peters           Linda B. Liles
    Amy Tarker                Christine Smiley        Kari Childress
    John Isom

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 5th day of January 2010.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5 day of January 2010, by George A. Massih III.

_____
Notary Public

My Commission Expires: 8-5-2012

[Notary Seal: JANET B. WOZNICKI, APPOINTED AUGUST 5, 2008, TERM 4 YEARS, NOTARY PUBLIC, DELAWARE]

228855-1 3/19

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

in the:

SERVICE OTHER THAN BY VIRGINIA SHERIFF

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

STATE/COMMONWEALTH OF: VA

228855 - 1

DONNA K. SOUTTER

) CASE NO:

In re / v.

EQUIFAX INFORMATION SERVICES, LLC.

) **3:10CV107**

---

**PERSON FOUND IN CHARGE EQUIFAX INFORMATION SERVICES, LLC.**
**CORPORATION SERVICE COMPANY, REGISTERED AGENT**
**11 S. 12TH STREET, RICHMOND, VA 23218**

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: SUMMONS IN A CIVIL ACTION
COMPLAINT

(CLASS COMPLAINT)

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:   2/23/2010 @ 11:45 AM

METHOD OF SERVICE:

Being unable to make personal service, a copy was delivered in the following manner:

Delivered to person found in charge of usual place of business or employment during business hours and giving information of its purport Service accepted by:

**RENE NORDQUIST, AUTHORIZED RECIPIENT**

Dated: 2/24/2010    Signature
Name: LARAINE NICOLE JOHNSON

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
LARAINE NICOLE JOHNSON
who is personally known to me.
Date: 2/24/2010
My commission expire 10/31/2011

Signature of Notary Public:   CRYSTAL M. C. KLEIBER, REG. #329597

CRYSTAL M. C. KLEIBER, REG. #329597
Notary Public
Commonwealth of Virginia
My Commission Expires: 10/31/2011

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DONNA WINTERS

228855 - 1