

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL RULE 83.1(D)**

In Case Number <u>3:10cv107</u> Name <u>Donna K. Soutter, et al. v. Equifax Information Services LLC</u>
To: The Honorable Judges of the United States District Court for the Eastern District of Virginia
PERSONAL STATEMENT

FULL NAME (no initials, please)_____<u>John Anthony Love</u>_____
Bar Identification Number <u>459155</u>_____State <u>Georgia</u>_____
Firm Name <u>King & Spalding, LLP</u>_____
Firm Phone # <u>404-572-4600</u>____Direct Dial #<u>404-215-5913</u>_____FAX #<u>404-572-5100</u>____
E-Mail Address_____<u>tlove@kslaw.com</u>_____
Office Mailing Address <u>1180 Peachtree Street, Atlanta, Georgia 30309</u>_____
Name(s) of federal court(s) in which I have been admitted <u>USDC, Northern District of GA; Supreme Court of Georgia, Georgia Court of Appeals; USCA for 1st, 3rd, 4th, 6th, 7th and 9th Circuits, United States Supreme Court; USDC, Western District of Michigan, Northern District of Illinois, Central District of Illinois and Southern District of Florida</u>

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that within ninety (90) days prior to the submission of this application I have read (a) The Federal Rules of Civil Procedure, (b) The Federal Rules of Criminal Procedure, (c) The Local Rules of this Court and (d) The Federal Rules of Evidence.

I am __ am not X a full-time employee of the United States of America, and if so, request exemption form the admission fee.

_____
(Applicant's Signature) J. Anthony Love

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____  Date <u>3/19/2010</u>
(Signature)
<u>John W. Montgomery, Jr.</u>
(Typed or Printed Name)

---

Court Use Only:

Clerk's $50.00 Fee Paid ✓ _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)_____ Date_____

ATLLIB01 2024981 1
ATL_IMANAGE-6843050.1