UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DONNA K. SOUTTER and TONY L. WEBB, For themselves and on behalf of all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:10CV107 |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO CLASS ACTION COMPLAINT**

COMES NOW Defendant Equifax Information Services LLC ("Equifax"), by counsel, and files this Agreed Motion for Extension of Time to Answer or Respond to Class Action Complaint as follows:

1. Plaintiff's Amended Complaint was filed on February 26, 2010.

2. Equifax was served with the Amended Complaint on March 12, 2010.

3. This case involves class action claims as well as an individual claim. Equifax is still reviewing the allegations and conducting an investigation into the allegations in order to prepare its answer. Accordingly, Equifax respectfully requests an extension through and including April 1 within which to file its answer or other responsive pleading in this matter. Plaintiff agrees to this extension.

4. A proposed Consent Order is filed contemporaneously herewith.

WHEREFORE, Equifax respectfully requests that this motion be granted.

This 24th day of March, 2010.

                    EQUIFAX INFORMATION SERVICES LLC

                    /s/
                    John W. Montgomery, Jr.
                    Virginia State Bar No. 37149
                    Counsel for Equifax Information Services, LLC
                    MONTGOMERY & SIMPSON, LLP
                    2116 Dabney Road, Suite A-1
                    Richmond, Virginia 23230
                    Telephone: (804) 355-8744
                    Facsimile: (804) 355-8748
                    Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I certify that on March 24, 2010, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of the filing to all counsel as listed below and that the non CM/ECF participants have been provided notice by United States Mail.

Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel For Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com