UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | |
|---|---|
| DONNA K. SOUTTER and TONY L. WEBB, <br> For themselves and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:10CV107 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT ORDER ON AGREED MOTION FOR EXTENSION OF TIME

This cause, having come before this Court on the Agreed Motion for Extension of Time to Answer or Respond to Class Action Complaint filed by Defendant Equifax Information Services LLC ("Equifax"), for an extension of time within which Equifax and may answer, move or otherwise respond to Plaintiff's Complaint, through and including April 1, 2010, and Plaintiff having agreed to the extension, it is, therefore:

*REP 3/24/10*

ORDERED that the motion is granted and Equifax shall have through and including April 1, 2010 within which to answer, move and or otherwise respond to Plaintiff's Complaint.

SO ORDERED, this the 24th day of March, 2010.

/s/ REP
Judge, United States District Court
Robert E. Payne

5757566
ATL_IMANAGE-6849192.1

1





CONSENTED TO BY:

/s/ *(signature)*

Leonard A. Bennett
Matthew James Erausquin
COUNSEL FOR PLAINTIFF
Consumer Litigation Associates PC
3615-H Chain Bridge Rd
Fairfax, VA 22030
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

I ASK FOR THIS:

*/s/ John W. Montgomery, Jr.*

John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com

3