

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL RULE 83.1(D)**

In Case Number <u>3:10cv107</u> Name <u>Donna K. Soutter, et al. v. Equifax Information Services LLC</u>

Party Represented by Applicant: <u>Equifax Information Services LLC</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please)_____<u>Barry Goheen</u>

Bar Identification Number <u>299203</u>_____State <u>Georgia</u>

Firm Name <u>King & Spalding, LLP</u>

Firm Phone # <u>404-572-4600</u>_____Direct Dial # <u>404-572-4618</u>_____FAX # <u>404-572-5100</u>

E-Mail Address_____<u>BGoheen@kslaw.com</u>

Office **Mailing** Address <u>1180 Peachtree Street, Atlanta, Georgia 30309</u>

Name(s) of federal court(s) in which I have been admitted: <u>United States District Courts for the Middle District of Georgia, Northern District of Georgia, Middle District of Tennessee, and the Western District of Wisconsin, State of Georgia, State of Tennessee, United States Courts of Appeal for the 1st Circuit Court of Appeals, 4th Circuit Court of Appeals, 6th Circuit Court of Appeals, and the 11th Circuit Court of Appeals</u>

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that within ninety (90) days prior to the submission of this application I have read (a) The Federal Rules of Civil Procedure, (b) The Federal Rules of Criminal Procedure, (c) The Local Rules of this Court and (d) The Federal Rules of Evidence.

I am _ am not <u>X</u> a full-time employee of the United States of America, and if so, request exemption form the admission fee.

_____
(Applicant's Signature) Barry Goheen

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____     Date <u>3/19/2010</u>
(Signature)

<u>John W. Montgomery Jr.</u>
(Typed or Printed Name)

---

Court Use Only:

Clerk's $50.00 Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED ___X___ or DENIED _____
(Judge's Signature) /s/ _____ Date March 24, 2010

Robert F. Payne
Senior United States District Judge

ATLLIB01 2024981.1

MAR 2 5 2010