

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL RULE 83.1(D)

In Case Number 3:10cv107 Name Donna K. Soutter, et al. v. Equifax Information Services LLC
Party Represented by Applicant: Equifax Information Services LLC
To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)    Keasha Ann Broussard
Bar Identification Number 100142                          State Georgia
Firm Name King & Spalding, LLP
Firm Phone # 404-572-4600    Direct Dial # 404-215-5725    FAX # 404-572-5100
E-Mail Address    ABroussard@kslaw.com
Office Mailing Address 1180 Peachtree Street, Atlanta, Georgia 30309

Name(s) of federal court(s) in which I have been admitted: State Bar of Georgia, Northern District of Georgia, Northern District of Alabama, Middle District of Alabama, Southern District of Alabama, Northern District of Illinois, Fourth Circuit Court of Appeals and State Bar of Alabama

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that within ninety (90) days prior to the submission of this application I have read (a) The Federal Rules of Civil Procedure, (b) The Federal Rules of Criminal Procedure, (c) The Local Rules of this Court and (d) The Federal Rules of Evidence.

I am _ am not X a full-time employee of the United States of America, and if so, request exemption form the admission fee.

_____
(Applicant's Signature) Keasha Ann Broussard

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____      Date  3/19/2010
(Signature)
John W. Montgomery, Jr.
(Typed or Printed Name)

Court Use Only:

Clerk's $50.00 Fee Paid  ✓   or Exemption Granted _____

The motion for admission is GRANTED  X   or DENIED _____

(Judge's Signature)     /s/          /REP/     Date  March 24, 2010
          Robert E. Payne
          Senior United States District Judge

ATLLIB01 2024981 1
ATL_IMANAGE-6843047.1