# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL RULE 83.1(D)

In Case Number **3:10cv107** Name **Donna K. Soutter, et al. v. Equifax Information Services LLC**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) **John Anthony Love**
Bar Identification Number **459155**                                    State **Georgia**
Firm Name **King & Spalding, LLP**
Firm Phone # **404-572-4600**   Direct Dial # **404-215-5913**    FAX # **404-572-5100**
E-Mail Address **tlove@kslaw.com**
Office Mailing Address **1180 Peachtree Street, Atlanta, Georgia 30309**
Name(s) of federal court(s) in which I have been admitted **USDC, Northern District of GA; Supreme Court of Georgia, Georgia Court of Appeals; USCA for 1st, 3rd, 4th, 6th, 7th and 9th Circuits, United States Supreme Court; USDC, Western District of Michigan, Northern District of Illinois, Central District of Illinois and Southern District of Florida**

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that within ninety (90) days prior to the submission of this application I have read (a) The Federal Rules of Civil Procedure, (b) The Federal Rules of Criminal Procedure, (c) The Local Rules of this Court and (d) The Federal Rules of Evidence.

I am _ am not X a full-time employee of the United States of America, and if so, request exemption form the admission fee.

(Applicant's Signature) J. Anthony Love

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                                   Date **3/19/2010**
**John W. Montgomery, Jr.**
(Typed or Printed Name)

---

Court Use Only:

Clerk's $50.00 Fee Paid ✓ or Exemption Granted _____

The motion for admission is GRANTED **X** or DENIED _____

(Judge's Signature)       /s/      REP       Date **March 24, 2010**
Robert E. Payne
Senior United States District Court

ATLLIB01 2024981 1
ATL_IMANAGE-6843050.1

