# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

DONNA K. SOUTTER and TONY L. WEBB,
on behalf of themselves and
those similarly situated,

    Plaintiffs,

v.                                      Civil Action No. 3:10CV00107(REP)

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC
## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Equifax Information Services LLC and submits the following corporate disclosure statement:

Equifax Information Services LLC is a wholly owned subsidiary of Equifax Inc. Equifax Inc. is publicly traded on the New York Stock Exchange.

Respectfully submitted this 26th day of March, 2010.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-la.w.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of March, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Consumer Litigation Associates
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
***Counsel for Plaintiff***


/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com