UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DONNA K. SOUTTER,
For herself and on behalf of all
similarly situated individuals,

    Plaintiff,
v.                                           Civil Action No. 3:10CV00107(REP)

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DONNA K. SOUTTER,
For herself and on behalf of all
similarly situated individuals,

    Plaintiff,
v.                                           Civil Action No. 3:09CV00695 (HEH)

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
### MOTION TO CONSOLIDATE CASES

Defendant, Equifax Information Services LLC ("EIS"), pursuant to Federal Rule of Civil Procedure 42(a), moves to consolidate for all purposes, including discovery and trial, the respective above-styled actions brought by Plaintiff Donna Soutter. The reasons for this Motion are set forth more fully in EIS's supporting memorandum of law filed contemporaneously herewith.

Respectfully submitted this 26th day of March, 2010.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of March, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Consumer Litigation Associates
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
***Counsel for Plaintiff***

Joseph W. Clark
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
***Counsel for Defendant Experian Information Solutions, Inc.***

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com