**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**DONNA K. SOUTTER  and**
**TONY LEE WEBB,**
**For themselves and on behalf of all**
**similarly situated individuals.**

        **Plaintiff,**

**v.**                                CIVIL ACTION NO. 3:10-cv-00107

**EQUIFAX INFORMATION SERVICES, LLC.**

        **Defendant.**

## PLAINTIFFS' CONSENTED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO CONSOLIDATE

COMES NOW, the Plaintiffs, **DONNA K. SOUTTER** and **TONY LEE WEBB**, on

behalf of themselves and all similarly situated individuals, and pursuant to Fed. R. Civ. P.

6(b)(2), they move the Court for an enlargement of time to respond to Defendant's Motion to

Consolidate cases for two additional business days with filing on April 13, 2010.

        **DONNA K. SOUTTER  and**
        **TONY LEE WEBB,**
        *for themselves and on behalf of all*
        *similarly situated individuals.*

        _____/s/_____
        Leonard A. Bennett, Esq.
        VSB #37523
        Attorney for Plaintiff
        CONSUMER LITIGATION ASSOCIATES, P.C.
        12515 Warwick Boulevard, Suite 100
        Newport News, Virginia 23606
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**John Willard Montgomery , Jr.**
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
Email: jmontgomery@jwm-law.com

**Barry Goheen**
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
 (404) 572-4618
Fax: (404) 572-5142

**John Anthony Love**
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
404-215-5913
Fax: 404-572-5100
Email: tlove@kslaw.com

**Keasha Ann Broussard**
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
404-215-5725
Fax: 404-572-5100
Email: abroussard@kslaw.com

_____/s/_____

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net