UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER and
TONY LEE WEBB,
For themselves and on behalf of all
similarly situated individuals.

        Plaintiff,

v.                              CIVIL ACTION NO. 3:10-cv-00107

EQUIFAX INFORMATION SERVICES, LLC.

        Defendant.

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF CONSENTED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO CONSOLIDATE

COMES NOW, the Plaintiffs, **DONNA K. SOUTTER** and **TONY LEE WEBB**, on behalf of themselves and all similarly situated individuals, and in support of their Fed. R. Civ. P. 6(b)(2) motion for an enlargement of time to respond to Defendant's Motion to Consolidate cases for two additional business days with filing on April 13, 2010, they state as follows:

Plaintiffs have sought and received the consent of Defendant Equifax Information Services, L.L.C. to this Motion.

Defendant served its Motion to Consolidate this case with that of one filed by one of the Plaintiffs in this matter on March 26, 2010. That motion was set for response within counsel's computer for Monday, April 12, 2010, rather than its correct date, Friday, April 9, 2010. Plaintiffs ask for enlargement in order to file their opposition to the Motion to Consolidate no later than Tuesday, April 13, 2010.

**DONNA K. SOUTTER and**
**TONY LEE WEBB,**
*for themselves and on behalf of all*
*similarly situated individuals.*

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**John Willard Montgomery , Jr.**
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
Email: jmontgomery@jwm-law.com

**Barry Goheen**
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
 (404) 572-4618
Fax: (404) 572-5142

**John Anthony Love**
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
404-215-5913

Fax: 404-572-5100
Email: tlove@kslaw.com

**Keasha Ann Broussard**
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
404-215-5725
Fax: 404-572-5100
Email: abroussard@kslaw.com

/s/

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net