**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| DONNA K. SOUTTER and TONY L. WEBB ) <br> *on behalf of themselves and those similarly situated* ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EQUIFAX INFORMATION SERVICES, LLC ) <br> ) <br>     Defendant. ) | Civil Action <br> No. 3:10cv00107-REP |

**NOTICE OF APPEARANCE**

Plaintiffs Donna K. Soutter and Tony L. Webb, by counsel, file this Notice of Appearance and hereby notify this Honorable Court and opposing counsel that Matthew J. Erausquin will serve as Plaintiffs' counsel in this matter.

                                   Respectfully submitted,
                                   **DONNA K. SOUTTER AND**
                                   **TONY L. WEBB**,

                                   _____/s/_____
                                   MATTHEW J. ERAUSQUIN, VSB#65434
                                   Counsel for the Plaintiffs
                                   Consumer Litigation Associates, P.C.
                                   1800 Diagonal Road, Suite 600
                                   Alexandria, VA 22314
                                   Tel:    703-273-7770
                                   Fax:   888-892-3512
                                   matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of April, 2010 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John Anthony Love
King & Spalding
1180 Peachtree St NE
Atlanta, GA 30309-3521
TLove@KSLAW.com

                                                  /s/
                                    MATTHEW J. ERAUSQUIN, VSB#65434
                                    Counsel for the Plaintiffs
                                    Consumer Litigation Associates, P.C.
                                    1800 Diagonal Road, Suite 600
                                    Alexandria, VA 22314
                                    Tel:    703-273-7770
                                    Fax:   888-892-3512
                                    matt@clalegal.com