IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:10cv107

EQUIFAX INFORMATION SERVICES,
INC.,

    Defendant.

**ORDER**

Having reviewed the PLAINTIFFS' CONSENTED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO CONSOLIDATE (Docket No. 19), it is hereby ORDERED that the motion is granted. It is further ORDERED that the plaintiffs shall file their responses to DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO CONSOLIDATE CASES by April 13, 2010.

    It is so ORDERED.

                                        /s/
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: April 14, 2010