IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
et al.,

    Plaintiffs,

v.       Civil Action No. 3:10cv107

EQUIFAX INFORMATION SERVICES,
INC.,

    Defendant.



**ORDER**

Having reviewed the NOTICE OF WITHDRAWAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO CONSOLIDATE CASES (Docket No. 24), it is hereby ORDERED that DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO CONSOLIDATE CASES (Docket No. 17) is denied as moot.

It is so ORDERED.

                      /s/   REP
                Robert E. Payne
                Senior United States District Judge

Richmond, Virginia
Date: April 23, 2010