UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DONNA K. SOUTTER and
TONY LEE WEBB,
   on behalf of themselves and those
   similarly situated,

     Plaintiffs,

v.                                    Civil Action No. 3:10CV00107(REP)

EQUIFAX INFORMATION SERVICES LLC,

     Defendant.

NOTICE OF APPEARANCE

Robin A. Abbott, Esq., of Consumer Litigation Associates, P.C., 12515 Warwick Blvd., Suite 100, Newport News, VA 23606 hereby notes her appearance as counsel in this case on behalf of the Plaintiffs.

Please copy her with all matters in this case.

                                    DONNA K. SOUTTER and
                                    TONY LEE WEBB,

                                    _____/s/_____
                                    Robin A. Abbott, Esq.
                                    VSB #46596
                                    Attorney for Plaintiffs
                                    CONSUMER LITIGATION
                                    ASSOCIATES, P.C.
                                    12515 Warwick Boulevard, Suite 100
                                    Newport News, Virginia 23606
                                    (757) 930-3660 - Telephone
                                    (757) 930-3662 – Facsimile
                                    rabbottlaw@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2010, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John Willard Montgomery , Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
(804) 355-8744
Email: jmontgomery@jwm-law.com

Barry Goheen
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
 (404) 572-4618
Fax: (404) 572-5142

John Anthony Love
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
404-215-5913
Fax: 404-572-5100
Email: tlove@kslaw.com

Keasha Ann Broussard
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
404-215-5725
Fax: 404-572-5100
Email: abroussard@kslaw.com

                                              /s/
                                     Robin A. Abbott, Esq.
                                     VSB #46596
                                     Attorney for Plaintiffs
                                     CONSUMER LITIGATION
                                     ASSOCIATES, P.C.
                                     12515 Warwick Boulevard, Suite 100
                                     Newport News, Virginia 23606
                                     (757) 930-3660 - Telephone
                                     (757) 930-3662 – Facsimile
                                     rabbottlaw@msn.com