IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DONNA K. SOUTTER,
et al.,

    Plaintiffs,

v.                                Civil Action No. 3:10cv107

EQUIFAX INFORMATION SERVICES,
INC.,

    Defendant.

**ORDER**

Having reviewed the AGREED MOTION FOR LEAVE TO FILE AMENDED ANSWER TO AMENDED CLASS COMPLAINT (Docket No. 28), it is hereby ORDERED that the motion is granted. It is further ORDERED that the defendant shall file his Amended Answer and any other motions with respect to the Amended Complaint by May 10, 2010.

    It is so ORDERED.

                                                  /s/   REP
                                             Robert E. Payne
                                             Senior United States District Judge

Richmond, Virginia
Date: April 29, 2010