IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
For herself and on behalf
of all similarly situated
individuals, et al.,

    Plaintiff,

v.                        Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

## ORDER

It is hereby ORDERED that oral argument on the MOTION OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO TRANSFER VENUE TO THE WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION, OR IN THE ALTERNATIVE, TO SEVER PLAINTIFFS' CLAIMS AND TRANSFER MR. WEBB'S CLAIMS TO THE WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION (Docket No. 31) is scheduled for 3:00 p.m. July 15, 2010.

It is so ORDERED.

                                          /s/   REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: May 21, 2010