IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
For herself and on behalf
of all similarly situated
individuals, et al.,

    Plaintiff,

v.      Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

## ORDER

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Scheduling Order are referred to United States Magistrate Judge M. Hannah Lauck. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Lauck within five (5) days of the date of this Order to schedule the conference to occur within the fifty-day period required by paragraph 3 of the Scheduling Order or at such other time as Magistrate Judge Lauck shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Lauck.

It is so ORDERED.

                                            /s/        REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: May 21, 2010