



Colorado Deals SAVE up to 30%

Welcome Len (Not Len ?) Sign in | My Trips | My Account | Traveler Update | Customer Support

Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities | Deals

ORBITZ MATRIX DISPLAY

**My Search**

NO FLIGHT BOOKING FEES + PRICE ASSURANCE
UNBEATABLE VALUE
Learn more

Find flights by: Airline Stops Price

| | AirTran Airways | Delta Air Lines |
|---|---|---|
| Non-stop | $117 total $127 see below | $118 total $128 see below |
| 1 stop | The lowest fare is shown above. Still want more options? Show all flights | |

Fares are per person in US dollars, using e-tickets. Total fare includes airfare taxes and fees .
Additional baggage charges may apply.
Some itineraries require paper tickets with an additional charge. Changes after booking are subject to change fees.

Sort flights by: **Lowest price** Departure time Shortest flight

Airport codes

Showing **non-stop flights** (34 flights out of 34 total)

Select **$117** + $10 taxes & fees = $127 USD per person
NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **AirTran Airways 248**
Depart:**8:40am** Atlanta, GA (ATL)
Arrive:**10:13am** Richmond, VA (RIC)
**Non-stop** Economy | 1hr 33min | Boeing 717

Select **$117** + $10 taxes & fees = $127 USD per person
NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **AirTran Airways 902**
Depart:**9:15am** Atlanta, GA (ATL)
Arrive:**10:54am** Hampton/Newport News/Williamsburg, VA (PHF)
**Non-stop** Economy | 1hr 39min | Boeing 717

Select **$117** + $10 taxes & fees = $127 USD per person
NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **AirTran Airways 234**
Depart:**1:09pm** Atlanta, GA (ATL)
Arrive:**2:39pm** Richmond, VA (RIC)
**Non-stop** Economy | 1hr 30min | Boeing 717

Select **$117** + $10 taxes & fees = $127 USD per person
NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **AirTran Airways 222**
Depart:**1:24pm** Atlanta, GA (ATL)
Arrive:**2:58pm** Hampton/Newport News/Williamsburg, VA (PHF)
**Non-stop** Economy | 1hr 34min | Boeing 717

Select **$117** + $10 taxes & fees = $127 USD per person
NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **AirTran Airways 909**
Depart: **5:36pm** Arrive: **7:19pm**
Atlanta, GA (ATL)
Hampton/Newport News/Williamsburg, VA (PHF)
**Non-stop** Economy | 1hr 43min | Boeing 717

Select **$117** + $10 taxes & fees = $127 USD per person
NO BOOKING FEES PRICE ASSURANCE
Leave **Thu, Jul 15** **AirTran Airways 241**
Depart: **5:45pm** Arrive: **7:23pm**
Atlanta, GA (ATL)
Richmond, VA (RIC)
**Non-stop** Economy | 1hr 38min | Boeing 717

Select **$117** + $10 taxes & fees = $127 USD per person
NO BOOKING FEES PRICE ASSURANCE
Leave **Thu, Jul 15** **AirTran Airways 906**
Depart: **9:10pm** Arrive: **10:48pm**
Atlanta, GA (ATL)
Hampton/Newport News/Williamsburg, VA (PHF)
**Non-stop** Economy | 1hr 38min | Boeing 717

Select **$117** + $10 taxes & fees = $127 USD per person
NO BOOKING FEES PRICE ASSURANCE
Leave **Thu, Jul 15** **AirTran Airways 237**
Depart: **9:26pm** Arrive: **11:02pm**
Atlanta, GA (ATL)
Richmond, VA (RIC)
**Non-stop** Economy | 1hr 36min | Boeing 717

Select **$118** + $10 taxes & fees = $128 USD per person
NO BOOKING FEES PRICE ASSURANCE
Leave **Thu, Jul 15** **Delta Air Lines 1334**
Depart: **7:30am** Arrive: **9:05am**
Atlanta, GA (ATL)
Richmond, VA (RIC)
**Non-stop** Economy | 1hr 35min | Boeing Douglas MD-88 | View seats

Select **$118** + $10 taxes & fees = $128 USD per person
NO BOOKING FEES PRICE ASSURANCE
Leave **Thu, Jul 15** **Delta Air Lines 1324**
Depart: **9:52am** Arrive: **11:39am**
Atlanta, GA (ATL)
Richmond, VA (RIC)
**Non-stop** Economy | 1hr 47min | Boeing Douglas MD-88 | View seats

Select **$118** + $10 taxes & fees = $128 USD per person
NO BOOKING FEES PRICE ASSURANCE
Leave **Thu, Jul 15** **Delta Air Lines 2399**
Depart: **12:35pm** Arrive: **2:10pm**
Atlanta, GA (ATL)
Richmond, VA (RIC)
**Non-stop** Economy | 1hr 35min | Boeing Douglas MD-88 | View seats

Select **$118** + $10 taxes & fees = $128 USD per person
NO BOOKING FEES PRICE ASSURANCE
Leave **Thu, Jul 15** **Delta Air Lines 1890**
Depart: **1:42pm** Arrive: **3:19pm**
Atlanta, GA (ATL)
Richmond, VA (RIC)
**Non-stop** Economy | 1hr 37min | Boeing Douglas MD-88 | View seats



Select **$118** + $10 taxes & fees = $128 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 1014**

Depart:**3:06pm** Arrive:**4:49pm** Atlanta, GA (ATL) Richmond, VA (RIC)

**Non-stop** Economy | 1hr 43min | Boeing Douglas MD-88 | View seats

Select **$118** + $10 taxes & fees = $128 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 1119**

Depart:**4:45pm** Arrive:**6:25pm** Atlanta, GA (ATL) Richmond, VA (RIC)

**Non-stop** Economy | 1hr 40min | Boeing Douglas MD-88 | View seats

Select **$118** + $10 taxes & fees = $128 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 1172**

Depart:**7:17pm** Arrive:**9:00pm** Atlanta, GA (ATL) Richmond, VA (RIC)

**Non-stop** Economy | 1hr 43min | Boeing 737 | View seats

Select **$119** + $10 taxes & fees = $129 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5270**
**operated by ASA DBA DELTA CONNECTION**

Depart:**8:20am** Arrive:**10:02am** Atlanta, GA (ATL) Hampton/Newport News/Williamsburg, VA (PHF)

**Non-stop** Economy | 1hr 42min | Canadair 700 | View seats

Select **$119** + $10 taxes & fees = $129 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5131**
**operated by ASA DBA DELTA CONNECTION**

Depart:**10:45am** Arrive:**12:28pm** Atlanta, GA (ATL) Hampton/Newport News/Williamsburg, VA (PHF)

**Non-stop** Economy | 1hr 43min | Canadair 700 | View seats

Select **$119** + $10 taxes & fees = $129 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5042**
**operated by ASA DBA DELTA CONNECTION**

Depart:**12:11pm** Arrive:**1:45pm** Atlanta, GA (ATL) Hampton/Newport News/Williamsburg, VA (PHF)

**Non-stop** Economy | 1hr 34min | Canadair 700 | View seats

Select **$119** + $10 taxes & fees = $129 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5385**
**operated by ASA DBA DELTA CONNECTION**

Depart:**1:46pm** Arrive:**3:29pm** Atlanta, GA (ATL) Hampton/Newport News/Williamsburg, VA (PHF)

**Non-stop** Economy | 1hr 43min | Canadair 700 | View seats

**Act fast! Only 5 tickets left at this price!**

Select **$119** + $10 taxes & fees = $129 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5104**
**operated by ASA DBA DELTA CONNECTION**

Depart:**3:30pm** Arrive:**5:10pm** Atlanta, GA (ATL) Hampton/Newport News/Williamsburg, VA (PHF)

**Non-stop** Economy | 1hr 40min | Canadair 900 | View seats

Select **$119** + $10 taxes & fees = $129 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5124**
**operated by ASA DBA DELTA CONNECTION**

Depart:**4:45pm** Arrive:**6:31pm** Atlanta, GA (ATL) Hampton/Newport News/Williamsburg, VA (PHF)

**Non-stop** Economy | 1hr 46min | Canadair 700 | View seats

Select **$119** + $10 taxes & fees = $129 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 1322**

Depart:**7:29pm** Arrive:**9:15pm** Atlanta, GA (ATL) Hampton/Newport News/Williamsburg, VA (PHF)

**Non-stop** Economy | 1hr 46min | Boeing Douglas MD-88 | View seats

Select **$119** + $10 taxes & fees = $129 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 4380**
**operated by PINNACLE DBA DELTA CONNECTION**

Depart:**9:58pm** Arrive:**11:40pm** Atlanta, GA (ATL) Hampton/Newport News/Williamsburg, VA (PHF)

**Non-stop** Economy | 1hr 42min | Canadair 900 | View seats

Select **$188** + $10 taxes & fees = $198 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 1096**

Depart:**9:37pm** Arrive:**11:20pm** Atlanta, GA (ATL) Richmond, VA (RIC)

**Non-stop** Economy | 1hr 43min | Boeing Douglas MD-88 | View seats

Select **$229** + $10 taxes & fees = $239 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5349**
**operated by ASA DBA DELTA CONNECTION**

Depart:**7:26am** Arrive:**9:05am** Atlanta, GA (ATL) Norfolk, VA (ORF)

**Non-stop** Economy | 1hr 39min | Canadair 900 | View seats

Select **$229** + $10 taxes & fees = $239 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 1234**

Depart:**9:52am** Arrive:**11:40am** Atlanta, GA (ATL) Norfolk, VA (ORF)

**Non-stop** Economy | 1hr 48min | Boeing Douglas MD-88 | View seats

Select **$229** + $10 taxes & fees = $239 USD per person NO BOOKING FEES PRICE ASSURANCE



Leave | Thu, Jul 15 | Delta Air Lines 566
Depart: 12:23pm | Atlanta, GA (ATL)
Arrive: 2:00pm | Norfolk, VA (ORF)
Non-stop | Economy | 1hr 37min | Boeing Douglas MD-88 | View seats

Select **$229** + $10 taxes & fees = $239 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave | Thu, Jul 15 | Delta Air Lines 1656
Depart: 3:00pm | Atlanta, GA (ATL)
Arrive: 4:43pm | Norfolk, VA (ORF)
Non-stop | Economy | 1hr 43min | Boeing Douglas MD-88 | View seats

Select **$229** + $10 taxes & fees = $239 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave | Thu, Jul 15 | Delta Air Lines 1238
Depart: 4:35pm | Atlanta, GA (ATL)
Arrive: 6:19pm | Norfolk, VA (ORF)
Non-stop | Economy | 1hr 44min | Boeing Douglas MD-88 | View seats

Select **$229** + $10 taxes & fees = $239 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave | Thu, Jul 15 | Delta Air Lines 117
Depart: 6:56pm | Atlanta, GA (ATL)
Arrive: 8:40pm | Norfolk, VA (ORF)
Non-stop | Economy | 1hr 44min | Boeing Douglas MD-88 | View seats

Select **$229** + $10 taxes & fees = $239 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave | Thu, Jul 15 | Delta Air Lines 2095
Depart: 10:00pm | Atlanta, GA (ATL)
Arrive: 11:46pm | Norfolk, VA (ORF)
Non-stop | Economy | 1hr 46min | Boeing Douglas MD-88 | View seats

Select **$454** + $11 taxes & fees = $465 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave | Thu, Jul 15 | Delta Air Lines 5531
operated by ASA DBA DELTA CONNECTION
Depart: 10:07am | Atlanta, GA (ATL)
Arrive: 11:55am | Charlottesville, VA (CHO)
Non-stop | Economy | 1hr 48min | Canadair | View seats

Select **$454** + $11 taxes & fees = $465 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave | Thu, Jul 15 | Delta Air Lines 5496
operated by ASA DBA DELTA CONNECTION
Depart: 3:12pm | Atlanta, GA (ATL)
Arrive: 4:50pm | Charlottesville, VA (CHO)
Non-stop | Economy | 1hr 38min | Canadair | View seats

Select **$454** + $11 taxes & fees = $465 USD per person NO BOOKING FEES PRICE ASSURANCE

Leave | Thu, Jul 15 | Delta Air Lines 5055
operated by ASA DBA DELTA CONNECTION
Depart: 8:25pm | Atlanta, GA (ATL)

Arrive:**10:00pm** Charlottesville, VA (CHO)

**Non-stop** Economy | 1hr 35min | Canadair | View seats

| Change search

[+]
Feedback

Return to top