



**ORBITZ**

Welcome Len (Not Len ?)   Sign in
My Trips | My Account | Traveler Update | Customer Support

Quick Search | Vacation Packages | Hotels | Flights | Cars & Rail | Cruises | Activities | Deals

ORBITZ MATRIX DISPLAY

**My Search**



Find flights by:
Airline ▷   **Delta Air Lines**
Stops  Price ▷

| | |
|---|---|
| Non-stop | **$400** total $407 see below |
| 1 stop | Lower fares available from $139 **Show all flights** |

Fares are per person in US dollars, using e-tickets. Total fare includes airfare taxes and fees.
Additional baggage charges may apply.
Some itineraries require paper tickets with an additional charge. Changes after booking are subject to change fees.

Sort flights by:   **Lowest price**   Departure time   Shortest flight          Airport codes

Showing **non-stop flights** (9 flights out of 9 total)

---

Select   **$400** + $7 taxes & fees = **$407 USD**  per person   NO BOOKING FEES   PRICE ASSURANCE

Leave | Thu, Jul 15 | **Delta Air Lines 5195**
     |              | operated by ASA DBA DELTA CONNECTION
     | Depart:**10:52am** | Atlanta, GA (ATL)
     | Arrive:**12:20pm** | Lewisburg, WV (LWB)
     | Non-stop | Economy | 1hr 28min | Canadair | View seats

---

Select   **$431** + $10 taxes & fees = **$441 USD**  per person   NO BOOKING FEES   PRICE ASSURANCE

Leave | Thu, Jul 15 | **Delta Air Lines 5523**
     |              | operated by ASA DBA DELTA CONNECTION
     | Depart:**8:20am** | Atlanta, GA (ATL)
     | Arrive:**9:50am** | Roanoke, VA (ROA)
     | Non-stop | Economy | 1hr 30min | Canadair | View seats

---

Select   **$431** + $10 taxes & fees = **$441 USD**  per person   NO BOOKING FEES   PRICE ASSURANCE

Leave | Thu, Jul 15 | **Delta Air Lines 5066**
     |              | operated by ASA DBA DELTA CONNECTION
     | Depart:**11:25am** | Atlanta, GA (ATL)
     | Arrive:**12:52pm** | Roanoke, VA (ROA)
     | Non-stop | Economy | 1hr 27min | Canadair | View seats

---

Select   **$431** + $10 taxes & fees = **$441 USD**  per person   NO BOOKING FEES   PRICE ASSURANCE

Leave | Thu, Jul 15 | **Delta Air Lines 5577**
     |              | operated by ASA DBA DELTA CONNECTION
     | Depart:**2:06pm** | Atlanta, GA (ATL)
     | Arrive:**3:32pm** | Roanoke, VA (ROA)
     | Non-stop | Economy | 1hr 26min | Canadair | View seats

Select **$431** + $10 taxes & fees = $441 USD per person

NO BOOKING FEES | PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5239**
**operated by ASA DBA DELTA CONNECTION**

Depart:**4:07pm** Atlanta, GA (ATL)
Arrive:**5:39pm** Roanoke, VA (ROA)
**Non-stop** Economy | 1hr 32min | Canadair | View seats

Select **$431** + $10 taxes & fees = $441 USD per person

NO BOOKING FEES | PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5592**
**operated by ASA DBA DELTA CONNECTION**

Depart:**9:40pm** Atlanta, GA (ATL)
Arrive:**11:10pm** Roanoke, VA (ROA)
**Non-stop** Economy | 1hr 30min | Canadair | View seats

Select **$433** + $10 taxes & fees = $443 USD per person

NO BOOKING FEES | PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5325**
**operated by ASA DBA DELTA CONNECTION**

Depart:**9:25am** Atlanta, GA (ATL)
Arrive:**10:57am** Lynchburg, VA (LYH)
**Non-stop** Economy | 1hr 32min | Canadair | View seats

Select **$433** + $10 taxes & fees = $443 USD per person

NO BOOKING FEES | PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5538**
**operated by ASA DBA DELTA CONNECTION**

Depart:**2:19pm** Atlanta, GA (ATL)
Arrive:**3:41pm** Lynchburg, VA (LYH)
**Non-stop** Economy | 1hr 22min | Canadair | View seats

Select **$433** + $10 taxes & fees = $443 USD per person

NO BOOKING FEES | PRICE ASSURANCE

Leave **Thu, Jul 15** **Delta Air Lines 5480**
**operated by ASA DBA DELTA CONNECTION**

Depart:**8:37pm** Atlanta, GA (ATL)
Arrive:**10:10pm** Lynchburg, VA (LYH)
**Non-stop** Economy | 1hr 33min | Canadair | View seats

| Change search Feedback **Return to top**

