**Roanoke City General District (Pay Online)**
**Civil Case Details Page : GV08020989-00**

| Case Number:<br>GV08020989-00 | File Date:<br>12/17/2008 | Case Type:<br>Warrant In Debt |
|---|---|---|
| Debt Type:<br>Contract | Number of Plaintiffs:<br>01 | Number of Defendants:<br>01 |

| Plaintiff # 1 Information: | Defendant # 1 Information: |
|---|---|
| **Name:**<br>DARMAR LLC<br>ASSIGNEE OF THE SAGRES COMPANY<br>ASSIGNEE OF BA | **Name:**<br>WEBB, TONY |
| **Judgment:** | **Judgment:** |
| **Attorneys:** | **Defendant # 2 Information:** |
|  | **Name:** |
| **Plaintiff Attorney:**<br>EPPS, M RICHARD | **Judgment:** |
| **Defendant Attorney:** |  |

**Appeal Information**

| Appealed Date: | Appealed By: |
|---|---|

**Hearings**

| Number | Date | Time | Result | Hearing Type |
|---|---|---|---|---|
| 01 | 01/27/2009 | 09:00 AM | Continued | |
| 02 | 03/31/2009 | 09:00 AM | Default Judgment | |

| Judgment:<br>Plaintiff | Judgment Amount:<br>$599.22 |
|---|---|
| Other Amount: | Interest Award:<br>26.74 % FROM 12/14/04 |
| Cost:<br>$53.00 | Attorney Fees:<br>$149.81 |
| Possession: | Writ Issued: |
| Is Judgment Satisfied: | Date Satisfied: |
| Homstead Exemption Waived: | |
| Other: | |

Search List    Main Menu    Logoff

Build #: 4.0.2