# Law Offices of

# M. Richard Epps, P.C.

[ **Home** ] [ **Services** ] [ **About Us** ] [ **Clients Login** ] [ **Links** ] [ **Contact Us** ]

**605 Lynnhaven Parkway**

**Virginia Beach, VA 23452**

**Telephone:**
757-498-9600

**Fax:**
757-498-7927

**E-mail:**
epps@eppspc.com

## Welcome!

Our firm consists of two attorneys and fourteen staff members engaged primarily in providing quality legal services to lenders throughout the Commonwealth of Virginia. We have found that by limiting ourselves to those areas of practice in which we have training and experience enables us to better serve our clients. Mr. Epps has been practicing since 1973 and long ago learned that one cannot be all things to all people.

We are fortunate in that many of our client relationships have lasted in excess of twenty years. We believe our commitment to providing prompt, efficient and quality services at a reasonable fee created those relationships and it is our goal to continue that tradition.

M. Richard Epps, P.C. offers legal services in the following area:

- **Collections**
- **Creditor Bankruptcy**
- **Evictions**
- **Foreclosures**
- **Real Estate**
- **Replvin**

If you or your family are in need of legal assistance, please **contact** our office.

Note: The information contained in this web site is intended to convey general information. It should not be construed as legal advice or opinion. It is not an offer to represent you, nor is it intended to create an attorney-client relationship. Any email sent via the Internet using email addresses listed in this web site would not be confidential and would not create an attorney-client relationship.

Designed by: **Doma Technologies, LLC**