# Montgomery & Simpson, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230

John W. Montgomery, Jr.                          Telephone: 804.355.8744
Samuel P. Simpson, V.                            Facsimile: 804.355.8748

May 27, 2010

**BY EMAIL & U.S. MAIL**
Leonard A. Bennett, Esq.
Robin A. Abbott, Esq.
Consumer Litigation Associates PC
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314

   *Re:* *Donna K. Soutter, et al. v. Equifax Information Services, LLC*
     *Case No. 3:10cv107*

Dear Len, Robin & Matt:

  Please find enclosed Defendant Equifax Information Services, LLC's Rule 26(a)(1) Initial Disclosures Concerning Claims of Plaintiff Donna K. Soutter regarding the referenced matter.

  Please contact me should you need additional information or have any questions regarding the same.

  With kind regards, I remain

            Very Truly Yours,

            John W. Montgomery, Jr.

JWM/clt
Enclosures
Cc: Equifax Information Services, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DONNA K. SOUTTER,<br>*For herself and on behalf of all*<br>*similarly situated individuals*<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES LLC,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:10-cv-00107 (REP)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S RULE 26(a)(1) INITIAL DISCLOSURES CONCERNING CLAIMS OF PLAINTIFF DONNA K. SOUTTER

Defendant, Equifax Information Services LLC ("Equifax"), by its undersigned counsel, makes the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) in relation to the claims of Plaintiff Donna K. Soutter[1]:

**(A)  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

    (i)    Plaintiff Donna K. Soutter

           c/o  Leonard A. Bennett
           Matthew J. Erausquin
           Consumer Litigation Associates
           12515 Warwick Boulevard, Suite 100
           Newport News, VA 23606

Plaintiff is likely to have knowledge of her personal and credit history and the facts alleged in her Complaint.

---

[1] Equifax has made separate initial disclosures in relation to the claims of Plaintiff Tony Webb.

ATL_IMANAGE-6963706.1

    (ii)    Representatives of Equifax Information Services LLC
Equifax Information Services LLC
1550 Peachtree Street, N.E.
Atlanta, Georgia 30309

Equifax will designate a representative likely to have knowledge regarding any communications between Plaintiff and Equifax; the policies, practices and procedures of Equifax for handling consumer disputes and consumer credit files; and, after reviewing relevant documents, the contents of Plaintiff's credit file and Equifax's handling of any disputes made by Plaintiff.

Equifax will also designate a second representative likely to have knowledge of Equifax's relationship with LexisNexis and Equifax's policies and procedures for collecting and reporting public record information, including public record information from the Richmond General District Court.

    (iii)    Representative(s) of LexisNexis
Marquis One Tower
Suite 1900
245 Peachtree Center Avenue
Atlanta, Georgia 30303

This representative(s) is likely to have information concerning LexisNexis's policies and procedures for collecting and reporting public record information, including public record information from the Richmond General District Court.

    (iv)    Representative(s) of Virginia Credit Union
Address Unknown

This representative(s) is likely to have information concerning Plaintiff's relationship with Virginia Credit Union and the judgment entered against Plaintiff in favor of the credit union.

**(B)  a copy or a description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Equifax has identified the following documents in its possession that are relevant to the facts alleged with particularity in the Complaint:

(i)   ACIS cases reflecting disputes made by Plaintiff;

(ii)  ACDVs related to Plaintiff's disputes;

(iii) Correspondence from Plaintiff to Equifax;

(iv)  Relevant policy and procedure manuals;

(v)   Equifax's agreement with LexisNexis.

**(C)  A computation of any category of damages claimed by the disclosing party, making available e for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Equifax is not seeking damages at this time but reserves the right to seek reimbursement of its attorney's fees and costs in this matter.

**(D)  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

At this time, based upon the allegations in the complaint, Equifax is self-insured for this matter.

Respectfully submitted this 27th day of May, 2010.

                               /s/ John W. Montgomery, Jr.
John W. Montgomery, Jr.
Virginia State Bar No. 37149
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S INITIAL DISCLOSURES CONCERNING CLAIMS OF PLAINTIFF DONNA K. SOUTTER** was served by regular US Mail, postage pre-paid, to the following:

Leonard A. Bennett, Esq.
Matthew J. Erausquin, Esq.
Robin A. Abbott, Esq.
Consumer Litigation Associates PC
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606

Dated: May 27, 2010

_____
Counsel for Defendant Equifax Information Services LLC