UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DONNA K. SOUTTER and TONY L. WEBB,<br>For themselves and on behalf of all similarly situated individuals,<br><br>      Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:10CV107<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION, OR IN THE ALTERNATIVE, TO SEVER PLAINTIFFS' CLAIMS AND TRANSFER MR. WEBB'S CLAIMS TO THE <u>WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION</u>**

COMES NOW Defendant Equifax Information Services LLC ("Equifax"), by counsel, and files this Agreed Motion for Extension of Time to File its Reply in Support of Motion to Transfer Venue to the Western District of Virginia, Roanoke Division, or in the Alternative, to Sever Plaintiffs' Claims and Transfer Mr. Webb's Claims to the Western District of Virginia, Roanoke Division ("Motion") as follows:

1.     Equifax filed its Motion on May 7, 2010 (Doc. No. 31).

2.     Plaintiff filed its Memorandum in Opposition to Motion on May 31, 2010 (Doc. No. 35).

3.     Plaintiff filed a Supplemental Opposition brief on May 28, 2010. (Doc. No. 37).

4. Given the filing of the supplemental response by Plaintiff and in order to insure that there is no confusion concerning the deadline for its reply, Equifax respectfully requests an extension through and including June 10, 2010 within which to file its reply in this matter. Equifax's lead counsel is also preparing for a trial and requests additional time to file the reply on this basis as well. Plaintiff has no objection.

4. A proposed Consent Order is being circulated and will be filed with the Court.

WHEREFORE, Equifax respectfully requests that this motion be granted.

This 1st day of June, 2010.

                EQUIFAX INFORMATION SERVICES LLC

                /s/
                John W. Montgomery, Jr.
                Virginia State Bar No. 37149
                Counsel for Equifax Information Services, LLC
                MONTGOMERY & SIMPSON, LLP
                2116 Dabney Road, Suite A-1
                Richmond, Virginia 23230
                Telephone: (804) 355-8744
                Facsimile: (804) 355-8748
                Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I certify that on June 1, 2010, I will electronically file the foregoing with the Clerk of Court using the ECF system which will send notification of the filing to all counsel as listed below and that the non CM/ECF participants have been provided notice by United States Mail.

Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com