

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
For herself and on behalf
of all similarly situated
individuals, et al.,

    Plaintiff,

v.                       Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

### ORDER

Having reviewed the AGREED MOTION FOR EXTENSION OF TIME TO
FILE REPLY IN SUPPORT OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC
MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF VIRGINIA,
ROANOKE DIVISION, OR IN THE ALTERNATIVE TO SEVER PLAINTIFFS' CLAIMS
AND TRANSFER MR. WEBB'S CLAIMS TO THE WESTERN DISTRICT OF VIRGINIA,
ROANOKE DIVISION (Docket No. 38), it is hereby ORDERED that the
motion is granted.  It is further ORDERED that the defendant shall
file its reply by June 10, 2010.

It is so ORDERED.

                                    RCW /s/
                    Senior United States District Judge

Richmond, Virginia
Date: June 4 , 2010