UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| DONNA K. SOUTTER and TONY | ) | |
| L. WEBB, for themselves and on behalf of | ) | |
| all similarly situated individuals, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:10CV107 |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN
SUPPORT OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF
VIRGINIA, ROANOKE DIVISION, OR IN THE ALTERNATIVE, TO SEVER
PLAINTIFFS' CLAIMS AND TRANSFER MR. WEBB'S CLAIMS TO THE
WESTERN DISTRICT OF VIRGINIA, ROANOKE DIVISION**

Defendant Equifax Information Services LLC ("Equifax"), by counsel, files this

Agreed Motion for Extension of Time to File its Reply in Support of Motion to Transfer

Venue to the Western District of Virginia, Roanoke Division, or in the Alternative, to

Sever Plaintiffs' Claims and Transfer Mr. Webb's Claims to the Western District of

Virginia, Roanoke Division ("Motion to Transfer") as follows:

1.    Plaintiff Soutter filed her original complaint in this case on February 17,

2010.  Doc. 1.

2.    Plaintiffs Soutter and Webb filed an Amended Complaint on February 26,

2010 that added Webb as a plaintiff and brought new claims that were different than the

claims asserted by Soutter.  Doc. 3.

3.      Equifax subsequently filed its Motion to Transfer on May 7, 2010.  Doc. 31.  Plaintiffs filed their opposition on May 21, 2010 and a supplemental opposition on May 28, 2010.  Docs. 35, 37.  Equifax's reply is due on June 10, 2010.

4.      On June 8, 2010, Equifax settled a class action pending in the United States District Court for the Eastern District of Pennsylvania, styled *Richard Chakejian v. Equifax Information Services LLC*, Civil Action No. 07-2211.

5.      The claims in the *Chakejian* case were similar to those asserted by Plaintiff Webb in this case.

6.      Plaintiff Webb's counsel participated in the settlement discussions in the *Chakejian* case and, as a result, Equifax and Webb have settled Webb's claims (Webb's claims are resolved as part of the class settlement in *Chakejian*).

7.      The parties are still in the process of preparing the settlement documents and determining the appropriate procedural steps required to conclude the Webb claims.

8.      Accordingly, Equifax requests that the deadline for filing its reply in support of its Motion to Transfer be extended through and including June 23, 2010.  This will permit the parties to dismiss the Webb claims.  It will also render the motion to sever Webb's claims from Soutter's claims moot.

9.      The settlement and anticipated dismissal of the Webb claims will not have an impact on the Soutter claims and the Soutter case will proceed.

10.     Plaintiff has no objection to this request.

11.     A proposed Consent Order is being circulated and will be filed with the Court.

WHEREFORE, Equifax respectfully requests that this motion be granted.

This 9th day of June, 2010.

EQUIFAX INFORMATION SERVICES LLC

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone:  (804) 355-8744
Facsimile:  (804) 355-8748
Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I certify that on June 9, 2010, I electronically filed the foregoing with the Clerk of

Court using the ECF system  which will send notification of the filing to all counsel as

listed below and that the non CM/ECF participants have been provided notice by United

States Mail.

Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606


/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone:  (804) 355-8744
Facsimile:  (804) 355-8748
Email: jmontgomery@jwm-law.com