UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DONNA K. SOUTTER and TONY L. WEBB, For themselves and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendant. | Civil Action No. 3:10CV107 |

## ORDER GRANTING AGREED
## MOTION FOR EXTENSION OF TIME

This cause, having come before this Court on the Agreed Motion for Extension of Time to File its Reply in Support of Motion to Transfer Venue to the Western District of Virginia, Roanoke Division, or in the Alternative, to Sever Plaintiffs' Claims and Transfer Mr. Webb's Claims to the Western District of Virginia, Roanoke Division ("Motion to Trasfer"), for an extension of time within which Equifax may file its reply, through and including June 23, 2010, and Plaintiff having agreed to the extension, it is, therefore:

ORDERED that the motion is granted and Equifax shall have through and including June 23, 2010 within which to files its reply.

SO ORDERED, this the 11th day of June, 2010.

              /s/      REP
              Judge, United States District Court



ATL_IMANAGE-6998669.1

1

I ASK FOR THIS

_____
John W. Montgomery, Jr., Esq.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com

CONSENTED TO BY:

_____
Leonard A. Bennett, Esq.
Virginia State Bar No. 37523
Counsel for Plaintiff
Consumer Litigation Associates
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone (757) 930-3660
Facsimile (757) 930-3662
Email lenbennett@cox.net