UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DONNA K. SOUTTER and
TONY LEE WEBB,
    on behalf of themselves and those
    similarly situated,

    Plaintiffs,
v.                                      Civil Action No. 3:10CV00107(REP)

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

**AGREED MOTION FOR EXTENSION OF TIME TO SERVE OBJECTIONS AND
RESPONSES TO PLAINTIFF INTERROGATORIES AND
<u>REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

Defendant Equifax Information Services LLC (hereinafter "EIS"), by counsel, files its Agreed Motion for Extension of Time to Serve Objections and Responses to Interrogatories and Requests for Production of Documents, as follows:

1.    Plaintiff Donna Soutter served her interrogatories and requests for production of documents upon Equifax on June 14, 2010. A copy of the interrogatories are attached hereto as Exhibit A. A copy of the request for production of documents are attached hereto as Exhibit B.

2.    Equifax's objections to these discovery requests are currently due on June 29, 2010 and Equifax's responses are due on July 14, 2010.

3.    This is a class action lawsuit under the Federal Fair Credit Reporting Act, 15 U.S.C. 1681, et seq. ("FCRA"). The issues are complex and the discovery requests served by plaintiff are, in Equifax's view, very extensive.

4. Equifax's counsel requires additional time to meet with its client concerning what documents and information Equifax has in its records that might be responsive to these requests and to formulate its objections, if any.

5. Accordingly, Equifax requests and additional 15 business days, through and including July 21, 2010 within which to meet with its client and further prepare its objections to the discovery requests and an additional 30 business days, through and including August 11, 2010, within which to serve its responses.

6. Plaintiff has no objection to this request. A consent order is being circulated among the parties and will be forthcoming.

Wherefore, Equifax requests that this motion be granted.

Respectfully submitted this 29th day of June, 2010.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2010, a copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Consumer Litigation Associates
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
***Counsel for Plaintiff***

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com