IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **DONNA K. SOUTTER and TONY LEE WEBB,** *for themselves and on behalf of others similarly situated individuals,*<br><br>Plaintiffs,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVCES, LLC,**<br><br>Defendants. | Civil Action No. 3:10cv107-REP |

### UNCONTESTED MOTION OF PLAINTIFF TONY LEE WEBB TO SEVER CASE AND TRANSFER TO EASTERN DISTRICT OF PENNSYLVANIA

COME NOW the Plaintiff, Tony Lee Webb, by counsel, and with the agreement of Defendant and he moves the Court to Sever his case from that of Plaintiff Donna K. Soutter and to Transfer his case to the Eastern District of Pennsylvania pursuant to Federal Rules of Civil Procedure 16 and 23(d) and other legal basis.

                                               **DONNA K. SOUTTER and TONY LEE WEBB,** *for themselves and on behalf of others similarly situated individuals,*

                                               _____/s/_____
                                             Leonard A. Bennett, Esq.
                                             VSB #37523
                                             Attorney for Plaintiff
                                             CONSUMER LITIGATION
                                             ASSOCIATES, P.C.
                                             12515 Warwick Boulevard, Suite 100

Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| John W. Montgomery, Jr., Esq.<br>Montgomery & Simpson, LLLP<br>2116 Dabney Road<br>Suite A-1<br>Richmond, VA  23230<br>jmontgomery@jwm-law.com | Barry Goheen, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521 |
| John Anthony Love<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521<br>tlove@kslaw.com | Keasha Ann Broussard, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521<br>abroussard@kslaw.com |

_____/s/_____

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net