**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **DONNA K. SOUTTER and TONY LEE WEBB,** *for themselves and on behalf of others similarly situated individuals,*<br><br>       **Plaintiffs,**<br><br>       v.<br><br>**EQUIFAX INFORMATION SERVCES, LLC,**<br><br>       **Defendants.** | Civil Action No. 3:10cv107-REP |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF UNCONTESTED MOTION
OF PLAINTIFF TONY LEE WEBB TO SEVER CASE
AND TRANSFER TO EASTERN DISTRICT OF PENNSYLVANIA**

Plaintiff Tony Lee Webb asks the Court with the support and agreement of Defendant Equifax Information Services, LLC to sever his case from that of Donna K. Soutter and then transfer the case to the United States District Court for the Eastern District of Pennsylvania.

Mr. Webb's action is nearly identical to that first prosecuted as a Pennsylvania-only class action and against Equifax in *Chakejian v. Equifax Information Services LLC*, E.D. Pa. Civ. No. 07-2211 and then in the United States District Court for the Eastern District of New Jersey in *Summerfield v. Equifax Information Services LLC*, D.N.J. Civ. No. 08-1450. The former was scheduled for trial in mid-June and during that trial a proposed settlement was reached between Equifax and the Plaintiffs in these three cases to

encompass a three-state class settlement. District Court Judge Brody of the Eastern District of Pennsylvania has overseen the litigation of *Chakejian*, the first filed and most extensively litigated case and the parties make the present motion in order to consolidate this and the *Summerfield* case in her Court and thus streamline and unify the Rule 23 settlement approval and notice process.

        **DONNA K. SOUTTER and TONY LEE WEBB,** *for themselves and on behalf of others similarly situated individuals,*

        _____/s/_____
        Leonard A. Bennett, Esq.
        VSB #37523
        Attorney for Plaintiff
        CONSUMER LITIGATION ASSOCIATES, P.C.
        12515 Warwick Boulevard, Suite 100
        Newport News, Virginia 23606
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        lenbennett@cox.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of July 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| John W. Montgomery, Jr., Esq.<br>Montgomery & Simpson, LLLP<br>2116 Dabney Road<br>Suite A-1<br>Richmond, VA  23230<br>jmontgomery@jwm-law.com | Barry Goheen, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521 |
| John Anthony Love<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521<br>tlove@kslaw.com | Keasha Ann Broussard, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521<br>abroussard@kslaw.com |

                                                    /s/_____

                                     Leonard A. Bennett, Esq.<br>
                                     VSB #37523<br>
                                     Attorney for Plaintiff<br>
                                     CONSUMER LITIGATION<br>
                                     ASSOCIATES, P.C.<br>
                                     12515 Warwick Boulevard, Suite 100<br>
                                     Newport News, Virginia 23606<br>
                                     (757) 930-3660 - Telephone<br>
                                     (757) 930-3662 – Facsimile<br>
                                     lenbennett@cox.net