**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**

DATE: July 15, 2010

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Donna K. Soutter, etc., et al v. Equifax Information Services LLC | CASE NO: 3:10CV107 <br> JUDGE: Payne <br> COURT REPORTER: Diane D____ |

FILED JUL 15 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: _____

APPEARANCES: Parties by ( )/with (✓) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: Deft's motion to Transfer

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD (✓)

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Arguments of counsel heard on Deft's motion to Transfer. Motion denied.

The Court severed cts 2 & 3 as to the ____ Plaintiff, Tony Webb, and his case will be transferred to the ED of Pennsylvania. Order to enter.

Counsel for Plaintiff(s) Leonard A. Bennett, Esp., Matthew Erausquin, Esp.

Counsel for Defendant(s) Barry Goheen, Esp.

SET: 3:00 p.m.    BEGAN: 3:05 p.m.    ENDED: 3:55 p.m.    TIME IN COURT: 50 mins.

RECESSES: