# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**DONNA K. SOUTTER,**
for herself and on behalf of all
similarly situated individuals,

and

**TONY LEE WEBB,**

        **Plaintiffs,**

v.                              Civil Action No. 3:10cv107

**EQUIFAX INFORMATION SERVICES, LLC,**

        **Defendant.**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Dale W. Pittman as counsel for Plaintiffs Donna K. Soutter and Tony Lee Webb in the above-referenced matter. Mr. Pittman is admitted to practice before this Court.

                                            Respectfully submitted,
                                            Donna K. Soutter
                                            Tony Lee Webb
                                            By Counsel

  /s/_____
Dale W. Pittman, VSB #15673
Attorney for Donna K. Soutter and Tony Lee Webb
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803-3212
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 16th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>John W. Montgomery, Jr.
>MONTGOMERY & SIMPSON, LLLP
>2116 Dabney Rd., Suite A-1
>Richmond, VA 23230
>
>Barry Goheen
>John A. Love
>Keasha A. Broussard
>KING & SPALDING
>1180 Peachtree St., NE
>Atlanta, GA 30309-3521
>Counsel for Defendant Equifax Information Services, LLC

          /s/
         Dale W. Pittman, VSB #15673
         Attorney for Donna K. Soutter and Tony Lee Webb
         THE LAW OFFICE OF DALE W. PITTMAN, P.C.
         The Eliza Spotswood House
         112-A West Tabb Street
         Petersburg, VA 23803-3212
         (804) 861-6000
         (804) 861-3368 (Fax)
         dale@pittmanlawoffice.com