IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
and TONY L. WEBB,

    Plaintiffs,

v.                    Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

## ORDER

Having reviewed the UNCONTESTED MOTION OF PLAINTIFF TONY LEE WEBB TO SEVER CASE AND TRANSFER TO EASTERN DISTRICT OF PENNSYLVANIA (Docket No. 45), and observing that such severance and transfer would be in the interest of justice, it is hereby ORDERED that the motion is granted, and, pursuant to 28 U.S.C. § 1404(a), Counts II and III are severed from the Amended Complaint and transferred to the Eastern District of Pennsylvania to be consolidated with <u>Chakejian v. Equifax Information Services LLC</u>, Civ. No. 2:07-cv-2211.

It is so ORDERED.

                                 /s/      REP
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: July 16, 2010