IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,

    Plaintiff,

v.                                Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

**ORDER**

For the reasons set forth on the record during the hearing of July 15, 2010, having reviewed the MOTION OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO TRANSFER VENUE (Docket No. 31), and observing that the Defendant's requested transfer of the Plaintiff Donna Soutter's claim to the Western District of Virginia, Charlottesville Division pursuant to 28 U.S.C. 1404(a) would neither be convenient nor in the interest of justice, it is hereby ORDERED that the motion is denied.

    It is so ORDERED.

                                        /s/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: July 16, 2010

