IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 3:10cv609 |
| LEXISNEXIS RISK SOLUTIONS FL INC., f/k/a LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP, INC., | ) |
| Defendant. | ) |
| DONNA K. SOUTTER and TONY L. WEBB, for themselves and on behalf of all similarly situated individuals, | ) |
| Plaintiffs, | ) CIVIL ACTION NO. 3:10cv00107(REP) |
| v. | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| Defendant. | ) |

**EQUIFAX INFORMATION SERVICES LLC's**
**MOTION TO CONSOLIDATE AND SUPPORTING BRIEF**

Pursuant to Federal Rule of Civil Procedure 42, Equifax Information Services LLC ("Equifax") respectfully moves the Court to consolidate the captioned cases on the grounds that (1) these cases involve common questions of fact and law and (2) consolidation of these cases will further the goal of judicial economy and avoid the possibility of inconsistent ajudications of common factual issues. The factual and legal basis for this Motion are set forth in detail in a supporting Brief filed concurrently herewith.

US2008 1535424.1

This 8th day of September, 2010.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
**Counsel for Equifax Information Services LLC**
MONTGOMERY & SIMPSON LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Phone: (804) 355-8744
Fax: (804) 355-8748
Email: jmontgomery@jwm-law.com

## **CERTIFICATE**

I hereby certify that on the 8th day of September, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
**Counsel for Equifax Information Services LLC**
MONTGOMERY & SIMPSON LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Phone: (804) 355-8744
Fax: (804) 355-8748
Email: jmontgomery@jwm-law.com

US2008 1535424.1