# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| DONNA K. SOUTTER ) | |
| *on behalf of herself and those similarly situated* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action |
| v. ) | No. 3:10-cv-107 |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO OVERRULE OBJECTIONS AND TO COMPEL DISCOVERY RESPONSES FROM <u>DEFENDANT EQUIFAX INFORMATION SERVICES, LLC</u>

COMES NOW the Plaintiff, by counsel, and moves to overrule objections and to compel discovery responses from Defendant Equifax Information Services, LLC, for the reasons set forth in the memorandum of law filed contemporaneously herewith.

                              Respectfully submitted,
                              **DONNA K. SOUTTER AND**
                              **TONY L. WEBB**,

                              _____/s/_____

Dated: September 13, 2010        Matthew J. Erausquin, VSB#65434
                                                Counsel for the Plaintiffs
                                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                                1800 Diagonal Road, Suite 600
                                                Alexandria, VA  22314
                                                Tel: 703-273-7770
                                                Fax: 888-892-3512
                                                matt@clalegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of September, 2010 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John Anthony Love
King & Spalding
1180 Peachtree St NE
Atlanta, GA 30309-3521
TLove@KSLAW.com

Keasha Ann Broussard
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
abroussard@kslaw.com

Barry Goheen
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
bgoheen@kslaw.com

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd
Suite A-1
Richmond, VA 23230
jmontgomery@jwm-law.com

/s/
Matthew J. Erausquin, VSB#65434
Counsel for the Plaintiffs
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:        703-273-7770
Fax:       888-892-3512
matt@clalegal.com