UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DONNA K. SOUTTER, and on behalf of herself and those similarly situated,

    Plaintiffs,

v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

CASE NO. 3:10CV00107(REP)

## AMENDMENT TO STIPULATED PROTECTIVE ORDER

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Donna K. Soutter ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax"), through their attorneys of record, as follows:

WHEREAS, the Court entered a Stipulated Protective Order on August 6, 2010 ("Protective Order");

WHEREAS Plaintiff has issued subpoena to third party LexisNexis Risk Data Retrieval Services Inc. ("LNRDRS") for deposition testimony and the production of documents that will require the disclosure of trade secrets, proprietary systems, confidential commercial information, confidential research and development or other proprietary information of LNRDRS;

WHEREAS Plaintiff and Equifax stipulate and agree to amending the Protective Order to entitle LNRDRS to all the protections and rights afforded a party under paragraphs 1 through 15 of the Protective Order;

Agreed and stipulated to by:

This __9__ day of September, 2010.

DONNA K. SOUTTER

_____
Dale W. Pittman
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
Telephone: (804) 861-6000
Facsimile: (804) 861-3368

Leonard A. Bennett
CONSUMER LITIGATION ASSOCIATES, P.C.
VSB #37523
12515 Warwick Boulevard, Suite 201
Newport News, VA 23606

EQUIFAX INFORMATION SERVICES LLC

_____
John Willard Mongomery, Jr.
MONTGOMERY & SIMPSON, LLLP
2116 Dabney Road
Suite A-1
Richmond, VA 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748

## **ORDER**

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that LNRDRS is entitled to all the protections and rights afforded by paragraphs 1 through 15 of the Protective Order as if LNRDRS were a party.

Dated: September 10, 2010                    /s/      REP
                                             Judge
                                             Robert F. Payne