**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **DONNA K. SOUTTER and TONY LEE WEBB,** *for themselves and on behalf of others similarly situated individuals,*<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**EQUIFAX INFORMATION SERVCES, LLC,**<br><br>　　　　Defendants. | Civil Action No. 3:10cv107-REP |

**PLAINTIFFS' FED. R. CIV. P. 26(a)(1) SUPPLEMENTAL DISCLOSURE**

　　COMES NOW the Plaintiff, DONNA K. SOUTTER, by counsel, and pursuant to Fed. R. Civ. P. 26(a)(1), and makes the following supplemental disclosure to Defendant.

　　Plaintiff hereby wishes to clarify the following previously disclosed witnesses as Plaintiff's consulting experts.  Plaintiff will further supplement in accordance with Rule 26(a)(2) if she elects to use these witnesses as experts at trial

　　P.　　Hal Vaughan  (All facts regarding his knowledge and experience using the online records of the General District Courts in the Richmond area.)

　　Q.　　Denise Hain, Retired Clerk for the Newport News General District Court, Civil Division  (All facts regarding her general knowledge of the online records system utilized by the General District Courts.)

**DONNA K. SOUTTER and TONY LEE WEBB,** *for themselves and on behalf of others similarly situated individuals,*

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| John W. Montgomery, Jr., Esq.<br>Montgomery & Simpson, LLLP<br>2116 Dabney Road<br>Suite A-1<br>Richmond, VA 23230<br>jmontgomery@jwm-law.com | Barry Goheen, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521 |
| John Anthony Love<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521<br>tlove@kslaw.com | Keasha Ann Broussard, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521<br>abroussard@kslaw.com |

                                                     /s/

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net