IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DONNA K. SOUTTER, on behalf
of herself and those
similarly situated,

    Plaintiff,

v.                              Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

**ORDER**

It is hereby ORDERED that PLAINTIFF'S MOTION TO OVERRULE OBJECTIONS AND TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT EQUIFAX INFORMATION SERVICES, LLC (Docket No. 43) is denied as moot because the parties have resolved the issues.

It is so ORDERED.

                                            /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: September 17, 2010