IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, *on behalf of herself and those similarly situated*
    Plaintiff,

v.                            Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC

    Defendant.

## STIPULATED DISCOVERY ORDER

Plaintiff and Defendant have reached a compromise concerning certain Phase I discovery issues in this case and memorialize them herein. Pursuant to their agreement and Fed. R. Civ. 37, the parties stipulate and the Court orders as follows:

(1) Equifax will provide plaintiff with a list of the names and addresses of each consumer who made a dispute concerning a Virginia judgment on their file at any time since February 17, 2008 under dispute codes 101, 102, 103, and/or 112. Equifax will provide this list to Plaintiff's counsel Leonard A. Bennett by 3 p.m. September 24, 2010.

(2) For each consumer named in the list described in paragraph 1, Equifax will also include whether the consumer currently has a Virginia judgment on his or her file and, if so, the date of the judgment, the amount, the plaintiff and the case



number. Equifax will provide this information to Plaintiff's counsel Leonard A. Bennett by 3 p.m. September 29, 2010.

(3) Equifax will provide plaintiff with certain information for consumers residing in zip codes 23803, 23232, and/or 23608. Specifically, Equifax will search its records for the month of January, 2008 as well as its current database for all consumers who reside in these zip codes and have a Virginia state court judgment in their file. Equifax will then provide plaintiff with a list of the names and addresses of all such individuals for whom a Virginia state court judgment was present in either or both the January, 2008 and current search. For each such person Equifax will also provide for each identified judgment the date it first appeared on any Equifax "frozen scan" after January, 2008 and when, if ever, the judgment stopped reporting or any record of satisfaction or appeal appeared on any subsequent "frozen scan", as well as the dates of all hard inquiries on each consumer's file after January, 2008. For each identified judgment, Equifax will also provide the name of the court, the case number, the amount of the judgment, the date on which the judgment was listed as filed by the court, and the name of each plaintiff associated with the judgment. Equifax will provide this information in a format agreed by Plaintiff to Plaintiff's counsel Leonard A. Bennett by 3 p.m. on the 20th day after entry of this Order.

(4) The Court authorizes Equifax to produce this information to plaintiff.

(5) This Order fully resolves and disposes of Plaintiff's Motion to Compel (Docket No. 54).

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 17, 2010

SEEN AND AGREED:

By: Dale W. Pittman, VSB#15673
Counsel Plaintiff
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com


SEEN AND AGREED:

John Willard Montgomery, Jr., VSB #37149
Counsel for Defendant Equifax
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
Telephone:  (804) 355-8744
Facsimile:  (804) 355-8748
jmontgomery@jwm-law.com