IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **DONNA K. SOUTTER**, *for herself and on behalf of others similarly situated individuals,*<br><br>Plaintiffs,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVCES, LLC,**<br><br>Defendants. | Civil Action No. 3:10cv107-REP |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CONSOLIDATE**

COME NOW the Plaintiff, by counsel, and hereby moves the Court for an Enlargement of Time to File her Opposition to Defendant's Motion to Consolidate through September 24, 2010**.**

1.  Plaintiff has asked Defendant, Equifax's counsel for an additional day in which to file her Opposition to Defendant's Motion to Consolidate and Defendant's counsel has consented to the Plaintiff's request for such enlargement.

2. Plaintiff moves the Court for an enlargement to file her Opposition to Defendant's Motion to Consolidate, with Defendant's consent.

3.  Defendant would not be prejudiced by such enlargement of time through September 24, 2010.

**DONNA K. SOUTTER,** *for herself and on behalf of others similarly situated individuals,*

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| John W. Montgomery, Jr., Esq.<br>Montgomery & Simpson, LLLP<br>2116 Dabney Road<br>Suite A-1<br>Richmond, VA 23230<br>jmontgomery@jwm-law.com | Barry Goheen, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521 |
| John Anthony Love<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521<br>tlove@kslaw.com | Keasha Ann Broussard, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521<br>abroussard@kslaw.com |

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net