UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DONNA K. SOUTTER,**
**For herself and on behalf of all similarly**
**situated individuals,**

      **Plaintiff,**

v.        CIVIL ACTION NO. 3:10-cv-00107

**EQUIFAX INFORMATION SERVICES LLC,**

      **Defendant.**

**NOTICE OF MOTION OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC**
**TO FILE DOCUMENTS UNDER SEAL**

Equifax Information Services LLC ("Equifax"), through its undersigned counsel, respectfully moves the Court for an Order pursuant to Local Rule 5 to file under seal certain documents produced in discovery and designated as confidential pursuant to the parties' Stipulated Protective Order (Doc. 51) on the basis that such documents contain confidential and proprietary information. In support of its motion, Equifax files contemporaneously herewith its memorandum in support of the requested relief to file these documents under seal.

Respectfully submitted this 23rd day of September, 2010.

              /s/
              John W. Montgomery, Jr.
              Virginia State Bar No. 37149
              Counsel for Equifax Information Services, LLC
              Montgomery & Simpson, LLLP
              2116 Dabney Road, Suite A-1
              Richmond, VA 23230
              Telephone (804) 355-8744
              Facsimile (804) 355-8748
              Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Consumer Litigation Associates
12515 Warwick Boulevard
Suite 100
Newport News, Virginia  23606
***Counsel for Plaintiff***


    /s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com