**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**DONNA K. SOUTTER,**
**For herself and on behalf of all similarly**
**situated individuals,**

       **Plaintiff,**

v.                                                                        CIVIL ACTION NO. 3:10-cv-00107

**EQUIFAX INFORMATION SERVICES LLC,**

       **Defendant.**

**PROPOSED ORDER ON DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**MOTION TO FILE DOCUMENTS UNDER SEAL**

Upon consideration of Equifax Information Services LLC's ("Equifax") Motion to File Documents Under Seal, and in consideration of the entire record herein and argument of counsel, it is hereby,

ORDERED that the countervailing interest of the confidentiality of Equifax's communications with third-party LexisNexis heavily outweighs the public interest in access to those communications; and it is further

ORDERED that the countervailing interest of the confidentiality and proprietary nature of Equifax's agreements with third parties Choicepoint and LexisNexis heavily outweighs the public interest in access to those documents; and it is further

ORDERED that Equifax's Motion to File Documents Under Seal be and the same is hereby GRANTED and the foregoing documents consisting of (1) vendor agreements between Equifax and Choicepoint and Equifax and LexisNexis, and (2) e-mails between Equifax and LexisNexis shall be filed under seal.

This \_\_\_ day of _____, 2010.

                                        _____
The Honorable Thomas E. Payne
U.S. District Court Judge