UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
For herself and on behalf of all similarly
situated individuals,

      Plaintiff,

v.                                                  CIVIL ACTION NO. 3:10-cv-00107

EQUIFAX INFORMATION SERVICES LLC,

      Defendant.

## NOTICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S WITHDRAWAL OF MOTION TO FILE DOCUMENTS UNDER SEAL

Equifax Information Services LLC ("Equifax"), through its undersigned counsel, respectfully gives notice to the Court that the parties have reached an agreement on the issues raised in Equifax's Motion to File Documents Under Seal whereby the documents will not be filed with the Court. Accordingly, Equifax hereby withdraws its motion (Doc. No. 63).

Respectfully submitted this 24th day of September, 2010.

                                      /s/
                                      John W. Montgomery, Jr.
                                      Virginia State Bar No. 37149
                                      Counsel for Equifax Information Services, LLC
                                      Montgomery & Simpson, LLLP
                                      2116 Dabney Road, Suite A-1
                                      Richmond, VA 23230
                                      Telephone (804) 355-8744
                                      Facsimile (804) 355-8748
                                      Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Consumer Litigation Associates
12515 Warwick Boulevard
Suite 100
Newport News, Virginia 23606
***Counsel for Plaintiff***

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com