UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



**DONNA K. SOUTTER, on behalf of
herself and those similarly situated,**

    Plaintiffs,

v.                                                 Civil Action No. 3:10CV00107(REP)

**EQUIFAX INFORMATION SERVICES LLC,**

    **Defendant.**

### AGREED ORDER

CAME NOW Plaintiff, DONNA K. SOUTTER, by counsel, and Defendant, EQUIFAX INFORMATION SERVICES, LLC., by counsel, upon Plaintiff's Motion for an Enlargement of Time to file her Opposition to Defendant's Motion to Consolidate.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Equifax Information Services, LLC, it is hereby, ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for an Enlargement of Time to file her Opposition to Defendant's Motion to Consolidate until September 24, 2010 be, and hereby is, GRANTED.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 27th day of September, 2010.

                                                     /s/       REP
                                                       JUDGE
                                    Robert E. Payne
                                    Senior United States District Judge

WE ASK FOR THIS:

*[signature]*

Dale W. Pittman, VSB#15673
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com

*[signature]*

John W. Montgomery, Jr., VSB#37149
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
(804) 355-8744
Fax: (804) 355-8748
Jmontgomery@jwm-law.com