

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, on behalf
of herself and those
similarly situated,

    Plaintiff,

v.                              Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

### ORDER

Having reviewed the NOTICE OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S WITHDRAWAL OF MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 66), it is hereby ORDERED that the MOTION OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE DOCUMENTS UNDER SEAL (Docket No. 63) is denied as moot because the motion has been withdrawn.

    It is so ORDERED.

                                              /s/      REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: September 1, 2010