IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, for
herself and on behalf of
all similarly situated
individuals, et al.,

    Plaintiffs,

v.                             Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

ORDER

It is hereby ORDERED that EQUIFAX INFORMATION SERVICES LLC'S MOTION TO CONSOLIDATE (Docket No. 52) shall be heard on December 7, 2010 at 10:00 a.m.

It is so ORDERED.

                                          /s/      REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: October 20, 2010