# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| DONNA K. SOUTTER )<br>*on behalf of herself and those similarly situated* )<br> )<br>Plaintiff, )<br> ) Civil Action<br>v. ) No. 3:10-cv-107<br> )<br>EQUIFAX INFORMATION SERVICES, LLC )<br> )<br>Defendant. ) | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
## TO FILE HER MOTION FOR CLASS CERTIFICATION

COMES NOW the Plaintiff, by counsel, and respectfully moves the Court for an enlargement of time to file her Motion for Class Certification. While Plaintiff acknowledges that the Court requires such filings to be completed by 5:00 p.m., she has encountered some delay in obtaining and compiling evidence that she would submit in support of her motion. Accordingly, she moves that the Court extend her time to file her motion by 6 hours, such that it would be deemed timely filed by 11:00 p.m. on October 29, 2010.

Respectfully submitted,
**DONNA K. SOUTTER**

_____/s/_____

Date: October 29, 2010

Leonard A. Bennett, VSB # 37523
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Tel:   757- 930-3660
Fax:   757-930-3662
lenbennett@clalegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of October, 2010 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John Anthony Love
King & Spalding
1180 Peachtree St NE
Atlanta, GA 30309-3521
TLove@KSLAW.com

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
jmontgomery@jwm-law.com

Barry Goheen
King & Spalding
1180 Peachtree St NE
Atlanta, GA 30309-3521
bgoheen@kslaw.com

K. Ann Broussard
King & Spalding
1180 Peachtree St NE
Atlanta, GA 30309-3521
abroussard@kslaw.com

                                                                        /s/
                                        Leonard A. Bennett, VSB # 37523
                                        Counsel for the Plaintiff
                                        Consumer Litigation Associates, P.C.
                                        12515 Warwick Boulevard, Suite 100
                                        Newport News, VA 23606
                                        Tel:    757- 930-3660
                                        Fax:    757-930-3662
                                        lenbennett@clalegal.com