**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

DONNA K. SOUTTER
*For herself and on behalf of all similarly situated individuals.*

       Plaintiff,

v.                                                      CIVIL ACTION NO. 3:10-cv-00107

EQUIFAX INFORMATION SERVICES, LLC,

       Defendant.

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Comes now the Plaintiff, DONNA K. SOUTTER, for herself and on behalf of all other similarly situated individuals, by counsel, and moves that this Court certify a class of similarly situated individuals for the reasons outlined in her concurrently filed Memorandum in Support of this Motion.

                                      Respectfully submitted,
                                      DONNA K. SOUTTER

                                      /s/
                                      Leonard A. Bennett, VSB # 37523
                                      Counsel for the Plaintiff
                                      Consumer Litigation Associates, P.C.
                                      12515 Warwick Boulevard, Suite 100
                                      Newport News, VA 23606
                                      Tel:    757- 930-3660
                                      Fax:    757-930-3662
                                      lenbennett@clalegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2010, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John Anthony Love
King & Spalding
1180 Peachtree St NE
Atlanta, GA 30309-3521
TLove@KSLAW.com

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
jmontgomery@jwm-law.com

Barry Goheen
King & Spalding
1180 Peachtree St NE
Atlanta, GA 30309-3521
bgoheen@kslaw.com

K. Ann Broussard
King & Spalding
1180 Peachtree St NE
Atlanta, GA 30309-3521
abroussard@kslaw.com

                                                                                                                                         /s/
Leonard A. Bennett, VSB # 37523
Counsel for the Plaintiff
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Tel:    757- 930-3660
Fax:    757-930-3662
lenbennett@clalegal.com