IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DONNA K. SOUTTER,
on behalf of herself and
those similarly situated,

    Plaintiff,

v.                              Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

### ORDER

Having reviewed the PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE HER MOTION FOR CLASS CERTIFICATION (Docket No. 71), it is hereby ORDERED that the motion is granted.

It is so ORDERED.

                                        /s/       REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: November 1, 2010