IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DONNA K. SOUTTER,
*For herself and on behalf of all similarly situated individuals,*

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

Civil Action No. 3:10-cv-00107 (REP)

**AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY BRIEFS AND FOR LEAVE TO EXCEED PAGE LIMITATIONS ON <u>CLASS CERTIFICATION RESPONSE AND REPLY BRIEFS</u>**

Defendant, Equifax Information Services LLC ("Equifax"), by counsel, hereby files this Agreed Motion for Extension of Time to File Response and Reply Briefs and for Leave to Exceed Page Limitations on Class Certification Response and Reply Briefs as follows:

1.    Plaintiff's Motion for Class Certification ("Plaintiff's Motion") was filed on October 29, 2010.  Doc. 72.

2.    Equifax's response currently is due on November 19, 2010 and Plaintiff's reply currently is due on December 3, 2010.

3.    Equifax requests that its deadline to file its response be extended an additional two business days through and including November 23, 2010.  As grounds for this motion, Equifax states that this case involves complex issues related to the filing of judgments and the dispositions of those judgments in the state courts in Virginia.  Equifax requests the additional two days in order to fully review Plaintiff's Motion and prepare an adequate response.

4.    The parties have conferred and agreed to request that the deadline for Plaintiff's reply in support of Plaintiff's Motion be due on December 10, 2010.  These dates will not unduly delay the case, and in fact will result in the briefing on Plaintiff's class certification motion being closed nearly a month before the scheduled hearing on the motion on January 7, 2011.

5.    Equifax also requests leave to file an opposition to Plaintiff's motion in excess of the 30-page limitation provided by the local rules.  Equifax requests leave to file an opposition brief of up to 40 pages to address the complex factual and legal issues in this case.

6. The parties have conferred and agreed to request that Plaintiff also receive leave to file a reply brief that similarly exceeds the page limit for reply briefs by 10 pages.

WHEREFORE, Equifax requests that this agreed motion be granted.

Respectfully submitted this 11th day of November, 2010.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of November, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Consumer Litigation Associates
12515 Warwick Boulevard
Suite 100
Newport News, Virginia  23606
***Counsel for Plaintiff***

                                        /s/
                                        John W. Montgomery, Jr.
                                        Virginia State Bar No. 37149
                                        Counsel for Equifax Information Services, LLC
                                        Montgomery & Simpson, LLLP
                                        2116 Dabney Road, Suite A-1
                                        Richmond, VA 23230
                                        Telephone (804) 355-8744
                                        Facsimile (804) 355-8748
                                        Email: jmontgomery@jwm-law.com