IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
on behalf of herself and
those similarly situated,

    Plaintiff,

v.                                             Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

**ORDER**

Having reviewed the AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY BRIEFS AND LEAVE TO EXCEED PAGE LIMITATIONS ON CLASS CERTIFICATION RESPONSE AND REPLY BRIEFS (Docket No. 75), it is hereby ORDERED that the motion is granted. It is further ORDERED that:

    (1) the defendant shall file its response by November 23, 2010 and said response shall not exceed forty (40) pages; and

    (2) the plaintiff shall file her reply by December 10, 2010 and said reply shall not exceed 30 pages.

    It is so ORDERED.

                                            /s/
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: November 17, 2010