UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **DONNA K. SOUTTER,** For herself and on behalf of all similarly situated individuals, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:10-cv-00107 ) |
| **EQUIFAX INFORMATION SERVICES LLC,** | ) ) ) ) |
| Defendant. | ) |

## SUPPLEMENTAL DECLARATION OF SANDRA COX BLOUNT

I, Sandra Cox Blount, hereby declare:

1. I, Sandra Cox Blount, Clerk of the City of Richmond General District Court – Civil Division hereby provide this declaration to clarify my prior declaration signed on November 18, 2010.

2. My personal knowledge of how General District Court Clerk's offices operate day to day is limited to my own office.

3. In my office, the date noted on the case papers and in CMS regarding the satisfaction of a judgment in a particular case is the date the court receives the notice of satisfaction.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the Commonwealth of Virginia and the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed this 22nd day of November, 2010, at Richmond, Virginia.

By: _____
Sandra Cox Blount

---

[1] In pertinent part, § 16.1-94.01, titled "When and how payment or discharge entered on judgment," states that "When payment or satisfaction of any judgment rendered in a court not of record is made, the judgment creditor shall by himself, or his agent or attorney, give written notice of such payment or satisfaction, within thirty days of receipt, to the clerk of the court in which the judgment was rendered. Such notice shall include the docket number, the names of the parties, the date and amount of the judgment, and the date of the payment or satisfaction. The clerk of the court shall then mark the judgment satisfied." *Id.*