**NOTICE OF SATISFACTION**
Commonwealth of Virginia   VA. CODE §§ 8.01-506.2, 16.1-94.01

Case No.

....................................................   [ ] General District Court
....................................................   [ ] Juvenile and Domestic Relations District Court

..........................................................................................................
JUDGMENT CREDITOR'S NAME (LAST, FIRST, MIDDLE)

..........................................................................................................
STREET ADDRESS

..........................................................................................................
COURT ADDRESS

..........................................................................................................
CITY, STATE, ZIP

..........................................................................................................
TELEPHONE NUMBER

A judgment was rendered in favor of the judgment creditor for $..........................................................

on ........................................... in ........................................... Court.
       DATE

v.

..........................................................................................................
JUDGMENT DEBTOR'S NAME (LAST, FIRST, MIDDLE)

The judgment creditor hereby notifies the court that this judgment has been paid in full or was otherwise satisfied on

..........................................................................................................
STREET ADDRESS

...........................................................
DATE

..........................................................................................................
CITY, STATE, ZIP

..........................................................................................................
TELEPHONE NUMBER

..........................................................................................................
JUDGMENT CREDITOR'S ATTORNEY'S NAME

.............................   _____
DATE       [ ] JUDGMENT CREDITOR   [ ] JUDGMENT CREDITOR'S ATTORNEY   [ ] JUDGMENT CREDITOR'S AGENT

..........................................................................................................
STREET ADDRESS

Acknowledged, subscribed and sworn to (or affirmed) before me this day

..........................................................................................................
CITY, STATE, ZIP

.............................   _____
DATE                                [ ] CLERK      [ ] DEPUTY CLERK

---

**FOR NOTARY PUBLIC'S USE ONLY:**

State of ...................................................   [ ] City  [ ] County of ...................................................

Acknowledged, subscribed and sworn to before me this ................... day of ............................... , 20 ............... .

...................................................                _____
NOTARY REGISTRATION NUMBER                                            NOTARY PUBLIC
                                                                      (My commission expires: ................................... )

FORM DC-458 REVISED 11/07