**AUTHORIZATION FOR PARTIAL OR FULL RELEASE OF JUDGMENT LIEN**
Va. Code §§ 8.01-453, 8.01-454

Pursuant to Va. Code § 8.01-453, the undersigned directs that the clerk of the court referenced in item number 3 shall enter the satisfaction, in whole or in part as shown below, the lien of the judgment described below:

1. ................................................................ v. ................................................................

2. ................................................................................................................................ Court where judgment entered

3. The court on whose judgment lien docket the lien is to be released in whole or in part is:
   [ ] Court named in No. 2, above
   [ ] ................................................................

4. The judgment was docketed on .................................... in Judgment Lien Docket,   Page No. ....................................,
   Book No. ............................................ , or    Instrument No. ............................................................

5. Original judgment amount $ ................................................................................

6. Date of judgment: ................................................................................

7. ................................................................................................................ is/are the judgment creditors.

8. ................................................................................................is/are the judgment debtor(s) by whom the judgment, in whole or in part as shown below, is paid or discharged.

9. The amount of the judgment paid or discharged by the judgment debtor(s) named above is:
   [ ] the entire remaining unpaid judgment
   [ ] partial payment in the amount of  $............................................

................................................................          _____
DATE                                                                                          PLAINTIFF

                                                                    by _____
                                                                       [ ] PLAINTIFF'S ATTORNEY   [ ] PLAINTIFF'S AGENT

State/Commonwealth of ........................................... ,   [ ] City  [ ] County of ...........................................

Subscribed and sworn to/affirmed before me this ................................ day of ................................................ , 20 ................

by ................................................................................................................................................................
       PRINT NAME OF AFFIANT                                                                              TITLE

................................................................          _____
DATE                                                                 NOTARY PUBLIC  (My commission expires ................................................)
                                                                     Registration No. ................................................

OR

Commonwealth of Virginia, [ ] City [ ] County of ................................................................................ :

Subscribed and sworn to/affirmed before me this day by................................................................................

................................................................          _____ , Clerk
DATE
                                                                     by _____, Deputy Clerk

This *Authorization for Partial or Full Release of Judgment Lien* was filed this the ............ day of ................................, 20 ............ .
                                                                     _____ Clerk _____ Circuit Court
                                                                     By: _____ , Deputy Clerk

FORM CC-1463 MASTER 11/09