/20/2008 29 29033981 Certified EFX31

P.O. Box 16
Culpeper, VA 22701
April 11, 2008

Equifax Credit Information Services
P.O. Box 740241
Atlanta, GA 30374

To Whom It May Concern:

Enclosed you will find a Motion that was entered on March 28, 2008. The purpose of the Motion was to set aside a judgment that was entered against me by Virginia Credit Union on January 29, 2008 in error. A copy of the Motion is attached. Please remove the judgment from my credit report.

I request that you send written acknowledgement that you have received my letter and confirmation that the judgment has been removed.

Thank you.

Respectfully,

*[signature]*

Donna K. Soutter

/20/2008 29 29033981 certified EFX31

VIRGINIA:

IN THE CITY OF RICHMOND GENERAL DISTRICT COURT
JOHN MARSHALL COURTS BUILDING

VIRGINIA CREDIT UNION, INC.,                    Plaintiff,

v.                                               Case No: GV07-034182

DONNA K. SOUTTER,                         Defendant.

### ORDER

This day came the plaintiff, by counsel, after due notice to the defendant, and moved the Court pursuant to Virginia Code §8.01-428 to set aside the judgment entered in the captioned matter against Donna K. Soutter.

WHEREUPON, the Court having determined that the judgment against the defendant in the captioned matter was entered by default; that the plaintiff's agents committed clerical error in failing to communicate that a settlement with the defendant had been reached; and that substantial justice would be served by granting the plaintiff's Motion. It is therefore,

ORDERED that the judgment entered against Donna K. Soutter in the captioned matter be, and is hereby, set aside and dismissed without prejudice.

ORDERED that the Clerk of this Court provide counsel for plaintiff with a copy teste hereof.

ENTER: 3/20/08

_____
Judge

City of Richmond General District Court
Civil Division
I, the undersigned clerk or deputy clerk of the above-named court authenticate pursuant to Va. Code §8.01-391(C) on this date that the document to which this authentication is affixed is a true copy of a record in the above-named court, made in the performance of my official duties

3/20/08     _Ashley Burrell_
Date      ☐ Clerk  ☒ Deputy Clerk

/20/2008 29 29033981 Certified EFX31

I ASK FOR THIS:

*Archie C. Berkeley, Jr.*
Archie C. Berkeley, Jr. (VSB No: 12581)
BERKELEY & DeGAETANI
1301 N. Hamilton Street, Suite 200
Richmond, Virginia 23230-3959
Telephone No: (804) 644-0345
Fax No: (804) 648-1909

/20/2008 29 29033981 Certified EFX31

Donna Soutter
P.O. Box 16
Culpeper, VA
   22701

7007 2560 0000 0050 4974

CERTIFIED MAIL

7007 2560 0000 0050 4974 30374 30241 B001

Equifax Credit Info. Services
P.O. Box 740241
Atlanta, GA 30374

U.S. POSTAGE PAID
CULPEPER, VA
22701
MAY 14, 08
AMOUNT
$4.91
00034304-16

MAY 14 2008
22701

7/20/2008 29 29033981 Certified EFX31