/28/2008 27 27025298 Certified EFX12

P.O. Box 16
Culpeper, Virginia 22701
December 15, 2008

Equifax Credit Information Services
P.O. Box 740241
Atlanta, Georgia  30374

SECOND REQUEST

To Whom It May Concern:

RE: Name: Donna K. Soutter
    DOB: ███████    SOC: ███████

Enclosed is an Order that was entered on March 28, 2008 in the City of Richmond General District Court in Richmond, Virginia. The Order clearly states that a judgment that was entered against me by Virginia Credit Union is a clerical error. I have been denied credit because this is shown on my credit history. I need this judgment removed from my credit history immediately.

I request written acknowledgment of receipt of this letter, as well as written proof and verification that this judgment has been removed from my credit history.

THIS IS A SECOND REQUEST. Initial request was received by your agency in April, 2008.

Sincerely,

*[signature]*

Donna K. Soutter

/28/2008 27 27025298 Certified EFX12

VIRGINIA:

### IN THE CITY OF RICHMOND GENERAL DISTRICT COURT
### JOHN MARSHALL COURTS BUILDING

VIRGINIA CREDIT UNION, INC.,                              Plaintiff,

v.                                              Case No: GV07-034182

DONNA K. SOUTTER,                                         Defendant.

### ORDER

This day came the plaintiff, by counsel, after due notice to the defendant, and moved the Court pursuant to Virginia Code §8.01-428 to set aside the judgment entered in the captioned matter against Donna K. Soutter.

WHEREUPON, the Court having determined that the judgment against the defendant in the captioned matter was entered by default; that the plaintiff's agents committed clerical error in failing to communicate that a settlement with the defendant had been reached; and that substantial justice would be served by granting the plaintiff's Motion. It is therefore,

ORDERED that the judgment entered against Donna K. Soutter in the captioned matter be, and is hereby, set aside and dismissed without prejudice.

ORDERED that the Clerk of this Court provide counsel for plaintiff with a copy teste hereof.

ENTER: 3/20/08

_____
Judge

City of Richmond General District Court
Civil Division
I, the undersigned clerk or deputy clerk of the above-named court authenticate pursuant to Va. Code §8.01-391(C) on this date that the document to which this authentication is affixed is a true copy of a record in the above-named court, made in the performance of my official duties

3/20/08   Ashley Burrell
Date       ☐ Clerk  ☒ Deputy Clerk

/28/2008 27 27025298 Certified EFX12

I ASK FOR THIS:

*Archie C. Berkeley, Jr.* (signature)

Archie C. Berkeley, Jr. (VSB No: 12581)
BERKELEY & DeGAETANI
1301 N. Hamilton Street, Suite 200
Richmond, Virginia 23230-3959
Telephone No: (804) 644-0345
Fax No: (804) 648-1909

/28/2008 27 27025298 Certified EFX12

Donna K. Soutter
P.O. Box 16
Culpeper, VA 22701

7008 1830 0001 9752 5171



7008 1830 0001 9752 5171

RETURN RECEIPT REQUESTED



Equifax Credit Information Services
P.O. Box 74024
Atlanta, GA 30374

30374+0241 B001