# WARRANT IN DEBT (Civil Claim for Money)

Commonwealth of Virginia, VA. CODE § 16.1-79
City of Richmond General District Court - Civil Division (804) 646-6461, General District Court
Second Floor, John Marshall Courts Bldg., 400 N.9th St - Suite 203, Richmond, Va. 23219-1546

CASE NO. _____

Virginia Credit Union, Inc.
POB 90010
Richmond, VA  23225
804-323-6000

PLAINTIFF(S)

v.

DONNA K SOUTTER
12365 Rixeyville RD
CULPEPER VA  22701-0016
***-**-3013
Jurisdiction: Culpeper County

DEFENDANT(S)

CIF#: 000022691.9
C/C#: 4756-4317-7004-4392    Acct#:0022691900

## WARRANT IN DEBT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s)
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above
address on **JUL 24 2007** at **10:00 a.m.** to answer the Plaintiff(s)' civil claim (see below).

DATE ISSUED: **JUN 22 2007**

RETURN DATE AND TIME

☐ CLERK  _Laura Hughes_   ☐ DEPUTY CLERK   ☐ MAGISTRATE

**Claim:** Plaintiffs claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 15,000.00 ..... net of any credits, with interest at ... 9.99 .. % from date of .02/22/2007.
until paid $ ...48.00... costs, and $ ...N/A... attorney's fees with the basis of this claim being

☐ Open Account   ☐ Contract   ☐ Note   ☑ Other (EXPLAIN) Visa Plat.

Homestead Exemption waived?   ☐ Yes  ☑ No   ☐ cannot be demanded

_06/22/2007_
DATE    ☐ PLAINTIFF'S PLAINTIFF'S ATTY ☐ PLAINTIFF'S AGENT

TO DEFENDANT: You are not required to appear;
however, if you fail to appear, judgment may be
entered against you. See the additional notice on the
reverse about requesting a change of trial location.

☐ To dispute this claim, you must appear on the
return date to try this case.

☐ To dispute this case, you must appear on the return
date for the judge to set another date for trial.

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ]
for $ ................... net of any credits, with interest at ................. % from date
of ................................... until paid, $ .......................... costs and $ ............................. attorney's fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ]
[ ] NON-SUIT  ☑ DISMISSED w/o  prejd  see order
Defendant(s) Present? [ ] YES
☑ NO

_3-20-08_    _BCee_
DATE         JUDGE

| | | |
|---|---|---|
| ...................... | ...................... | ...................... |
| # of Particulars | ORDERED | DUE |
| ...................... | *** | |
| grounds of Defense | ORDERED | DUE |
| ...................... | ...................... | ...................... |
| TTORNEY FOR PLAINTIFF(S) | | |
| ...................... | | |
| TTORNEY FOR DEFENDANT(S) | | |

FORM DC-412 (PAGE ONE OF TWO) 07/04 PDF

MTN 3/20/08-D

JUDGMENT PAID
OR SATISFIED
PURSUANT TO
ATTACHED
NOTICE OF
SATISFACTION.

............................
DATE
............................
CLERK

JUN 25 ____

HEARING DATE
AND TIME
JUL 24 2007
10:00 a.m.

9-18-07
10-23-07
11-20-07
1-29-08

DISABILITY
ACCOMMODAT-
IONS for loss of
hearing, vision, mo-
bility, etc.,
contact the court
ahead of time.

EIS-SOUTTER-VACU-000016

RETURNS: Each defendant was served according to law, as indicated below, unless not found.

NAME ..........................................

ADDRESS ......................................

☐ PERSONAL SERVICE   Tel No.

☐ Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Served on Secretary of the Commonwealth.

☐ Not found

DATE _____ for _____ SERVING OFFICER

---

NAME ..........................................

ADDRESS ......................................

☐ PERSONAL SERVICE   Tel No.

☐ Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Served on Secretary of the Commonwealth.

☐ Not found

DATE _____ for _____ SERVING OFFICER

---

NAME .... Donna K. Souther

ADDRESS .... S.A.F.

☒ PERSONAL SERVICE   Tel No.

☐ Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Served on Secretary of the Commonwealth.

☐ Not found

DATE 6/5/07 for _____ SERVING OFFICER

I certify that I mailed a copy of this document and the Notice of Change of Address to the defendants named therein at the address shown therein on

JUN 2 1 2007
DATE

☐ Plaintiff
☐ Plaintiff's Atty.
☒ Plaintiff's Agent

---

**OBJECTION TO VENUE:**

**To the Defendant(s):** If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state the which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the date of mail at your 60... [illegible] when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

warrant if 7/05 used in lieu of FORM DC-412 (REVERSE) REVISED 7/04

F.i. Fa. issued on ..........................................

Interrogatories issued on ..................................

Garnishment issued on ....................................

RECEIVED

EIS-SOUTTER-VACU-000017