**WARRANT IN DEBT** (Civil Claim for Money)

Commonwealth of Virginia VA. CODE § 16.1-79
City of Richmond General District Court – Civil Division (804) 646-6461 . General District Court
Second Floor, John Marshall Courts Bldg., 400 N. 9th St - Suite 203, Richmond, Va. 23219-1546

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above
address on . . . JUL 24 2007 . . . at 10:00 a.m. . . . to answer the Plaintiff(s)' civil claim (see below).

JUN 22 2007  
DATE ISSUED  

RETURN DATE AND TIME: _Laura Hughes_  
☐ CLERK  ☐ DEPUTY CLERK  ☐ MAGISTRATE

☐ Open Account   ☐ Contract   ☐ Note   ☒ Other (EXPLAIN) Visa Plat.

Claim: Plaintiffs claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ . 15,000.00 . . . net of any credits, with interest at . . 9.99 . . % from date of . 02/22/2007
until paid $ . . 48.00 . . . costs, and $ . . N/A . . . attorney's fees with the basis of this claim being

Homestead Exemption waived?  ☐ Yes  ☒ No   cannot be demanded  
. . . . . . 06/08/2007 . . . . . . . .  
DATE  
☐ PLAINTIFF  ☐ PLAINTIFF'S ATTY  ☒ PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**
☒ JUDGMENT that the Plaintiff(s) recover against ☒ named Defendant(s) ☐
$ 14403.79 net of any credits, with interest at 9.99 % from 2/22/10 until paid.
                                                INTEREST RATE    DATE FROM WHICH IS DUE
$ 48.00 costs and $ _____ attorney's fees
   COSTS
Defendant(s) Present? ☒ YES 7/24  ☐ NO  ☐ CANNOT BE DEMANDED
HOMESTEAD EXEMPTION WAIVED? ☐ YES ☐ NO
☐ JUDGMENT FOR ☐ NAMED DEFENDANT(S)
☐ NON-SUIT ☐ DISMISSED

1/29/08  
DATE  
FORM DC-412 (FRONT) PC (114:6-010 3/00)  
_Rondle D._ JUDGE

---

03418J  JUN 21 07

CASE NO.

Virginia Credit Union, Inc.
POB 90010
Richmond, VA 23225
804-323-6000

V.  DEFENDANT(S)

DONNA K SOUTTER
12365 Rixeyville RD
CULPEPER VA 22701-0016
***-**-3013
Jurisdiction: Culpeper County

CIF#: 000022691 9
C/C#: 4756-4397-7004-4392   Acct#: 0022691900

**WARRANT IN DEBT**

TO DEFENDANT: You are not required to appear;
however, if you fail to appear, judgment may be
entered against you. See the additional notice on the
reverse about requesting a change of trial location.

☐ To dispute this claim, you must appear on the
return date to try this case.

☒ To dispute this case, you must appear on the return
date for the judge to set another date for trial.

Bill of Particulars . . . . . . . . . . . . ORDERED . . . . . . . DUE
Grounds of Defense . . . . . . . . . . . ORDERED . . . . . . . DUE
MTN 3/20/08

ATTORNEY FOR PLAINTIFF(S)

ATTORNEY FOR DEFENDANT(S)

JUDGMENT PAID
OR SATISFIED
PURSUANT TO
ATTACHED
NOTICE OF
SATISFACTION.

DATE
CLERK

HEARING DATE
AND TIME
JUL 24 2007
10:00 a.m.

9-18-07
10-23-07
11-20-07
1-29-08

DISABILITY
ACCOMMODAT-
IONS for loss of
hearing, vision, mo-
bility, etc., contact the court
ahead of time.

RETURNS: Each defendant was served according to law, as indicated below, unless not found.

NAME....................

ADDRESS.................

☐ PERSONAL SERVICE    Tel No................

Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Served on Secretary of the Commonwealth.

☐ Not found

DATE .............. SERVING OFFICER for _____

---

**OBJECTION TO VENUE:**

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

warrant.jf 7/05 used in lieu of FORM DC-412 (REVERSE) REVISED 7/04

---

I certify that I mailed a copy of this document and the Notice of Change of Address to the defendants named therein at the address shown therein on

JUN 2 1 2007       *Pamela Duke* (signature)
DATE

☐ Plaintiff
☐ Plaintiff's Atty.
☒ Plaintiff's Agent

Fi. Fa. issued on ..................

Interrogatories issued on ..................

Garnishment issued on ..................

EIS-SOUTTER-VACU-000019

# 226919

**AFFIDAVIT - DEFAULT JUDGMENT**
**SERVICEMEMBERS CIVIL RELIEF ACT**
Commonwealth of Virginia   VA. CODE. § 8.01-15.2

Case No.: _____

**JUL 2 4 2007**   10:00 am
RETURN DATE AND TIME

☐ Circuit Court
☒ General District Court
☐ Juvenile and Domestic Relations District Court

City of Richmond
CITY OR COUNTY

Virginia Credit Union, Inc.   v.   DONNA K SOUTTER

In re: Pamela Bethel, the undersigned affiant, states the following under oath:

☐ The defendant/respondent     ☐ is in military service     ☐ is not in military service

The following facts support the statement above:
_____
_____
_____
_____

☒ the affiant is unable to determine whether or not the defendant is in military service

06/08/2007
DATE

*Pamela Bethel*
AFFIANT'S SIGNATURE

The above-named affiant personally appeared this day before the undersigned, and upon duly being sworn, made oath that the facts stated in this affidavit are true to the best of his or her knowledge, information and belief.

06/08/2007
DATE

☐ CLERK  ☐ DEPUTY CLERK  ☐ MAGISTRATE  ☐ JUDGE

☒ NOTARY PUBLIC  My commission expires: 12/31/2010

**NOTICE REGARDING APPOINTMENT OF COUNSEL TO REPRESENT ABSENT SERVICEMEMBER:**
Where appointment of counsel is required pursuant to 50 U.S.C. app. § 521 or 522, the court may assess attorneys' fees and costs against any party, as the court deems appropriate, and shall direct in its order which of the parties to the case shall pay such fees and costs, except the Commonwealth unless it is the party that obtains the judgment.

**FOR COURT USE ONLY:**
**ORDER OF APPOINTMENT OF COUNSEL**
I find that appointment of counsel is required pursuant to 50 U.S.C. app. § 521 or 522 and therefore, I appoint the lawyer indicated below to represent the absent servicemember named as defendant/respondent above.

NAME, ADDRESS OF COURT APPOINTED LAWYER
_____
_____
_____

NEXT HEARING DATE AND TIME
_____
DATE
_____
JUDGE

FORM DC-418 REVISED 07/05 (114:3-010 04/05)                      miltaff.if 07/05

EIS-SOUTTER-VACU-000020

| | |
|---|---|
| AFFIDAVIT - DEFAULT JUDGMENT<br>SERVICEMEMBERS CIVIL RELIEF ACT<br>Commonwealth of Virginia   VA. CODE. § 8.01-15.2 | Case No.: _____<br>JUL 2 4 2007   10:00 am<br>RETURN DATE AND TIME |

☐ Circuit Court
☑ General District Court
☐ Juvenile and Domestic Relations District Court

__City of Richmond__
CITY OR COUNTY

Virginia Credit Union, Inc.   v.   DONNA K SOUTTER

*In re:* __Pamela Bethel__, the undersigned affiant, states the following under oath:

☐ The defendant/respondent   ☐ is in military service   ☐ is not in military service

The following facts support the statement above:
_____
_____
_____
_____

☑ the affiant is unable to determine whether or not the defendant is in military service

06/08/2007
DATE

*Pamela Bethel* (signature)
AFFIANT'S SIGNATURE

The above-named affiant personally appeared this day before the undersigned, and upon duly being sworn, made oath that the facts stated in this affidavit are true to the best of his or her knowledge, information and belief.

06/08/2007
DATE

(signature)
☐ CLERK  ☐ DEPUTY CLERK  ☐ MAGISTRATE  ☐ JUDGE
☒ NOTARY PUBLIC  My commission expires: 12/31/2010

**NOTICE REGARDING APPOINTMENT OF COUNSEL TO REPRESENT ABSENT SERVICEMEMBER:**
Where appointment of counsel is required pursuant to 50 U.S.C. app. § 521 or 522, the court may assess attorneys' fees and costs against any party, as the court deems appropriate, and shall direct in its order which of the parties to the case shall pay such fees and costs, except the Commonwealth unless it is the party that obtains the judgment.

**FOR COURT USE ONLY:**
**ORDER OF APPOINTMENT OF COUNSEL**
I find that appointment of counsel is required pursuant to 50 U.S.C. app. § 521 or 522 and therefore, I appoint the lawyer indicated below to represent the absent servicemember named as defendant/respondent above.

NAME, ADDRESS OF COURT APPOINTED LAWYER: _____

NEXT HEARING DATE AND TIME
DATE _____
JUDGE _____

FORM DC-418 REVISED 07/05 (114:3-010 04/05)                                   miltaff.jf 07/05

Case 3:10-cv-00107-REP   Document 77-15   Filed 11/23/10   Page 5 of 5



City of Richmond General District Court
Civil Division
I, the undersigned clerk or deputy clerk
of the above-named court authenticate
pursuant to Va. Code §8.01-391(C) on
this date that the document to which this
authentication is affixed is a true copy
of a record in the above-named court, made
in the performance of my official duties

Date 3/10/10
☐ Clerk   ☒ Deputy Clerk