VIRGINIA:

IN THE CITY OF RICHMOND GENERAL DISTRICT COURT
JOHN MARSHALL COURTS BUILDING

VIRGINIA CREDIT UNION, INC.,                                               Plaintiff,

v.                                                                  Case No: GV07-034182

DONNA K. SOUTTER,
                                                                           Defendant.

### ORDER

This day came the plaintiff, by counsel, after due notice to the defendant, and moved the Court pursuant to Virginia Code §8.01-428 to set aside the judgment entered in the captioned matter against Donna K. Soutter.

WHEREUPON, the Court having determined that the judgment against the defendant in the captioned matter was entered by default; that the plaintiff's agents committed clerical error in failing to communicate that a settlement with the defendant had been reached; and that substantial justice would be served by granting the plaintiff's Motion. It is therefore,

ORDERED that the judgment entered against Donna K. Soutter in the captioned matter be, and is hereby, set aside and dismissed without prejudice.

ORDERED that the Clerk of this Court provide counsel for plaintiff with a copy teste hereof.

ENTER: 3/20/08

_____
Judge

City of Richmond General District Court
Civil Division
I, the undersigned clerk or deputy clerk of the above-named court authenticate pursuant to Va. Code §8.01-391(C) on this date that the document to which this authentication is affixed is a true copy of a record in the above-named court, made in the performance of my official duties

3/20/08   ☐ Clerk  ☒ Deputy Clerk
Date