```
H                    CIVIL HEARING/DISPOSITION UPDATE                    CMSGP391

CASE # GV07034182-00    PO ___                        STYLE ABBREVIATED? N
PLT1 VIRGINIA CREDIT UNION INC      J I DEF1 SOUTTER, DONNA K              J I
                                        DEF2                               J
PLT ATTORNEY VACU/AGT                DEF ATTORNEY
       NBR    DATE     TIME     J/DJ/O/C   TYPE   JUDG   CTRM   MIN   CONT
       04    112007   1000AM        C                    202    000   GEN
       05    012908   1000AM        C                    202    000   MOT
       06    032008   0900AM        O        10    P      P     000
       07    000000   0000 M                                    000
               NOTICES N   ATTN ___             R/C/T/B                 -00
CASE DISP I  JGMT CODE FOR ALL PLTS/DEFS ___    OTHER AMT         $.00
CLEAR FLDS _  AWARDED AMTS: PRIN     $.00       ATTY FEE
                            COSTS    $.00
INT AWARD _____
OTHER
HOMESTEAD EXEMP WAIVED: YES ___ NO ___ CANNOT BE DEMANDED    MED 000000
REMARKS SS/SS//YR//YBS//AB/MOTION GRANTED J VACATED & CASE DISMISSED W/O PREDJ
        SEE ORDER-AB.
JGMT SAT    000000    POSS ___  BNKRPTCY _   APPL NOTED 000000  APPL PERF 000000
WRIT ISSUED 000000   APPEALED BY ___
CASE=(E)NTRY,(N)EXT,(U)PDATE  D=ADDL DEF   O=PROT ORDER   X=NAME   A=ADDL INFO
S=H/S DISP   H= H/D UPD   L=PAST HEAR   F =FORWARD   I/G=GARN/INTER   F12=IMAGING
```



Δ π EXHIBIT 2
Deponent Mittendorf
Date b/t Rptr. GA
DEPOBOOK

```
H                        CIVIL HEARING/DISPOSITION UPDATE              CMSGP391

                                                         STYLE ABBREVIATED? N
CASE # GV07034182-01    PO
PLT1 VIRGINIA CREDIT UNION INC      J _  DEF1 SOUTTER, DONNA K           J _
                                         DEF2                            J _
PLT ATTORNEY VACU/AGT                DEF ATTORNEY
        NBR    DATE      TIME    J/DJ/O/C   TYPE   JUDG   CTRM   MIN   CONT
        01    032008    0900AM      O        10     P      P    000
        02    000000    0000 M                                  000
        03    000000    0000 M                                  000
        04    000000    0000 M                                  000
                   NOTICES N    ATTN
                                                                        -00
  CASE DISP O   JGMT CODE FOR ALL PLTS/DEFS      R/C/T/B
  CLEAR FLDS _  AWARDED AMTS:PRIN      $.00      OTHER AMT       $.00
                            COSTS      $.00      ATTY FEE
INT AWARD
OTHER
HOMESTEAD EXEMP WAIVED: YES      NO      CANNOT BE DEMANDED   MED  000000
REMARKS MOTION TO VACATE-AB-MOTION GRANTED J VACATED & CASE DISMISSED W/O
        PREDJ SEE ORDER-AB
JGMT SAT    000000   POSS       BNKRPTCY _   APPL NOTED 000000  APPL PERF 000000
WRIT ISSUED 000000   APPEALED BY
CASE=(E)NTRY,(N)EXT,(U)PDATE   D=ADDL DEF    O=PROT ORDER  X=NAME  A=ADDL INFO
S=H/S DISP   H= H/D UPD   L=PAST HEAR   F =FORWARD   I/G=GARN/INTER   F12=IMAGING
```