IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
et al.,

    Plaintiffs,

v.                       Civil Action No. 3:10cv107

EQUIFAX NFORMATION SERVICES,
LLC,

    Defendant.

## ORDER

Having reviewed EQUIFAX INFORMATION SERVICES LLC'S MOTION TO CONSOLIDATE AND SUPPORTING BRIEF (Docket No. 52), in which the defendant moves to consolidate this action with Equifax Information Services, LLC v. LexisNexis Risk Solutions Fl Inc., Civil Action No. 3:10cv609 ("Case No. 3:10cv609"), and finding that the Complaint in Case No. 3:10cv609 was dismissed on November 9, 2010, it is hereby ORDERED that EQUIFAX INFORMATION SERVICES LLC'S MOTION TO CONSOLIDATE (Docket No. 52) is denied as moot.

    It is so ORDERED.

                                    /s/       /REP/
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: December 1, 2010