IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAN - 6 2011

DONNA K. SOUTTER,
et al.,

    Plaintiffs,

v.    Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

### ORDER

Due to a conflict in the Court's schedule, it is hereby ORDERED that the oral argument on PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (Docket No. 72) scheduled for 1:30 p.m. January 7, 2011 is continued to 1:30 p.m. February 22, 2011.

    It is so ORDERED.

                  /s/ REP
                Robert E. Payne
                Senior United States District Judge

Richmond, Virginia
Date: January 5, 2011