**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **DONNA K. SOUTTER**, *for herself and on behalf of others similarly situated individuals,*<br><br>  **Plaintiffs,**<br><br>**v.**<br><br>**EQUIFAX INFORMATION SERVCES, LLC,**<br><br>  **Defendants.** | **Civil Action No. 3:10cv107-REP** |

## PLAINTIFF'S MOTION TO WITHDRAW
## MOTION FOR CONTINUANCE OF HEARING

The Plaintiff, by counsel, hereby moves the Court to withdraw her Motion for Continuance of Hearing (docket no 82).

Plaintiff's counsel previously filed a Motion for Continuance of Hearing on the grounds that he was requested to serve as lead counsel in a case set for trial on February 22, 2011 in the Northern District of Alabama in the case of *Jamon T. Brimm v. Midland Credit Management*.

All Plaintiffs' counsel in *Brimm* have conferred and determined that Mr. Bennett's attendance at trial on February 23, 2011 will be appropriate. To the extent other accommodation is necessary, such request will be addressed at the Alabama Court final pretrial conference set for February 14, 2011.

Accordingly, Plaintiff hereby withdraws her previously filed request for continuance and intends to proceed at the February 22, 2011 hearing as scheduled.

1

**DONNA K. SOUTTER,** *for herself and on behalf of others similarly situated individuals,*

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| John W. Montgomery, Jr., Esq.<br>Montgomery & Simpson, LLLP<br>2116 Dabney Road<br>Suite A-1<br>Richmond, VA  23230<br>jmontgomery@jwm-law.com | Barry Goheen, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521 |
| John Anthony Love<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521<br>tlove@kslaw.com | Keasha Ann Broussard, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521<br>abroussard@kslaw.com |

_____/s/_____

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net