IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
et al.,

    Plaintiffs,

v.                              Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

**ORDER**

Having reviewed the PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR CONTINUANCE OF HEARING (Docket No. 83), it is hereby ORDERED that the motion is granted. Accordingly, it is hereby ORDERED that PLAINTIFF'S CONSENT MOTION FOR CONTINUANCE OF HEARING (Docket No. 82) is denied as moot having been withdrawn.

    It is so ORDERED.

                                        /s/
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: February __, 2011