| CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET | DATE: February 22, 2011 |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| CASE TITLE: Donna K. Soutter, etc. v. Equifax Information Services, LLC | CASE NO: 3:10CV00107 <br> JUDGE: Payne <br> COURT REPORTER: Peppy Peterson, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( )   MOTION HEARING ( )   OTHER: ____

APPEARANCES:  Parties by (✓)/with (✓) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: Plaintiff's Motion to Certify Class

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ ____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) ____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL ____ AT ____ .M. FOR ____

ADDITIONAL NOTATIONS: Arguments had on Plaintiff's Motion to Certify Class. Motion taken under Advisement. Opin/Order to enter later.

Counsel for Plaintiff(s): Leonard A. Bennett, Esquire; Matthew J. Erausquin, Esquire

Counsel for Defendant(s): John W. Montgomery, Jr., Esquire; Barry Goheen, Esquire

SET: 1:30 p.m.   BEGAN: 1:50 p.m.   ENDED: 3:10 p.m.   TIME IN COURT: 1 hr. 20 mins.

RECESSES: