IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, *For herself
and on behalf of all similarly
situated individuals,*

    Plaintiff

v.                              Civil Action No.: 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, PLAINTIFF'S MOTION FOR CLASS CERTIFICATIONS (Docket No. 72) is granted. The class is defined as: All natural persons, for whom Equifax's records note that a credit report was furnished to a third party who requested the credit report in connection with an application for credit on or after February 17, 2008 to February 17, 2010, other than for an employment purpose, at a time when any Virginia General District Court or Circuit Court judgment that had been satisfied, appealed, or vacated in the court file more than 30 days earlier was reported in Equifax's file as remaining unpaid, which persons suffered actual damages of less than $1,000 as a result of a report by

Equifax that did not accurately report that the judgment had been satisfied, appealed, or vacated.

Counsel shall confer and establish a schedule and procedures for notifying the class, including notification of the opt-out rights, and for completing the discovery and shall discuss a trial date. A status conference will be held in Chambers on April 13, 2011 at 10:00 a.m. By April 11, 2011, counsel shall submit a written proposal for class notification, concluding pretrial discovery and a trial date.

It is so ORDERED.

                                           /s/       REP
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: March 30, 2011