UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DONNA K. SOUTTER,
    *on behalf of herself and those*
    *similarly situated,*

    Plaintiffs,

    v.                                    Civil Action No. 3:10CV00107(REP)

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

## AGREED MOTION TO CONTINUE STATUS CONFERENCE

Defendant Equifax Information Services LLC hereby files its Agreed Motion to Continue Status Conference and shows as follows:

1.    This is a class action lawsuit under the federal Fair Credit Reporting Act.

2.    On March 30, 2011, the Court entered an order granting Plaintiff's motion for class certification. Doc. 92.

3.    The court also set a status conference for April 13, 2011 and directed the parties to submit a proposed scheduling order for the second phase of the case by April 11, 2011.

4.    The parties have conferred on the issues presented in the wake of the Court's order certifying the class and respectfully request that the April 13 status conference be rescheduled for the first available date in May. The parties intend to use this additional time to (1) attempt to negotiate the language of the class notice and (2) attempt to negotiate what additional data Equifax will provide to Plaintiff for use in Plaintiff's efforts to identify the class members.

5. Further, lead counsel for Equifax have scheduling conflicts with the current April 13 setting.

6. Equifax has also advised Plaintiff that it intends to file a petition under Federal Rule of Civil Procedure 23(f) seeking interlocutory review of the order certifying the class. The parties intend to continue their efforts to negotiate the items described above notwithstanding the filing of a Rule 23(f) petition.

7. Plaintiff consents to this request, and a consent order is being circulated and will be sent to the Court with the endorsement of Plaintiff's counsel.

Wherefore, Equifax requests that this motion be granted.

Respectfully submitted this 8th day of April, 2011.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Inc.
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of April, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Matthew James Erausquin
Consumer Litigation Associates PC
3615-H Chain Bridge Rd
Fairfax, VA 22030
*Counsel for Plaintiff Donna Soutter*

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Inc.
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com