UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DONNA K. SOUTTER,**
For herself and on behalf of all similarly
situated individuals,

      Plaintiff,

v.                                                                CIVIL ACTION NO. 3:10-cv-00107

**EQUIFAX INFORMATION SERVICES LLC,**

      Defendant.

**[PROPOSED] SCHEDULING ORDER**

Upon consideration of Equifax Information Services LLC's ("Equifax") Objections to Plaintiff's Proposed Schedule and Procedures for Class Notification, for Completing Discovery and to Set a Trial Data and Proposed Alternative Phase 2 Schedule and Plan, and in consideration of the entire record herein and argument of counsel, it is hereby,

ORDERED, that the following dates are established for Phase 2:

| | |
|---|---|
| **Beginning of Discovery**: | May 1, 2011 |
| **Plaintiff's Expert Disclosures Due:** | July 15, 2011 |
| **Defendant's Expert Disclosures Due:** | August 15, 2011 |
| **End of Discovery**: | October 31, 2011 |
| **Deadline to File Motions for Summary Judgment:** | November 30, 2011 |
| **Responses to Motions for Summary Judgment:** | December 15, 2011 |

2

**Reply Briefs on Motions**
**for Summary Judgment:**   December 21, 2011

**Trial Date:**   45 - 60 Days after ruling on all pending dispositive motions.

This ___ day of April, 2011.

_____
The Honorable Thomas E. Payne
U.S. District Court Judge
