IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, *For herself and on behalf of all similarly situated individuals*,

    Plaintiffs,

v.                            Civil Action No. 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

### ORDER

Having reviewed the AGREED MOTION TO CONTINUE STATUS CONFERENCE (Docket No. 93), it is hereby ORDERED that the motion is granted and the status conference scheduled for 10:00 a.m. April 13, 2011 is continued to 1:30 p.m. May 4, 2011. It is further ORDERED that the conference shall be held telephonically and the plaintiff is responsible for initiating the telephone conference.

It is so ORDERED.

                                            /s/      REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: April __, 2011