IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **DONNA K. SOUTTER,** *for herself and on behalf of others similarly situated individuals,*<br><br>　　　　　　　　　**Plaintiffs,**<br><br>　v.<br><br>**EQUIFAX INFORMATION SERVCES, LLC,**<br><br>　　　　　　　　　**Defendants.** | Civil Action No. 3:10cv107-REP |

ORDER ESTABLISHING PROCEDURES FOR CLASS NOTIFICATION,
FOR COMPLETING DISCOVERY AND SETTING A TRIAL DATE

This matter is before the Court to establish procedures to notify the class, to complete discovery and to set a trial date.

　　(1)　Development of the Class List

(a)　Counsel shall engage Rust Consulting, Inc., 625 Marquette Avenue, Suite 880 Minneapolis, MN 55402, forthwith in order to develop the Class List.  The Class List is the list of class members including name, address, and relevant facts relating to a Virginia judgment.  Rust is a well-known, reliable, cost-effective, proven industry leader in Class Action Administration, including database expertise necessary to develop a comprehensive class list.  Upon entry of this Order, Equifax shall provide to Rust adequate, acceptable data in a

1

suitable format, as well as a knowledgeable employee to assist Rust in generating a complete class list.

(b) The Parties shall agree to a Protective Order to govern the development of the Class List.

(c) Rust shall work directly with the Executive Secretary of the Supreme Court of Virginia to obtain the information necessary to develop the full class list. Rust will then compile the data from the Supreme Court of Virginia with the Equifax class list data. Rust shall deliver the final compiled class list to the parties within 14 days of receiving such data from the Supreme Court of Virginia.

The parties shall notify the Court upon completion of the final class list.

(2) Notice

Equifax shall respond to the Plaintiff's proposed class notice not later than May 6, 2011, at which time the parties will meet and confer to try and resolve any differences. Failing that, the parties will submit their own respective notices with no more than five pages outlining the disputed portions by May 9, 2011.

(3) Class Discovery

Parties may (a) serve no more than 45 Interrogatories; (b) take no more than 15 depositions, unless by agreement or having requested and received approval by the court.

    (4)   Scheduling Order

(a)   Discovery begins:                          May 2, 2011

(b)   Plaintiff's expert disclosures due:     July 15, 2011

(c)   Defendant's expert disclosures due:    August 15, 2011

(d)   Discovery ends:                            October 31, 2011

(e)   Motions for Summary Judgment due:     December 1, 2011

(f)   Response to Motions for Summary Judgment due:    December 16, 2011

(g)   Reply to Motions for Summary Judgment due:    December 23, 2011

    (5)   Trial Date

A five-day trial in this matter shall be set for _____, 2012.

 

_____
Senior United States District Judge