

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, *For herself
and on behalf of all similarly
situated individuals*,

    Plaintiff

v.                                          Civil Action No.: 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

**ORDER**

For the reasons set forth on the record during the conference call on May 4, 2011, and after having conferred with counsel and concluded based on their agreement that it is proper to amend the previous class definition entered in Docket No. 92, it is hereby ORDERED that the amended class definition is restated to read as follows: All natural persons, for whom Equifax's records note that a credit report was furnished to a third party who requested the credit report in connection with an application for credit on or after February 17, 2008 to February 17, 2010, other than for an employment purpose, at a time when any Virginia General District Court or Circuit Court judgment that had been satisfied, appealed, or vacated in the

court file more than 30 days earlier was reported in Equifax's file as remaining unpaid.

It is further ORDERED that:

(1) No later than May 12, 2011, counsel shall confer and file another written proposal for class notification and a plan for developing the class list;

(2) No later than 5:00 PM on May 13, 2011, counsel, either individually or as a joint submission, shall file a Status Report by facsimile;

(3) No later than 5:00 PM on May 13, 2011, counsel shall tender a pre-trial scheduling order that sets forth the terms and deadlines discussed during the May 4, 2011 conference call; and

(4) a conference call shall be held on May 16, 2011 at 10:00 AM.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 9, 2011