IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DONNA K. SOUTTER, *For herself
and on behalf of all similarly
situated individuals*,

    Plaintiff

v().                               Civil Action No.: 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

### ORDER

It is hereby ORDERED that the parties shall direct the amended Class Definition as set forth in this Court's Order dated May 9, 2011 (Docket No. 101) to the attention of the Fourth Circuit Court of Appeals no later than Friday, May 13, 2011.

It is so ORDERED.

                            /s/    REP
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: May 10, 2011