UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DONNA K. SOUTTER,
  *on behalf of herself and those*
  *similarly situated,*

  Plaintiffs,

  v.                                          Civil Action No. 3:10CV00107(REP)

EQUIFAX INFORMATION SERVICES LLC,

  Defendant.

## JOINT PROPOSED PHASE II SCHEDULE AND PLAN

Plaintiff Donna Soutter and Defendant, Equifax Information Services LLC, by counsel, file their Joint Proposed Phase II Schedule and Plan ("Joint Proposal") as follows:

1. The parties generally agree on the following schedule for Phase II:

**Beginning of Phase II Discovery**:   May 20, 2011

**Plaintiff's Expert
Disclosures Due:**                    August 31, 2011

**Defendant's Expert
Disclosures Due:**                    September 30, 2011

**End of Discovery**:                 November 18, 2011

**Deadline to File Motions
for Summary Judgment:**               December 1, 2011

**Responses to Motions
for Summary Judgment:**               December 16, 2011

**Reply Briefs on Motions
for Summary Judgment:**               December 23, 2011

**Trial Date:**                       45 - 60 Days after ruling on all pending dispositive motions.  Five day trial.

1

2.  A proposed order adopting this schedule is being circulated and will be forwarded to the court as soon as possible.

Wherefore, the parties request that the Court enter a Phase II schedule consistent with the above.

Respectfully submitted this 13th day of May, 2011.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email:  jmontgomery@jwm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of May, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Matthew James Erausquin
Consumer Litigation Associates PC
3615-H Chain Bridge Rd
Fairfax, VA 22030

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212

Matthew James Erausquin
Consumer Litigation Associates PC
1800 Diagonal Road
Suite 600
Alexandria, VA 22314

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com