IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DONNA K. SOUTTER, *For herself
and on behalf of all similarly
situated individuals*,

    Plaintiff

v.                                                     Civil Action No.: 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

### ORDER

It is hereby ORDERED that the parties' JOINT PROPOSED PHASE II SCHEDULE AND PLAN (Docket No. 103) is approved by the Court except that trial in this matter is tentatively scheduled for May 1, 2012 at 9:30 AM.

    It is so ORDERED.

                                                /s/       REP
                                   Robert E. Payne
                                   Senior United States District Judge

Richmond, Virginia
Date: May 16, 2011