IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **DONNA K. SOUTTER**, *for herself and on behalf of others similarly situated individuals,*<br><br>**Plaintiffs,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>**Defendants.** | Civil Action No. 3:10cv107-REP |

**PLAINTIFF'S UPDATED STATUS REPORT**

COMES NOW the Plaintiff, by counsel, and with the consent of the Defendant, Equifax Information Services, LLC, she states as follows:

At the most recent status conference between the Parties and before the Court, counsel for Plaintiff and Defendant requested through today, May 18, 2011, to present a final agreed proposed plan and related order for the construction of a class list and the mailing of a class notice. The Parties are yet unable to do so, but have continued through even the moment before filing this report to negotiate and confer to reach final agreement.

Plaintiff, joined by Equifax, asks the Court for an additional day in order to file a final proposed Order.

**DONNA K. SOUTTER,** *for herself and on behalf of others similarly situated individuals,*

       /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| John W. Montgomery, Jr., Esq.<br><br>Montgomery & Simpson, LLLP<br><br>2116 Dabney Road<br><br>Suite A-1<br><br>Richmond, VA 23230<br><br>jmontgomery@jwm-law.com | Barry Goheen, Esq.<br><br>King & Spalding<br><br>1180 Peachtree Street, NE<br><br>Atlanta, GA 30309-3521 |
| John Anthony Love<br><br>King & Spalding<br><br>1180 Peachtree Street, NE<br><br>Atlanta, GA 30309-3521<br><br>tlove@kslaw.com | Keasha Ann Broussard, Esq.<br><br>King & Spalding<br><br>1180 Peachtree Street, NE<br><br>Atlanta, GA 30309-3521<br><br>abroussard@kslaw.com |

        /s/_____

Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net