

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

DONNA K. SOUTTER,
*on behalf of herself and those similarly situated,*

Plaintiffs,

v.                                    Civil Action No. 3:10CV00107(REP)

EQUIFAX INFORMATION SERVICES LLC,

Defendant.

## CONSENT ORDER RE: CLASS LIST DATA

This cause, having come before the Court on the parties' Notice of Plan for Developing Class List, and for good cause shown, it is hereby ORDERED as follows:

(a) Equifax shall provide 25 months of archive credit file data to Plaintiff's designated outside vendor in an electronic format to be agreed upon by the parties after consulting with Equifax and the vendor and appropriate vetting of the vendor for security purposes. Plaintiff will provide Equifax with the name and contact information for the vendor within twenty days of this order so that Equifax and the vendor can communicate directly regarding any security and technology issues. Plaintiff's counsel will not have access to the data provided to the vendor except for those consumers that the vendor determines are on the class list or for the purposes described in paragraph (f) below. The data shall be produced subject to a separate protective order to be agreed upon and filed by the parties. Plaintiff shall confer with Equifax, through Equifax's Counsel, concerning appropriate security measures.

(b) The consumer list will be created over a nine month/quarterly review (February, May, August and November of 2008 and 2009 along with February 2010) which will search for



any unique consumers with a current address in Virginia that have a Virginia state or circuit court judgment. Once the consumer list is complete, Equifax will provide 25 months of scans (from February 2008 to February 2010). Each monthly consumer scan will contain the following information for each consumer: Name, Current Address, Former Addresses, Virginia judgment(s) and the date of any hard inquiry (if any).

(c) Equifax shall provide the consumer list (i.e., names of consumers) by June 30, 2011. Equifax shall also provide the February, 2008 and February, 2010 archive data for all of the consumers on the consumer list by June 30, 2011. The remaining archive data from the remaining 23 months shall be provided by July 31, 2011. Equifax will produce the data in a manner that can be loaded into an Access database. Equifax will provide its proposed database template of fields and format to Plaintiff's counsel within 20 days of this order.

(d) Equifax is advancing the costs of generating the data and reserves its right to seek its costs from the Court through appropriate motion filed at a later date. Plaintiff reserves her right to object to such motion.

(e) Should the data above contain any anomalies, the parties shall meet and confer in good faith in an effort to understand and explain the anomalies.

(f) The parties recognize that the vendor may have questions or issues that arise during the creation of the class list that may requires the exchange of data between the vendor and Plaintiff's counsel. The parties shall work in good faith to resolve these issues without Court intervention. However, should the parties be unable to agree, then any such issue shall be submitted to the magistrate judge for resolution.

(g) Equifax shall be provided with a copy of the class list created by Plaintiff and Plaintiff's vendor and reserves its right to challenge the class list.

(h) Should Plaintiff's vendor provide a list of consumers for whom it is unable to match VA judgments, the parties shall negotiate in good faith concerning Equifax providing dates of birth for such consumers and appropriate security measures for such a production should it become necessary.

SO ORDERED, this the 20 day of May, 2011.

/s/ REP
The Honorable Robert E. Payne
Senior Judge, United States District Court

CONSENTED TO BY:

*[signature]*

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212

*[signature]*

John W. Montgomery
Counsel for Defendant Equifax Information Services LLC
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
Telephone:   (804) 355-8744
Facsimile:    (804) 355-8748
jmontgomery@jwm-law.com