FILED: June 1, 2011

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 11-168

(3:10-cv-00107-REP)

_____

EQUIFAX INFORMATION SERVICES, LLC

       Petitioner

v.

DONNA K. SOUTTER, For herself and on behalf of all similarly situated individuals

       Respondent

_____

O R D E R

_____

Upon consideration of submissions relative to the petition for permission to appeal, the court grants the petition. This case is transferred to the regular docket and assigned docket number 11-1564. The record shall be retained in the court below unless requested by this court.

A copy of this order shall be sent to the clerk of the district court.

       For the Court

       /s/ Patricia S. Connor, Clerk