```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683013B61
Cashier ID: lbreeden
Transaction Date: 06/06/2011
Payer Name: KING AND SPALDING LLP
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: KING AND SPALDING LLP
 Amount:        $455.00
------------------------------------
CHECK
 Check/Money Order Num: 13701
 Amt Tendered:  $455.00
------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

#3:10-CV-107
```