# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

DONNA K. SOUTTER, *for herself and on behalf of all similarly situated individuals*,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

      Defendant.

CIVIL ACTION NO.

3:10-CV-00107-REP

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO STAY DEADLINES PENDING INTERLOCUTORY REVIEW

Defendant Equifax Information Services LLC ("Equifax"), by Counsel, files its Motion to Stay Deadlines Pending Interlocutory Review.  For the reasons set forth in the accompanying supporting memorandum, Equifax requests that its motion be granted.

Equifax has conferred with Plaintiff concerning this motion and Plaintiff is not in agreement concerning a stay.

This 8th Day of June, 2011.

    /s/
    John W. Montgomery, Jr.
    Virginia State Bar No. 37149
    Counsel for Equifax Information Services, LLC
    MONTGOMERY & SIMPSON, LLP
    2116 Dabney Road, Suite A-1
    Richmond, Virginia 23230
    Telephone:  (804) 355-8744
    Facsimile:  (804) 355-8748
    Email: jmontgomery@jwm-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Matthew James Erausquin
Consumer Litigation Associates PC
3615-H Chain Bridge Rd
Fairfax, VA 22030
*Counsel for Plaintiff Donna Soutter*

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212

Matthew James Erausquin
Consumer Litigation Associates PC
1800 Diagonal Road
Suite 600
Alexandria, VA 22314

    /s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com