IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DONNA K. SOUTTER, *For herself
and on behalf of all similarly
situated individuals*,

    Plaintiff

v.                                             Civil Action No.: 3:10cv107

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

### ORDER

For the reasons set forth on the conference call on June 13, 2011, it is hereby ORDERED that the Defendant's MOTION TO STAY DEADLINES PENDING INTERLOCUTORY REVIEW (Docket No. 117) is DENIED IN PART to the extent the discovery deadlines concern Ms. Soutter's individual case against the Defendant, and GRANTED IN PART as to all class discovery deadlines. It is further ORDERED that

    (1) the parties shall submit a report on October 24, 2011 respecting the status of (i) the Defendant's Fed. R. Civ. P. 23(f) appeal in the Fourth Circuit; and (ii) discovery with respect to Ms. Soutter's individual case against the Defendant; and

2

(2) a conference call shall be held with the Court on October 28, 2011 at 2 PM.

It is so ORDERED.

/s/ *REP*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June 14, 2011

2