IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **DONNA K. SOUTTER** , *for herself and on behalf of others similarly situated individuals,*<br><br>**Plaintiffs,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVCES, LLC,**<br><br>**Defendants.** | Civil Action No. 3:10cv107-REP |

**PLAINTIFF'S STATUS REPORT**

The parties have agreed to join and request for a continuance and stay of the District Court litigation pending the outcome of the appeal now pending in the Fourth Circuit Court of Appeals. By agreement and Order Donna Soutter's Appellee brief is due on November 2, 2011. Defendant/Appellant has agreed to a further enlargement of Plaintiff's time for filing of her Appellee brief to November 18, 2011, with a reciprocal enlargement of time for the Defendant/Appellant to December 12, 2011. The Parties today are filing the Consent for enlargement with the Fourth Circuit Court of Appeals.

1

**DONNA K. SOUTTER,** *for herself and on behalf of others similarly situated individuals,*

        /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| John W. Montgomery, Jr., Esq.<br>Montgomery & Simpson, LLLP<br>2116 Dabney Road<br>Suite A-1<br>Richmond, VA 23230<br>jmontgomery@jwm-law.com | Barry Goheen, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521 |
| John Anthony Love<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521<br>tlove@kslaw.com | Keasha Ann Broussard, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521<br>abroussard@kslaw.com |

        /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net