IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DONNA K. SOUTTER, *for herself and on behalf of other similarly situated individuals,*

Plaintiffs,

v.                                          Civil Action No. 3:10cv107

EQUIFAX INFORMATION SERVICES, LLC,

Defendants.

**ORDER**

For the reasons set forth in the conference call on Friday, October 27, upon the Plaintiffs' request in PLAINTIFF'S STATUS REPORT (Docket No. 122) and upon the agreement of the parties, it is hereby ORDERED that further proceedings in the district court are stayed pending a decision by the United States Court of Appeals for the Fourth Circuit on the class certification issues. The parties shall advise this Court when the appeal is concluded.

It is so ORDERED.

/s/   *REP*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 3, 2011