FILED: December 26, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1564
(3:10-cv-00107-REP)

_____

DONNA K. SOUTTER, For herself and on behalf of all similarly situated individuals; TONY LEE WEBB

    Plaintiffs - Appellees

v.

EQUIFAX INFORMATION SERVICES, LLC

    Defendant - Appellant

-------------------------------

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; CONSUMER DATA INDUSTRY ASSOCIATION

    Amici Supporting Appellant

VIRGINIA POVERTY LAW CENTER; VIRGINIA TRIAL LAWYERS ASSOCIATION; RAPPAHANNOCK LEGAL SERVICES, INC.; LEGAL AID JUSTICE CENTER; NATIONAL ASSOCIATION OF CONSUMER ADVOCATES

    Amici Supporting Appellee

_____

MANDATE
_____

The judgment of this court, entered 12/03/2012, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*