**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| DONNA K. SOUTTER, *For herself and on behalf of all similarly situated individuals* | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:10-cv-00107 (REP) ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) ) ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER EXTENDING TIME FOR**
**DEFENDANT EQUIFAX INFORMATION SERVICES LLC**
**TO RESPOND TO PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION**

On this day, came before the Court Defendant Equifax Information Services LLC's ("Equifax") Agreed Motion for Extension of Time to Respond to Plaintiff's Amended Motion for Class Certification. Having considered Equifax's Motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that the time for Equifax to respond to Plaintiff's Amended Motion for Class Certification is extended through and including April 19, 2013.

This \_\_\_\_ day of _____, 2013.

_____
The Honorable Robert E. Payne, Senior Judge
United States District Court