IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, for herself
and on behalf of others similarly
situated individuals,

    Plaintiff,

v.                              Civil Action No. 3:10cv107

EQUIFAX INFORMATION SERVICES,
LLC,

    Defendant.

**ORDER**

Having reviewed the AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION (Docket No. 133), it is hereby ORDERED that the motion is granted. It is further ORDERED that:

(1) Defendant shall file its response to PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION by April 19, 2013; and

(2) Plaintiff shall file her reply thereto by May 3, 2013.

It is so ORDERED.

                                            /s/    REP
                                  Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: March 20, 2013