# EXHIBIT A



### Roanoke City General District (Pay Online)
### Civil Case Details Page : GV07015612-00

| | |
|---|---|
| **Case Number:** GV07015612-00 | **File Date:** 09/27/2007 |
| **Debt Type:** Contract, Items | **Number of Plaintiffs:** 01 |
| | **Case Type:** Detinue |
| | **Number of Defendants:** 01 |

**Plaintiff # 1 Information:**
Name: SCHEWEL FURNITURE CO INC
Judgment:

**Defendant # 1 Information:**
Name: BROWN, WILLIE E
Judgment:

**Attorneys:**
Plaintiff Attorney:
Defendant Attorney:

**Defendant # 2 Information:**
Name:
Judgment:

**Appeal Information**
Appealed Date:
Appealed By:

**Hearings**

| Number | Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|---|
| 01 | 10/19/2007 | 09:00 AM | Default Judgment | | |

**Judgment:** Plaintiff
**Judgment Amount:** $2,220.42
**Other Amount:**
**Interest Award:** 6% FROM DOJ
**Cost:** $44.00
**Attorney Fees:**
**Possession:**
**Writ Issued:**
**Is Judgment Satisfied:** Yes
**Date Satisfaction Filed:** 10/27/2007
**Homestead Exemption Waived:**
**Other:**