# EXHIBIT B

# WARRANT IN DETINUE (Civil Claim for Specific Personal Property)

Commonwealth of Virginia Va. Code §§ 16.1-79, 8.01-114, 8.01-121

**CITY OF ROANOKE** — General District Court

FLOOR 315 W. CHURCH AVENUE, ROANOKE, VA. 24016-5007  (540) 853-2364

**CASE NO.** 070 15612

**PLAINTIFF(S):** SCHEWEL FURNITURE CO., INC.
2811TH WILLIAMSON RD
P.O. BOX 5288
ROANOKE, VA 24012

**DEFENDANT(S):** BROWN, WILLIE E.
1733 MEADOW RD
VINTON, VA 24179

**HEARING DATE AND TIME:** 10/19/07 9:00A

**DATE ISSUED:** 9/10/07
**RETURN DATE AND TIME:** 10/19/07 AT 9:00 AM

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the defendant(s).
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on 10/19/07 AT 9:00 AM to answer the Plaintiff(s) civil claim (see below)

CLAIM: Plaintiff(s) claim the item(s) below to be unjustly withheld from Plaintiff's possession by Defendant(s).

| ITEM | ALTERNATE VALUE | ITEM | ALTERNATE VALUE |
|---|---|---|---|
| 1. ASHL SOFA | | 5. VANT TABLE | |
| 2. ASHL LOVESEAT | | 6. VANT CHAIR (4) | |
| 3. ASHL CKT TABLE | | 7. | |
| 4. ASHL END TABLE (2) | | 8. | |

TOTAL ALTERNATE VALUE: $2232.46
COSTS: $44.00
INTEREST AT THE RATE OF %
DAMAGES CLAIMED DUE TO UNJUST DETENTION: $

Plaintiffs seek possession of the items listed above, or their alternative values, damages resulting from the unjust detention of the items by Defendant(s), attorney's fee as indicated and interest as indicated. The alternate values given are based upon [ ] actual value [or] [X] amount due on written contract of sale for which the items were offered as security.

THE BASIS OF CLAIM IS: [X] WRITTEN CONTRACT OF SALE  [ ] OTHER (EXPLAIN)

HOMESTEAD EXEMPTION WAIVED? [X] YES [ ] NO  [X] cannot be demanded

DATE: 9/24/07
[ ] PLAINTIFF [ ] PLAINTIFF'S ATTORNEY [X] PLAINTIFF'S EMPLOYEE/AGENT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.
[X] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ........ ORDERED ........ DUE
Grounds of Defense ........ ORDERED ........ DUE

ATTORNEY FOR PLAINTIFF(S)
ATTORNEY FOR DEFENDANT(S)

[X] JUDGMENT that Plaintiff(s) recover against [X] named Defendant(s) [ ] possession of each item listed above, or its alternate value as shown above, at the election of [ ] Plaintiff(s) [or] [X] Defendant(s), (if made within 10 days, then at election of Plaintiff(s)), with the exception of the following item nos.

($ 2,220.42 ...... Total Alternate Value Recoverable): $ _____ damages with
interest .... 6% .. %  .... $ 44.00 ..... costs and $ _____ attorney's fee.

INTEREST RATE AND BEGINNING DATE
Homestead exemption waived? [ ] Yes [ ] No [ ] Cannot be demanded
[ ] Judgment for [ ] Named defendant(s) [ ]
[ ] Non-suit [ ] Dismissed
Defendant(s) present? [ ] YES [X] NO

DATE: 10.19.07
JUDGE: (signed)

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

DATE: _____  CLERK: _____

DISABILITY ACCOMMODATIONS for loss of hearing, vision, mobility, etc., contact the court ahead of time.

FORM DC-414 (FRONT) REVISED 07/04  (114-3-01D-01/05)

# NOTICE OF SATISFACTION
Commonwealth of Virginia   VA. CODE § 16.1-94.03

| | |
|---|---|
| CASE NO. 07015612 | |
| JUDGMENT CREDITOR'S NAME: SCHEWEL FURNITURE COMPANY, INC. | |
| STREET ADDRESS: 3640 FERNCLIFF AVENUE | |
| CITY, STATE, ZIP: ROANOKE, VA 24017 | |
| TELEPHONE NUMBER: 366-7246 | v. |
| JUDGMENT DEBTOR'S NAME: WILLIE E. BROWN | |
| STREET ADDRESS: 757 KENYON DR. | |
| CITY, STATE, ZIP: VINTON, VA 24179 | |
| TELEPHONE NUMBER: 556-2504 | |
| JUDGMENT CREDITOR'S ATTORNEY'S NAME: | |
| STREET ADDRESS: | |
| CITY, STATE, ZIP: | |

ROANOKE CITY  ☒ General District Court
COURT NAME   ☐ Juvenile and Domestic Relations District Court

315 W. CHURCH AVE, 2ND FLOOR, ROANOKE, VA 24016-5007
COURT ADDRESS

A judgment was rendered in favor of the judgment creditor for $ 2220.42
in this court on 10/19/07
         DATE

The judgment creditor hereby notifies the court that this judgment has been paid in full or was otherwise satisfied on 10/27/07
                    DATE

6-19-09                        _____
DATE                           ☐ JUDGMENT CREDITOR  ☐ JUDGMENT CREDITOR'S ATTORNEY  ☒ JUDGMENT CREDITOR'S AGENT

Acknowledged, subscribed and sworn to (or affirmed) before me this day

6/19/09                        _____
DATE                           ☐ CLERK  ☒ DEPUTY CLERK  ☐ NOTARY PUBLIC (My commission expires ............)

FORM DC-458 7/99 PC (1114-5-010 5/99)