# EXHIBIT C

Case 3:10-cv-00107-REP   Document 135-4   Filed 04/19/13   Page 1 of 2 PageID# 1595

