# EXHIBIT D

JUL-14-2011 18:28  FROM:                                              TO:18669602845                    P.6/13

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia  VA. CODE § 16.1-79 ................................ General District Court
................ Dinwiddie ................
  CITY OR COUNTY
4008 Boydton Plank Rd., Dinwiddie, VA  23841
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on
June 2, 2008 @ 1:15 pm  to answer the Plaintiff(s)' civil claim (see below).
    RETURN DATE AND TIME

4/17/08 ........... Arnold ........................
DATE ISSUED      [x] CLERK  [ ] DEPUTY CLERK  [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 4072.48 ...... net of any credits, with interest at .... 6 ... % from date of 6/2/08 until paid,
$ 48.00 ...... costs and $ ......—...... attorney's fees with the basis of this claim being
[ ] Open Account [x] Contract  [ ] Note  [ ] Other (EXPLAIN) ........................

HOMESTEAD EXEMPTION WAIVED? [ ] YES [x] NO [ ] cannot be demanded
4/17/08 ........ Wendy B Dawan ........................
   DATE        [ ] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [x] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**
JUDGMENT against [ ] named Defendant(s) [ ]
for $ 4050.43 .... net of any credits, with interest at .... 6 ... % from date
of .. 6/2/08 ..... until paid, $ .. 48 .... costs and $ ... 0 ... attorney's fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ]
[ ] NON-SUIT  [ ] DISMISSED
Defendant(s) Present? [ ] YES [x] NO

6/2/08 ........................  T.C. ........................
DATE                      JUDGE

Original judgment
signed 11/24/08  Bruce Clerk

FORM DC-412 (FRONT) REVISED 07/04    (1114-3-019 7/07)

---

CASE NO. V08-365
The Monitor
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
20121 Cox Road
Sutherland, VA  23885

v.

Mark C. Jennings
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
dba Professional Door + Gutters
5508 Centralia Road
Richmond, VA 23237
Chesterfield County
**WARRANT IN DEBT**

TO DEFENDANT: You are not required to appear; however,
if you fail to appear, judgment may be entered against you. See
the additional notice on the reverse about requesting a change
of trial location.
[ ] To dispute this claim, you must appear on the return date to
    try this case.
[x] To dispute this claim, you must appear on the return date
    for the judge to set another date for trial.

Bill of Particulars .. 7/7/08 ... 7/17/08
                       ORDERED    DUE
Grounds of Defense .. 7/2/08 ... 7/21/08
                       ORDERED    DUE

ATTORNEY FOR PLAINTIFF(S)

ATTORNEY FOR DEFENDANT(S)

---

HEARING DATE AND TIME
June 2, 2008  1:15p
Received 6-16-08
7-7-08

7/22/08  1:15
         /

11/24/08
11:00 a

JUDGMENT PAID OR SATISFIED
PURSUANT TO ATTACHED NOTICE OF SATISFACTION.
2009 APR 22  AM 10:33
........................
CLERK

DISABILITY ACCOMMODATIONS
for loss of hearing,
vision, mobility, etc.,
contact the court ahead
of time.

RECEIVED  7/17/08  1/21/08

11-24-08

# THE MONITOR
P.O. Box 399
SUTHERLAND, VA 23885
(804) 733-8636

April 29, 2009

Dinwiddie Combined Court
P O Box 280
Dinwiddie, VA 23841
Attn: Civil

Re: Mark Jennings
DBA Professional Door and Gutter

To Whom It May Concern,

This letter is to inform you that the above client satisfied his debt with us on October 24, 2008. Please satisfy or vacate the default judgement from November 24, 2008 Case No. GV08000265-00. If you need additional information or have any questions, please call me at 804-733-8636.

Sincerely,

*Cindy M. Croft*

Cindy M. Croft
Accounts Receivable Manager

cc: Mark Jennings

Acct
5.4-09