# EXHIBIT E

Case 3:10-cv-00107-REP Document 135-6 Filed 04/19/13 Page 1 of 2 PageID# 1600

# Virginia Courts Case Information

**Spotsylvania County General District (Pay Online)**
Civil Case Details Page : GV09004001-00

| Case Number: | File Date: | Case Type: |
|---|---|---|
| GV09004001-00 | 06 16 2009 | Unlawful Detainer |

| Debt Type: | Number of Plaintiffs: | Number of Defendants: |
|---|---|---|
| | 01 | 01 |

### Plaintiff # 1 Information:

Name:
MARK APARTS, ASSOC LLP
T/A:
THE MARKS AT SALEM STATION
Judgment:
Plaintiff

### Attorneys:

Plaintiff Attorney:
DOVE, WILLIAM
Defendant Attorney:

### Defendant # 1 Information:

Name:
LANE, KEVIN
Judgment:
Plaintiff

### Defendant # 2 Information:

Name:
Judgment:

### Appeal Information

Appealed Date:
Appealed By:

### Hearings

| Number | Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|---|
| 01 | 07 01 2009 | 08 30 AM | Default Judgment | | |

| Judgment: | Judgment Amount: |
|---|---|
| Plaintiff | $1,208.67 |

| Other Amount: | Interest Award: |
|---|---|
| | 6 % FROM DOJ |

| Cost: | Attorney Fees: |
|---|---|
| $53.00 | $329.00 |

| Possession: | Writ Issued: |
|---|---|
| | |

| Is Judgment Satisfied: | Date Satisfaction Filed: |
|---|---|
| Yes | 06 27 2009 |

Homestead Exemption Waived: