# EXHIBIT F



Virginia Courts Case Information - Windows Internet Explorer provided by LexisNexis

http://epwsgdp1.courts.state.va.us/gdcourts2/caseSearch.do?caseDetails=caseDetails

Virginia Courts Case Information

Protected mode is currently turned off for the Local intranet zone.  Click here to open security settings.

**Roanoke City General District (Pay Online)**
**Civil Case Details Page   GV08007722-00**

| Case Number:<br>GV08007722-00 | File Date:<br>04/24/2008 | Case Type:<br>Warrant In Debt |
|---|---|---|
| Debt Type:<br>Open Account | Number of Plaintiffs:<br>01 | Number of Defendants:<br>02 |

| Plaintiff # 1 Information: | Defendant # 1 Information: |
|---|---|
| Name:<br>CARILION MEDICAL CENTER<br>DBA:<br>CARILION ROANOKE MEMORIAL HOSPITAL<br><br>Judgment:<br>Plaintiff | Name:<br>PATE, JENNIFER NICOLE<br><br>Judgment:<br>Plaintiff |
| | Defendant # 2 Information: |
| **Attorneys:** | Name:<br>PATE, ALAN F |
| Plaintiff Attorney: | Judgment:<br>Plaintiff |
| Defendant Attorney: | |

| Appeal Information | |
|---|---|
| Appealed Date: | Appealed By: |

**Hearings**

| Number | Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|---|
| 01 | 06/12/2008 | 09:30 AM | Default Judgment | | |

| Judgment:<br>Plaintiff | Judgment Amount:<br>$1,154.09 |
|---|---|
| Other Amount: | Interest Award:<br>6 % FROM DOJ |
| Cost:<br>$46.75 | Attorney Fees: |
| Possession: | Writ Issued: |
| Is Judgment Satisfied:<br>Yes | Date Satisfaction Filed:<br>07/07/2008 |
| Homstead Exemption Waived: | |
| Other: | |

Main Menu    Logoff

Build # +2.0 +

Done                                          Internet | Protected Mode: Off    100%