# EXHIBIT G

**(CIVIL CLAIM FOR MONEY)** Commonwealth of Virginia VA. CODE §§ 16.1-79

CITY General District Court
CITY OR COUNTY

315 WEST CHURCH AVE SW 2ND FL ROANOKE VA 24016
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are commanded to summon the Defendent(s).
TO THE DEFENDENT(S): You are summoned to appear before this Court at the above address on 06/12/08 9:30AM to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

4/24/08 [signature]
DATE ISSUED ☐ CLERK ☒ DEPUTY CLERK ☐ MAGISTRATE

**CLAIM:** Plaintiffs claim that Defendent(s) owe Plaintiff(s) a debt in the sum of PLUS PRE-JUDGMENT INTEREST OF 70.79
$ 1154.09 net of any credits, with interest at 6 (INTEREST RATE) % from Judgmnt (DATE FROM WHICH IS DUE) until paid.
$ 46.75 (COSTS) costs and $ 0.00 (ATTY. FEE) attorney's fees with the basis of this claim being
☒ Open Account ☐ Contract ☐ Note ☐ Other (EXPLAIN)

HOMESTEAD EXEMPTION WAIVED? ☐ Yes ☐ No ☒ cannot be demanded
1282967
APR 16 2008 [signature]
DATE ☐ PLAINTIFF ☐ PLAINTIFF'S ATTORNEY ☐ PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

☑ JUDGMENT against ☑ named Defendent(s) ☐ PLUS PRE-JUDGMENT INTEREST OF 70.79
for $ 1154.09 net of any credits, with interest at 6 % from date of Judgment until paid, $ 46.75 costs and $ 0.00 attorney's fees

HOMESTEAD EXEMPTION WAIVED? ☐ YES ☐ NO ☐ CANNOT BE DEMANDED

☐ JUDGMENT FOR ☐ NAMED DEFENDENT(S) ☐
☐ NON-SUIT ☐ DISMISSED

Defendent(s) Present? ☐ YES ☑ NO

6/12/08 (DATE) [signature]
JUDGE

COURT

FORM DC-412X (FRONT) REVISED 07/2004 (1143-005 05/07)

CASE NO. 08007722

CARILION MEDICAL CENTER DBA
CARILION ROANOKE MEMORIAL
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
HOSPITAL AND CARILION ROANOKE
COMMUNITY HOSPITAL
PO BOX 11566
ROANOKE VA 24022
888-224-2030

V.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
JENNIFER NICOLE PATE
ALAN F PATE
515 PRIMROSE RD
BOONES MILL VA 24065
XXX-XX-0025 XXX-XX-0840
GREENWAY & ASSOCIATES

2008 APR 23 PM 3 42

**WARRANT IN DEBT**

* * *

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.

☐ To dispute this claim, you must appear on the return date to try this case.

☒ To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ORDERED DUE

Grounds of Defense ORDERED DUE

ATTORNEY FOR PLAINTIFF(S)

ATTORNEY FOR DEFENDANT(S)

**HEARING DATE AND TIME**
06/12/08
9:30AM

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

DATE

CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc. Contact the court ahead of time.

# NOTICE OF SATISFACTION

Commonwealth of Virginia VA. CODE §§ 8.01-506.2, 16.1-94.01

ROANOKE CITY

[X] General District Court
[ ] Juvenile and Domestic Relations District Court

315 W CHURCH AVE 2nd FL ROANOKE, VA 24016
COURT ADDRESS

Case No. 08007722* 1282967

CARILION MEDICAL CENTER
JUDGMENT CREDITOR'S NAME (LAST, FIRST, MIDDLE)

P.O. BOX 11566
STREET ADDRESS

Roanoke VA 24002
CITY, STATE, ZIP

(540)982-3413
TELEPHONE NUMBER

JENNIFER NICOLE PATE
JUDGMENT DEBTOR'S NAME (LAST, FIRST, MIDDLE)

ALAN F PATE
515 PRIMROSE RD
STREET ADDRESS

BOONES MILL VA 24065
CITY, STATE, ZIP

TELEPHONE NUMBER

JUDGMENT CREDITOR'S ATTORNEY'S NAME

STREET ADDRESS

CITY, STATE, ZIP

MAR 11 AM 10 07

A judgment was rendered in favor of the judgment creditor for $ 1154.09 + 70.79 on 06/12/08 (DATE) in ROANOKE CITY Court.

The judgment creditor hereby notifies the court that this judgment has been paid in full or was otherwise satisfied on 07/07/08
DATE

MAR 11 2009
DATE

[X] JUDGMENT CREDITOR [ ] JUDGMENT CREDITOR'S ATTORNEY [ ] JUDGMENT CREDITOR'S AGENT

Acknowledged, subscribed and sworn to (or affirmed) before me this day

MAR 11 2009
DATE

[ ] CLERK [ ] DEPUTY CLERK [X] NOTARY PUBLIC
(My commission expires 11/30/09)

NONA S BYRD
Notary Public
Commonwealth of Virginia
Reg. #311065
My Commission Exps. Nov. 30, 2009

FORM DC-458 REVISED 7/05 (114:3-010 04/05)