**Disclaimer About This System**

This information is compiled and made available for public use by the Office of the Executive Secretary (OES) of the Supreme Court of Virginia. OES is the administrative office for Virginia's Court System.

We welcome your use of this informational system. Every effort is made to provide accurate and current information. However, due to updating cycles and resources, you may encounter some inaccurate or outdated information. OES makes no warranties regarding the accuracy, legality, reliability, or content of the information provided. OES disclaims any responsibility or liability for errors, omissions, and the accuracy of any information. Users of this system have the responsibility to verify the accuracy, currency and completeness of the information.

The information in this system does not constitute the official record of judicial or administrative actions of the respective courts of the Commonwealth of Virginia, and this information is subject to change or correction at any time without notice. If the official records or official printed publications of the individual courts differ from the contents of records or publications included in this system, the official records or written publications should be relied upon.