IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, *for herself and on behalf*
*of other similarly situated individuals*

       Plaintiff,                          Civil Action No. 3:10cv107

      v.

EQUIFAX INFORMATION SERVICES, LLC

       Defendant.

**PLAINTIFF'S SECOND MOTION TO AMEND SCHEDULING ORDERS TO PERMIT PLAINTIFF ADDITIONAL DISCOVERY AND TO ENLARGE TIME
TO FILE HER REPLY BRIEF IN SUPPORT OF HER RENEWED MOTION
FOR CLASS CERTIFICATION**

COMES NOW the Plaintiff, Donna K. Soutter ("Soutter" or "Plaintiff"), by counsel, with consent of the Defendant, and pursuant to Fed. R. Civ. P. 6(b) and 16(b), moves the Court to amend scheduling orders to permit Plaintiff additional discovery and for An Enlargement Of Time To File Her Reply Brief In Support Of Her Renewed Motion For Class Certification for the reasons set forth in the Memorandum in Support of the same filed contemporaneously herewith. The Defendant consents to the enlargement sought herein.

                                          Respectfully submitted,
                                          **DONNA K. SOUTTER,**
                                          *individually and on behalf of all*
                                          *others similarly situated*

                              By:         /s/
                                            Of Counsel

Matthew J. Erausquin, VSB No. 65434
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7700
Fax:    (888) 892-3512
matt@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John W. Montgomery, Jr.
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Tel:    (804) 355-8744
Fax:    (804) 355-8748
Email: jmontgomery@jwm-law.com

Barry Goheen
*PRO HAC VICE*
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
Tel:    (404) 572-4618
Fax:    (404) 572-5142
Email: bgoheen@kslaw.com

John Anthony Love
*PRO HAC VICE*
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
Tel:    (404) 215-5913
Fax:    (404) 572-5100
Email: tlove@kslaw.com

Keasha Ann Broussard
*PRO HAC VICE*
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
Tel:    (404) 215-5725
Fax:    (404) 572-5100
Email: abroussard@kslaw.com

*Counsel for the Defendant*

　　　　　　　　　　　　　/s/
Matthew J. Erausquin, VSB No. 65434
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel:    (703) 273-7700
Fax:    (888) 892-3512
matt@clalegal.com