IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, *for herself*
*and on behalf of other*
*similarly situated individuals*

      Plaintiffs,

  v.

                            Civil Action No. 3:10cv107

EQUIFAX INFORMATION SERVICES, LLC

      Defendant.

**ORDER**

    For good cause shown, this Court's orders of April 29, 2013 (Docket No. 138), March 20, 2013 (Docket No. 134), June 18, 2010 (Docket No. 42) are hereby AMENDED in applicable part as follows:

    (1) Plaintiff shall be permitted to conduct discovery into the matters raised by Equifax's opposition to Plaintiff's Renewed Motion for Class Certification, including discovery directed to third party LexisNexis and its agents and employees. Plaintiff shall conclude this discovery on or before July 29, 2013.

    (2) Plaintiff shall file her reply brief in support of her renewed motion for class certification on or before July 29, 2013.

    It is so ORDERED.

```
                                _____
                                Robert E. Payne
                                Senior United States District Judge
```

Richmond, Virginia
Date: June ___, 2013