IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, for herself
and on behalf of others similarly
situated individuals,

    Plaintiff,

v.                          Civil Action No. 3:10cv107

EQUIFAX INFORMATION SERVICES,
LLC,

    Defendant.

**ORDER**

Having reviewed PLAINTIFF'S SECOND MOTION TO AMEND SCHEDULING ORDERS TO PERMIT PLAINTIFF ADDITIONAL DISCOVERY AND TO ENLARGE TIME TO FILE HER REPLY BRIEF IN SUPPORT OF HER RENEWED MOTION FOR CLASS CERTIFICATION (Docket No. 140), and there being no objection by the defendant, it is hereby ORDERED that the motion is granted and the requested discovery as outlined in the memorandum in support of plaintiff's motion may be conducted. It is further ORDERED that the plaintiff shall file her reply in support of PLAINTIFF'S AMENDED MOTION FOR CLASS CERTIFICATION by July 29, 2013.

    It is so ORDERED.

                                            /s/   *REP*
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: June 28, 2013