IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DONNA K. SOUTTER, *for herself
and on behalf of other
similarly situated individuals*

    Plaintiffs,

v.                          Civil Action No. 3:10cv107

EQUIFAX INFORMATION SERVICES, LLC

    Defendant.

## CONSENT ORDER

For good cause shown, this Court's orders of June 28, 2013 (Docket No. 142), April 29, 2013 (Docket No. 138), March 20, 2013 (Docket No. 134), and June 18, 2010 (Docket No. 42) are hereby AMENDED in applicable part as follows:

(1) Plaintiff shall be permitted to conduct discovery as previously outlined in this Court orders of June 28, 2013 (Docket No. 142) and April 29, 2013 (Docket No. 138). Plaintiff shall conclude this discovery on or before September 27, 2013.

(2) Plaintiff shall file her reply brief in support of her renewed motion for class certification on or before September 27, 2013.

(3) Defendant shall be permitted to file a brief sur-reply solely as to the points made in Plaintiff's reply brief, and shall not introduce new evidence. Defendant shall file its sur-reply on or before October 4, 2013.

                                                    /s/ *REP*

Richmond, Virginia         Robert E. Payne
Date: July 29, 2013        Senior United States District Judge