

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, *for herself
and on behalf of other similarly
situated individuals*

        Plaintiff,

v.                            Civil Action No. 3:10cv107

EQUIFAX INFORMATION SERVICES, LLC

        Defendant.

## ORDER

For good cause shown, this Court's orders of October 2, 2013 (Doc. No. 149), July 29, 2013 (Doc. No. 146), June 28, 2013 (Doc. No. 142), April 29, 2013 (Doc. No. 138), March 20, 2013 (Doc. No. 134), and June 18, 2010 (Doc. No. 42) are hereby AMENDED in applicable part as follows:

(1) Plaintiff shall file a reply brief in support of her renewed motion for class certification on or before November 11, 2013.

(2) Defendant shall be permitted to file a brief sur-reply solely as to the points made in Plaintiff's reply brief, and shall not introduce new evidence. Defendant shall file its sur-reply on or before November 18, 2013.

It is so ORDERED.

                                      /s/  *REP*
                              Robert E. Payne

*October 17, 2013*

          Senior United States District Judge

We ask for this:

/s/ Susan M. Rotkis
_____
Susan M. Rotkis, VSB No. 40693
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7700
Fax: (888) 892-3512
srotkis@clalegal.com


Seen and agreed:

/s/ John W. Montgomery, Jr.
_____
John W. Montgomery, Jr.
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Tel: (804) 355-8744
Fax: (804) 355-8748
Email: jmontgomery@jwm-law.com