# EXHIBIT A

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
                EASTERN DISTRICT OF VIRGINIA
 2                   RICHMOND DIVISION
 3
 4   * * * * * * * * * * * * * *
     DONNA K. SOUTTER, on behalf *
 5   of herself and those         *
     similarly situated,          *
 6                                *
              Plaintiffs,         *
 7                                *
     vs.                          * 3:10-CV-00107
 8                                *
     EQUIFAX INFORMATION          *
 9   SERVICES, LLC,               *
                                  *
10            Defendant.          *
     * * * * * * * * * * * * * *
11
12
13      VIDEOTAPED DEPOSIITON OF SANDRA ARRINGTON

14
     DATE:           THURSDAY, SEPTEMBER 5, 2013
15
     TIME:           2:12 P.M. - 2:53 P.M.
16
     LOCATION:       IN-SIGHT STUDIOS
17                   1111 1ST STREET SW
                     ROANOKE, VA  24016
18
     REPORTED BY:    DAWN A. PIERCE, CSR, RPR, CRR
19
20
21
22
23
24
25
                                              Page 1
```

```
 1      Q     And do you have any children besides        14:17:36
 2   your daughter?                                       14:17:39
 3      A     Yes.                                        14:17:48
 4      Q     And who is your daughter who was working    14:17:50
 5   with you with LexisNexis?  What is her name?         14:17:54
 6      A     Paula Arrington.                            14:17:57
 7      Q     How long have you been in what I call       14:17:58
 8   the records gathering business?  How long have you   14:18:06
 9   gone to or interacted with the Virginia              14:18:10
10   courthouses?                                         14:18:16
11      A     I will say approximately 20 years.          14:18:19
12      Q     I had an opportunity to take three other    14:18:23
13   depositions last week for other contractors that    14:18:28
14   involved LexisNexis, and so I'm going to skip       14:18:30
15   through some of those categories; but I do want to  14:18:36
16   make sure that I at least go through your           14:18:39
17   experience.                                          14:18:41
18            As of today, you are still paid to         14:18:42
19   gather public -- Virginia judgment public           14:18:46
20   information, correct?                                14:18:47
21      A     Yes.                                        14:18:51
22      Q     And you were paid by LexisNexis?
23      A     Yes.
24      Q     Do you know the actual or the legal name
25   of the LexisNexis entity that hired you?
                                                   Page 9
```

| | | |
|---|---|---|
| 1 | Choice Point? | 14:21:03 |
| 2 | A    There was a company before that one, but | 14:21:06 |
| 3 | I don't remember what it was, the name of it right | 14:21:09 |
| 4 | now.  I know the one before it was Credit -- I | 14:21:12 |
| 5 | think it was Credit Bureau of Southwest Virginia, | 14:21:15 |
| 6 | was the first one.  And then the second one, I | 14:21:19 |
| 7 | can't remember.  Then I know Choice Point came | 14:21:20 |
| 8 | along. | 14:21:22 |
| 9 | Q    Do you know if it was National Data? | 14:21:25 |
| 10 | A    National data. | 14:21:28 |
| 11 | Q    NDR? | 14:21:35 |
| 12 | A    Yes, it was NDR.  Yes, I think that is | 14:21:37 |
| 13 | what it was, NDR. | 14:21:42 |
| 14 | Q    And so, those are -- at least -- let's | 14:21:46 |
| 15 | just take it from the Choice Point and going | 14:21:49 |
| 16 | forward.  The only two entities since you began | 14:21:52 |
| 17 | doing this work for Choice Point, the only two | 14:21:55 |
| 18 | entities that have hired you to do records | 14:22:02 |
| 19 | retrieval of Virginia court documents and court | 14:22:10 |
| 20 | information have been Choice Point and LexisNexis? | 14:22:13 |
| 21 | A    Yes. | 14:22:15 |
| 22 | Q    As of today, do you know the General | |
| 23 | District Courts jurisdictions that are your | |
| 24 | responsibility or your territory? | |
| 25 | A    Yes. | |

Page 11

| | | |
|---|---|---|
| 1 | Q | Can you slowly list them for me? | 14:22:33 |
| 2 | A | Yes. You want them as a whole, because | 14:22:34 |
| 3 | my daughter and myself, we work these together? Is | 14:22:38 |
| 4 | that -- I will give you all of it, our territory? | 14:22:39 |
| 5 | Q | Sure. Let's go ahead and get the | 14:22:41 |
| 6 | territory and then I will ask what you do and what | 14:22:47 |
| 7 | your daughter does. | 14:22:47 |
| 8 | A | Okay. It is Martinsville, Virginia; | 14:22:50 |
| 9 | Henry County. | 14:22:55 |
| 10 | Q | Okay. | 14:23:03 |
| 11 | A | Henry County. | 14:23:08 |
| 12 | Q | Okay. How many of them are there? | 14:23:10 |
| 13 | A | I think there is eight. Let me count | 14:23:11 |
| 14 | them. I think it is eight. I think it is eight. | 14:23:12 |
| 15 | Q | All right. So Henry County is the | 14:23:14 |
| 16 | second one? | 14:23:22 |
| 17 | A | Okay. And then there is -- | 14:23:45 |
| 18 | Q | What is the third? | 14:24:10 |
| 19 | A | Franklin County courthouse, yeah. Then | 14:24:12 |
| 20 | there is Montgomery County, Danville, Pittsylvania, | 14:24:13 |
| 21 | Galax, Floyd and Carroll County. | 14:24:19 |
| 22 | Q | Have you ever been responsible for | |
| 23 | Roanoke? | |
| 24 | A | No. My daughter has, but I never have. | |
| 25 | Q | Okay. So what counties is your daughter | |

Page 12

| | | |
|---|---|---|
| 1 | Radford today? | 14:28:01 |
| 2 | A    No, I don't. | 14:28:03 |
| 3 | Q    What are you hired to do or what | 14:28:07 |
| 4 | information are you hired by LexisNexis to obtain | 14:28:10 |
| 5 | from these eight counties? | 14:28:13 |
| 6 | A    I collect the judgments, the data, yes. | 14:28:16 |
| 7 | Q    You collect just the original judgments? | 14:28:20 |
| 8 | A    I go to the original -- they have like a | 14:28:22 |
| 9 | binder.  I don't do it off the computer.  They have | 14:28:23 |
| 10 | a binder and that is what I use. | 14:28:26 |
| 11 | Q    And is that true for all eight of these | 14:28:30 |
| 12 | counties? | 14:28:33 |
| 13 | A    Yes. | 14:28:34 |
| 14 | Q    If you wanted to use the computer, there | 14:28:39 |
| 15 | is a computer in each county Clerk's office, is | 14:28:40 |
| 16 | that correct? | 14:28:47 |
| 17 | A    Martinsville, no.  There is -- | 14:28:49 |
| 18 | Q    Martinsville does not? | 14:28:51 |
| 19 | A    No.  And it ties it up and would -- | 14:28:52 |
| 20 | Q    It would tie it up at Martinsville or | 14:28:55 |
| 21 | tie it up -- | 14:28:58 |
| 22 | A    You know, just in general because | |
| 23 | putting in the work, it ties the computer up for | |
| 24 | other people. | |
| 25 | Q    And so what information can you obtain | |

Page 15

| | | |
|---|---|---|
| 1 | in the computer that is not already in the binder? | 14:29:22 |
| 2 | A    I don't know.  I mean I guess they are | 14:29:23 |
| 3 | the same.  I just use the binders all of the time. | 14:29:26 |
| 4 | Q    And the binders have all of these | 14:29:29 |
| 5 | judgments? | 14:29:33 |
| 6 | A    Yes, sir. | 14:29:37 |
| 7 | Q    Does it also have the Warrant of Debts? | 14:29:40 |
| 8 | A    Yes. | 14:29:50 |
| 9 | Q    Now, is there any -- I think you just | 14:29:52 |
| 10 | answered the question; but again, I want to be | 14:29:55 |
| 11 | clear.  Is there any difference -- strike that.  I | 14:30:00 |
| 12 | will withdraw that. | 14:30:04 |
| 13 | Have you ever obtained judgment | 14:30:07 |
| 14 | information from one of the court's computers? | 14:30:10 |
| 15 | A    They have done it for me before, yes.  I | 14:30:17 |
| 16 | have -- well, I take that back.  I have, too.  They | 14:30:20 |
| 17 | have let me use their computer sometimes, but most | 14:30:23 |
| 18 | of the time I will ask them for it. | 14:30:25 |
| 19 | Q    And what about your daughter, does she | 14:30:27 |
| 20 | ever use the computers to gather judgment | 14:30:29 |
| 21 | information from the Virginia General District | 14:30:33 |
| 22 | Court clerk's offices? | |
| 23 | A    Hers is pretty much like mine.  It is | |
| 24 | folders, when she collects; but she hasn't been | |
| 25 | doing it lately because I have been doing it.  But | |

Page 16

| | | | |
|---|---|---|---|
| 1 | Q | Now, let's talk about category two. | 14:41:51 |
| 2 | | Category two are dispositions.  The most common is | 14:41:52 |
| 3 | | satisfactory. | 14:41:55 |
| 4 | A | Yes. | 14:41:57 |
| 5 | Q | You understand what I'm talking about? | 14:42:04 |
| 6 | A | Yes. | 14:42:08 |
| 7 | Q | Are you currently responsible for | 14:42:12 |
| 8 | | collecting category two, that is all dispositions? | 14:42:17 |
| 9 | A | Yes. | 14:42:22 |
| 10 | Q | And how far or how long back do you | 14:42:25 |
| 11 | | recall that it has been your responsibility to | 14:42:28 |
| 12 | | collect every disposition at these eight counties? | 14:42:31 |
| 13 | A | Well, at one time they did a printout | 14:42:35 |
| 14 | | for us at the courthouse and put satisfactions, but | 14:42:42 |
| 15 | | they stopped.  That has probably been -- it has | 14:42:46 |
| 16 | | been a while, maybe three years or so ago.  Three | 14:42:56 |
| 17 | | or four years ago, they stopped. | 14:42:57 |
| 18 | Q | And since the printout stopped three or | 14:42:59 |
| 19 | | four years ago, how do you collect dispositions | 14:43:04 |
| 20 | | without the printouts? | 14:43:07 |
| 21 | A | When I collect my records, monthly | 14:43:09 |
| 22 | | records, I collect them then and that is -- you | |
| 23 | | know, I collect -- if they are satisfied, I get | |
| 24 | | them. | |
| 25 | Q | So, in the courthouse, you actually look | |

Page 25

|   |   |
|---|---|
| 1  at the underlying review of the Court records, | 14:43:28 |
| 2  including any orders to vacate or notices of | 14:43:32 |
| 3  satisfaction, etcetera, correct? | 14:43:35 |
| 4       A    When I collect judgments, I collect | 14:43:42 |
| 5  them, yes, based -- if that is what you are saying. | 14:43:46 |
| 6  When I go get my judgments and they are satisfied | 14:43:49 |
| 7  and vacated, that is how I collect them. | 14:43:56 |
| 8       Q    Are you able to -- using the process you | 14:43:58 |
| 9  follow in these eight courthouses, are you able to | 14:43:58 |
| 10 collect all -- systematically attempt to collect | 14:44:00 |
| 11 all of the judgments, dispositions -- | 14:44:05 |
| 12      A    Yes. | 14:44:10 |
| 13      Q    -- except an occasional one? | 14:44:13 |
| 14      A    No, not all.  I mean I can't collect all | 14:44:17 |
| 15 because, you know, if they satisfied back in '04 or | 14:44:22 |
| 16 '95, you know, I would have to go through all of | 14:44:28 |
| 17 those folders. | 14:44:30 |
| 18      Q    So, all of the dispositions that come in | 14:44:35 |
| 19 today, you would be responsible to collect all of | 14:44:38 |
| 20 the ones that they had? | 14:44:40 |
| 21      A    Yes.  That was there, yes. | 14:44:41 |
| 22      Q    And that would be true for four years, |  |
| 23 correct? |  |
| 24      A    Yes.  Yes.  Ever since they stopped |  |
| 25 giving me the printout, I get what I have in my |  |

Page 26

| | | |
|---|---|---|
| 1 | folders. | 14:45:15 |
| 2 | Q   Okay.  Do you know what this -- the | 14:45:19 |
| 3 | lawsuit that has caused this deposition, do you | 14:45:21 |
| 4 | know what that lawsuit is about? | 14:45:29 |
| 5 | A   No, sir; I don't. | 14:45:30 |
| 6 | Q   When was the first time that you heard | 14:45:34 |
| 7 | about a lawsuit brought involving the collection of | 14:45:37 |
| 8 | judgment record? | 14:45:41 |
| 9 | A   I got a subpoena from this lawyer.  I | 14:45:43 |
| 10 | can't even remember her name.  That is the first I | 14:45:45 |
| 11 | knew about it. | 14:45:47 |
| 12 | Q   How long ago did you receive that | 14:45:52 |
| 13 | subpoena and what did you do? | 14:45:55 |
| 14 | A   I e-mailed Demi, my territory | 14:45:56 |
| 15 | coordinator, and told her what was going on. | 14:45:58 |
| 16 | Q   And then what was the next communication | 14:46:02 |
| 17 | you had? | 14:46:14 |
| 18 | A   She told me that she would get in touch | 14:46:15 |
| 19 | with the attorney and, of course, Ron, he got in | 14:46:28 |
| 20 | touch with me. | 14:46:32 |
| 21 | Q   If you would, take a look at Exhibit 3. | 14:46:40 |
| 22 | You don't have to read it.  These are the documents | |
| 23 | that -- these are the documents that Mr. Raether | |
| 24 | gave us.  Mr. Raether's office put things on the | |
| 25 | bottom, so you can see the numbers one through 422. | |

Page 27

| | | |
|---|---|---|
| 1 | MR. RAETHER: Did he say 122? | 14:47:05 |
| 2 | BY MR. BENNETT: | 14:47:08 |
| 3 | Q    And I'm looking at -- it appears to just | 14:47:13 |
| 4 | be some manuals that you have from LexisNexis. | 14:47:17 |
| 5 | We had also requested any communications | 14:47:24 |
| 6 | you had had with LexisNexis due to your | 14:47:28 |
| 7 | communications to them and their communications to | 14:47:29 |
| 8 | you.  Have you provided e-mails, letters or other | 14:47:33 |
| 9 | communications to Mr. Raether, when provided these | 14:47:36 |
| 10 | documents to him? | 14:47:39 |
| 11 | A    I looked, but I have -- my computer was | 14:47:45 |
| 12 | full and I deleted pretty much everything.  I have | 14:47:48 |
| 13 | looked and I cannot find anything.  If I had, I | 14:47:53 |
| 14 | would have gave them to him, but I did not. | 14:47:59 |
| 15 | Q    In your time working with LexisNexis, | 14:48:00 |
| 16 | has anybody or any -- any communication from | 14:48:11 |
| 17 | LexisNexis ever advised you to regularly delete | 14:48:24 |
| 18 | e-mail? | 14:48:28 |
| 19 | A    No. | 14:48:29 |
| 20 | Q    Looking at this, are you aware of any | 14:48:41 |
| 21 | systematic problems or accuracy problems with the | 14:48:45 |
| 22 | way that any of their towns keep track of their | |
| 23 | judgment or their judgment disposition data? | |
| 24 | A    Well, sometimes when I am working, like | |
| 25 | the amount or certain things, maybe a date or | |

Page 28

```
 1   something doesn't look clear, I will ask the clerk,          14:49:05
 2   you know, to verify the amount; or if there is               14:49:09
 3   something that doesn't look right, I will ask her a          14:49:11
 4   question about it and she will look it up for me.            14:49:19
 5        Q    But other than that type of concern,               14:49:23
 6   like maybe the legibility or the amount that is in           14:49:26
 7   the record or copy, do you have any other -- any             14:49:27
 8   other accuracy concerns or systematic problems with          14:49:33
 9   the accuracy of information in any of these                  14:49:34
10   courthouse?                                                  14:49:42
11        A    No, sir.                                           14:49:43
12        Q    All right.  Let's take a moment off the            14:49:46
13   record.                                                      14:51:30
14             THE VIDEOGRAPHER:  Off the record at               14:51:31
15        2:49 p.m.                                               14:51:36
16                  (Off the record)                              14:51:38
17             THE VIDEOGRAPHER:  On the record at                14:51:40
18        2:51 p.m.                                               14:51:41
19             MR. BENNETT:  Ma'am, I don't have any              14:51:44
20        further questions, but Mr. Goheen may, the              14:51:45
21        other gentleman that is on the screen.                  14:51:47
22             THE WITNESS:  Thank you.
23             MR. GOHEEN:  I don't have any questions.
24   I thank you for your time today, ma'am.
25             THE WITNESS:  You are welcome.
```

Page 29