# EXHIBIT F

```
                                                                Page 1
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF VIRGINIA
 3                   RICHMOND DIVISION
 4   ********************************************************
     DONNA K. SOUTTER, For Herself and On Behalf of All
 5   Similarly Situated Individuals,
 6              Plaintiffs,
          v.                        Civil Action Number
 7                                       3:10cv107
     EQUIFAX INFORMATION SERVICES, LLC,
 8
                Defendant.
 9   ********************************************************
10
11
12
13                    DEPOSITION OF
14                   KEN MITTENDORFF
15                   October 6, 2010
16             10:00 a.m.  -  11:44 a.m.
17                  Richmond, Virginia
18
19
20
21
22
23
24   JOB NO: 33526
25   REPORTED BY:  GWENDA E. APPLEGATE, RPR, CRR
```

Page 73

1  that's not the right word.  The satisfaction could have
2  occurred prior to the date the clerk received notice?
3      A    Certainly.
4      Q    But for uniformity and the court's purposes,
5  the date that's entered for the judgment satisfied is
6  the date the court receives notice?
7      A    And there's a reason for that.
8      Q    What is the reason for that?
9      A    The reason for that is, that way someone can't
10 go back and say some decision was made based on -- we
11 used to just put a mark satisfied but we didn't know
12 when.  So somebody could claim that, Oh, it was done in
13 2007, when really as far as the clerk's office knew, it
14 didn't occur until 2009.  So if somebody went back and
15 checked judgments, they would see it wasn't satisfied
16 and it wasn't satisfied until 2009.  It may have been
17 satisfied in 2007, but the plaintiff didn't let the
18 clerk's office know.  And until the defendant said I
19 don't know why you still have that, it's been paid,
20 well, then you need to get the plaintiff to get in here
21 and get us a notice; okay?
22           I notice -- I know it's a problem sometimes
23 because somebody tries to close on a house and there is
24 a judgment outstanding, and they didn't realize it
25 because the judgment had been recorded in the circuit