# EXHIBIT B

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN WESTERN DISTRICT OF VIRGINIA

Richmond Division

DONNA K. SOUTTER and TONY LEE )
WEBB,                          )
    on behalf of themselves    )
and those similarly situated   )
                               )
Plaintiff(s),                  )
                               )
 vs.                           )    CASE NO. 3:10-cv-0007
                               )              (REP)
EQUIFAX INFORMATION SERVICES,  )
LLC,                           )
                               )
Defendant(s).                  )
_____)

C O N F I D E N T I A L
* * * *

DEPOSITION OF MARK JOHNSON

TAKEN ON BEHALF OF THE PLAINTIFF

ON SEPTEMBER 15, 2010

IN OKLAHOMA CITY, OKLAHOMA

* * * * *

REPORTED BY:  D. ANN FITE, CSR, RPR

CONFIDENTIAL

Page 8

1  A    This year.
2  Q    The -- was that also for an Equifax case?
3  A    No.
4  Q    Okay.  Then what case was it for?
5  A    Miller.
6  Q    What is your current job with LexisNexis?
7  A    My title is vice president, data services.
8  Q    And what is the actual LexisNexis company
9  that employs you or that writes your paychecks?
10 A    LexisNexis Risk Data Retrieval Services,
11 LLC.
12 Q    What is the function or business of that
13 particular entity?
14 A    Creation of public record data bases.
15 Q    How long have you worked for that entity?
16 A    The entity or --
17 Q    Well, let's start with the entity, and then
18 I'm going to broaden it to include the company as
19 a whole.
20 A    That -- the entity that I mentioned, one --
21 less than one year, this year.
22 Q    And prior to that, who was the official
23 employer?
24 A    I believe Risk and Information Analytics
25 Group.

CONFIDENTIAL

Page 10

1  Q    (By Mr. Bennett) As I understand it,
2  Mr. Johnson, is that there's -- Equifax's database
3  of civil records, judgments, bankruptcies, tax
4  liens, has been gathered in the following sequence
5  of time. First Superior, then a ChoicePoint named
6  entity, and then LexisNexis. Are you aware of
7  that basic sequence?
8          MR. RAETHER: For Virginia.
9          THE WITNESS: For Virginia that's probably
10 the -- accurate to the best of my knowledge.
11 Q    (By Mr. Bennett) Okay. So in that
12 sequence, you have actually been employed in at
13 least one predecessor to the LexisNexis division
14 selling records to Equifax. Correct?
15 A    Prior to Lexis acquiring the --
16 Q    Yeah. Let me try this more intelligently.
17       When did you first get into this business of
18 gathering civil public records?
19 A    About 15 years ago.
20 Q    All right. And who was your employer 15
21 years ago?
22 A    Hogan Information Services.
23 Q    And that entity was based in Oklahoma, as I
24 recall. Correct?
25 A    Correct.

Maxene Weinberg Agency
(800) 640-1949

ccfc94fa-cb94-48ab-98bf-470bb2a6a1a8