# EXHIBIT D

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
 2                          RICHMOND DIVISION

 3

 4
     DONNA K. SOUTTER, for herself
 5   and on behalf of all similarly
     situated individuals,
 6
                    Plaintiff,
 7          v.                                  Civil Action No.
                                                3:10-cv-00107
 8   EQUIFAX INFORMATION SERVICES,
     LLC,
 9
                    Defendant.
10

11

12

13
                     DEPOSITION OF PAMELA VICARI
14

15
                          August 28, 2013
16
                         Richmond, Virginia
17

18

19

20

21

22

23          HALASZ REPORTING & VIDEOCONFERENCE
                         P.O. Box 1644
24             Richmond, Virginia 23218-1644
                         (804) 708-0025
25      Reported by:  Lori Jo Krenik, CCR, RPR, CRR
```

```
 1      Q     And have you produced those e-mails to
 2   Mr. Raether?
 3      A     I did not have any when he asked for them.
 4   I think I have one in there now from this week.
 5      Q     And what do you put in those e-mails?  Are
 6   those e-mails from LexisNexis?
 7      A     That's correct, from my territory person
 8   sent it to me, Demi.
 9      Q     Have you ever been responsible for
10   gathering for LexisNexis or in this eight-year period,
11   Choice Point, LexisNexis, have you ever been
12   responsible for obtaining vacates or satisfactions
13   other than when a consumer makes a specific dispute to
14   you?
15      A     Was I asked to do that?
16      Q     Yes.
17      A     Yes.
18      Q     When were you asked to do it?
19      A     When I worked for I believe it was Choice
20   Point we were asked to go in to see if they would
21   print a report of the satisfieds in our courts so we
22   went in to talk to the district court to see if they
23   could print that out for us monthly.
24      Q     And did they print it out for you monthly?
25      A     Two of my courts would do it.
```

```
 1      Q     Which court?
 2      A     Hanover and Henrico.
 3      Q     And anyone else?
 4      A     No.
 5      Q     So how would you obtain any of that
 6   information?
 7      A     If I went into LOPAS and there was a
 8   judgment and the judgment was released, it would be
 9   typed as a release and not a judgment.
10      Q     All right.  But that would only be new
11   judgments that you were collecting; right?
12      A     Correct.
13      Q     You wouldn't ever go back and check
14   previous judgments?
15      A     I was not allowed to go through the court
16   records.
17      Q     What do you mean, not allowed to?
18      A     In a district court, before the public
19   access computers, you would have to go through their
20   files, and you weren't allowed to go behind the
21   counter and go through their files.
22      Q     But if you were in LOPAS, the only
23   activity that you would do in LOPAS absent a specific
24   consumer dispute, a CDV, the only activity that you
25   would do in LOPAS during this entire period, eight
```