CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                DATE: March 6, 2014

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Donna K. Soutter, for herself and all others similarly situated individusals,<br>v.<br>Equifax Information Services, Inc. | CASE NO: 3:10CV00107<br>JUDGE: Payne<br>COURT REPORTER: Diane Daffron, OCR |

MATTER COMES ON FOR:   BENCH TRIAL ( )   MOTION HEARING ( X )   OTHER: _____

APPEARANCES:   Parties by ( X )/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( )   RESTED ( )   MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )      SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )             ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Arguments had by counsel on Plaintiff's Motion to Strike Declaration of Mark Johnson heard. Motion taken under advisement by the Court. Tentative date set for hearing on Motion for Class Certification, April 15, 2014 at 1:40 p.m.

Counsel for Plaintiff(s)   Leonard A. Bennett, Esquire
                           Matthew J. Erausqin, Esquire

Counsel for Defendant(s)   John W. Montgomery, Esquire
                           Barry Goheen, Esquire

SET: 2:00 P.M.   BEGAN: 2:10 p.m.   ENDED: 2:50   TIME IN COURT: 40 min

RECESSES: