IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DONNA K. SOUTTER , *for herself and on behalf of others similarly situated individuals*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVCES, LLC,<br><br>　　　　Defendants. | Civil Action No. 3:10cv107-REP |

**CONSENT MOTION TO EXTEND THE TIME TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

　　The Plaintiff, by counsel, and pursuant to Local Civil Rule 7(F)(2) & (I), respectfully moves the court for an extension of four days to file her opening brief in response to the Court's June 6, 2014, Order.  (Doc. 191.)  Finding that the issue of typicality had been inadequately briefed by both sides, the Court Ordered the parties to submit supplemental briefing in support of their respective positions on Plaintiff's Motion for Class Certification. The Court set forth a briefing schedule requiring Plaintiff's opening brief to be filed today, June 19, 2014.  The Defendant has consented to this motion and proposed schedule. The Plaintiff, with the input of the Defendant, request a short extension of time for each of the briefs required by the Court's June 6, 2014, Order:

　　　　Plaintiff's Opening Brief　　　　　　June 23, 2014

　　　　Defendant's Response　　　　　　　July 11, 2014

　　　　Plaintiff's Reply Brief　　　　　　　　July 18, 2014

The time to file the Plaintiff's opening brief has not expired, and thus this motion is timely made. Neither party will be prejudiced by a brief extension of time. The motion is made for a proper purpose, not a dilatory purpose. For these reasons, the Plaintiff respectfully requests that the Court grant this motion.

DONNA K. SOUTTER, *for herself and on behalf of others similarly situated individuals,*

_____/s/_____
Leonard A. Bennett VSB #37523
Susan M. Rotkis, VSB #40693
Attorneys for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of June 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| John W. Montgomery, Jr., Esq.<br>Montgomery & Simpson, LLLP<br>2116 Dabney Road<br>Suite A-1<br>Richmond, VA  23230<br>jmontgomery@jwm-law.com | Barry Goheen, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521 |
| John Anthony Love<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521<br>tlove@kslaw.com | Keasha Ann Broussard, Esq.<br>King & Spalding<br>1180 Peachtree Street, NE<br>Atlanta, GA  30309-3521<br>abroussard@kslaw.com |

                                  _____/s/_____
                                  Leonard A. Bennett VSB #37523
                                  Susan M. Rotkis, VSB #40693
                                  Attorneys for Plaintiff
                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                  763 J. Clyde Morris Blvd. Suite 1-A
                                  Newport News, Virginia 23601
                                  (757) 930-3660 - Telephone
                                  (757) 930-3662 – Facsimile
                                  lenbennett@clalegal.com
                                  srotkis@clalegal.com