FILED: September 2, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-325
(3:11-cv-00624-JAG)

EXPERIAN INFORMATION SOLUTIONS, INC.

    Petitioner

v.

MICHAEL T. DREHER

    Respondent

ORDER

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Motz with the concurrence of Judge Wilkinson and Judge King.

For the Court

/s/ Patricia S. Connor, Clerk



PLAINTIFF'S EXHIBIT
1L