| | | | |
|---|---|---|---|
| 1 | A | When LexisNexis took it over. I'm not | 14:40:43 |
| 2 | 100 percent sure. I cannot remember when. It has | | 14:40:46 |
| 3 | been a while, but I cannot -- a date, I can't tell | | 14:40:49 |
| 4 | you. | | 14:40:51 |
| 5 | Q | Okay. So you have always -- since | 14:40:52 |
| 6 | LexisNexis took over, you have always been | | 14:40:53 |
| 7 | responsible for collecting this category one? | | 14:40:55 |
| 8 | A | Yes. | 14:40:57 |
| 9 | Q | Judgments and debts, correct? | 14:40:59 |
| 10 | A | Correct. | 14:41:02 |
| 11 | Q | And not just an occasional debt, but all | 14:41:05 |
| 12 | of the judgments, correct? | | 14:41:11 |
| 13 | A | Correct. | 14:41:11 |
| 14 | Q | And your recollection is that this has | 14:41:17 |
| 15 | remained the same process since -- it is the same | | 14:41:17 |
| 16 | process for the collection of these category one | | 14:41:18 |
| 17 | judgments since LexisNexis took over? | | 14:41:22 |
| 18 | A | Yes. | 14:41:25 |
| 19 | Q | Correct? | 14:41:28 |
| 20 | A | Yes. | 14:41:33 |
| 21 | Q | And then prior to that, when it was | 14:41:34 |
| 22 | Choice Point, were you also responsible for | | |
| 23 | collecting this category one, all -- systematic | | |
| 24 | collection of all judgments? | | |
| 25 | A | Yes. | |

Page 24

Blumberg No. 5113
PLAINTIFF'S EXHIBIT