```
 1   correct?
 2       A    Yes.
 3       Q    And it has its own proprietary computer
 4   system for receiving judgments on that laptop?
 5       A    Yes.
 6       Q    And how long has that been the same in
 7   terms of your -- how you input and communicate those
 8   judgments to LexisNexis?
 9       A    It's been basically the same.
10       Q    Since September of -- spring of '07?
11       A    Spring of '07.
12       Q    I'm going to start in the spring of '07,
13   which everyone in the room but you brings a sigh of
14   relief.  With Ms. Long, I went back further, so from
15   here on out I'm going to be asking you only about
16   spring of '07 forward unless I tell you otherwise.
17       A    Okay.
18       Q    Do you recall when LexisNexis took over,
19   when you started formally contracting under LexisNexis
20   what you were to gather from these 18 courthouses?
21   The other qualification is I only care about general
22   district court right now.
23       A    Okay.
24       Q    I'm only going to ask about general
25   district courts.
```


PLAINTIFF'S EXHIBIT
m