```
 1      A      Correct.
 2      Q      And then let's go forward in time.  What
 3   was the next chapter or change that you would recall
 4   in the way that you would be gathering that
 5   information?  Did it change while it was Choice Point
 6   or was it basically the same or materially the same
 7   for Choice Point that entire period?
 8      A      Well, we basically collected in one of
 9   those ways consistently from NDR to Choice Point
10   except we added how I wrote there, but if you're
11   asking if we collected any different way.
12      Q      Yeah.
13      A      I don't think it's ever really changed.
14   I'm not sure what you're looking for there.
15      Q      I'm looking for you to tell me whether it
16   changed and your testimony --
17      A      It's still the same.
18      Q      It's still the same.  Does that take us
19   all the way through what I'll call the Choice Point
20   period?
21      A      I believe so, yes.
22      Q      So now we're roughly four years ago,
23   LexisNexis buys Choice Point; right?
24      A      Okay.  Yes.
25      Q      And did LexisNexis provide you a laptop?
```



PLAINTIFF'S EXHIBIT N