```
 1    Q    That takes me where I need to be.
 2    A    Okay.
 3    Q    And since 2007, have any of these
 4  jurisdictions during the period January 2007 to
 5  present, have any of these jurisdictions not had
 6  access to the computer terminal as a way to obtain the
 7  judgment information?
 8    A    From 2007 till now?
 9    Q    Yes.
10    A    I don't know.  I was doing this from home
11  on LOPAS, so I didn't go into the general district
12  court area to see if they had computers.  New Kent,
13  they did not have a public access computer.  I asked
14  them, requested one and they put one in I would say
15  less than a year ago they put one back in there.
16    Q    Can you tell me what LOPAS is?
17    A    LOPAS was a computer system that they had
18  set up with the Supreme Court and you could dial into
19  it in the morning and it would put you on to their Web
20  site and you could go into any court in the state and
21  get any record information that you needed.
22    Q    And it would give you the same information
23  that would have otherwise been available if you were
24  actually at the computer terminal?
25    A    Correct.
```



PLAINTIFF'S EXHIBIT

```
 1      Q    In the courthouse?
 2      A    Same exact thing.
 3      Q    And when did they end that process?  When
 4  did the state make that no longer available?
 5      A    This is the end of 2011.
 6      Q    And was LOPAS a LexisNexis product or was
 7  this an executive secretary of the --
 8      A    It was the Supreme Court of Virginia.
 9      Q    So to access that, you would have logged
10  into the state computer site, not into LexisNexis?
11      A    Oh, no, we didn't log into LexisNexis at
12  all.
13      Q    And then you would take that information
14  out of LOPAS and you would put that into your
15  LexisNexis laptop?
16      A    Correct.
17      Q    Okay.  And, to your knowledge, this was
18  available for all of the Virginia jurisdictions?
19      A    Yes.
20      Q    And what were the advantages of going to
21  the courthouse to look in their computer terminal as
22  opposed to using the LOPAS system?
23      A    There wasn't any.  I do not know if they
24  had the public access computers at that time because I
25  was not going into there.  Now they are very congested
```

```
 1    BY MR. BENNETT:
 2        Q    So with the LOPAS system, how did the
 3    information available to you differ between different
 4    courthouse jurisdictions?  How was the LOPAS system
 5    different between, for example, New Kent County and
 6    Henrico County?  If at all.
 7        A    On the LOPAS system, there was no
 8    difference.
 9        Q    Now, I want to make sure I understand
10    because I think I sidetracked us here.  I started
11    asking you questions about when you were responsible
12    to pick up judgment dispositions, and you testified
13    that at Choice Point at one time asked you to go and
14    determine from the courthouses if you could obtain
15    these, and I think you said Henrico and what is the
16    jurisdiction?
17        A    Hanover.
18        Q    Hanover.  Would provide you those.
19        A    Correct.
20        Q    And the others would not?
21        A    Correct.
22        Q    So is that the last time that you were
23    involved for Choice Point or LexisNexis in trying to
24    regularly gather that kind of information?
25        A    Correct.  The state told the clerks -- I
```

```
 1      A     They do.
 2      Q     You may just choose to look at the hard
 3   copies; correct?
 4      A     I look at the hard copies because for me
 5   it's my largest court and I would be monopolizing the
 6   computer and there's several people that need to use
 7   them.
 8      Q     Is there any material difference in the
 9   data that you are able to obtain using hard copy
10   versus computer?
11      A     No.
12      Q     It's materially the same process; yes?
13      A     Correct.
14      Q     And that materially was the same process
15   when you were using the LOPAS system?
16      A     Correct.
17      Q     Just now you have to drive to the
18   courthouses; right?
19      A     Correct.
20      Q     So you testified that currently the policy
21   is to wait 45 days before you pick up appeals;
22   correct?
23      A     Not before I pick up appeals.  Before I
24   pick up a judgment.
25      Q     Before you pick up a judgment?
```