<br/>

CONFIDENTIAL

```
1    A.   I don't know the exact date, sometime in
2    the following year.
3    Q.   In 2012?
4    A.   2010 would follow 2009.
5    Q.   Okay.  I'm sorry.  This declaration was
6    signed by you November, 2010.  Right?
7    A.   Correct.
8    Q.   So at the time that you signed this
9    declaration, was it still true that you were not
10   able to retrieve information about dispositions
11   using the web scrape?
12   A.   I don't recall specifically.  It may have
13   been -- the process may have been in development,
14   we may have been doing some manually, but the
15   statement in December of 2009 when they
16   implemented the CAPTCHA, at that point in time, we
17   were no longer able to systematically acquire
18   satisfactions and dispositions.
19   Q.   All right.  Let's take a look at
20   Paragraph 11 of your declaration.  Now we're
21   talking about the visit -- we can just talk about
22   10, 11, 12, 13, 14, 15, all these paragraphs
23   regarding what you talk about as the in person
24   pick-up.
25   A.   I'm sorry --
```

Page 109

Maxene Weinberg Agency
(800) 640-1949


PLAINTIFF'S EXHIBIT P