IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER, *for herself and on behalf of other similarly situated individuals*

       Plaintiff,                          Civil Action No. 3:10-cv-107

v.

EQUIFAX INFORMATION SERVICES, LLC

       Defendant.

---

BRENDA ARNOLD and
JOYCE RIDGLEY, *on behalf of themselves and all other similarly situated individuals*,

       Plaintiffs,                         Civil Action No. 3:15-cv-460

v.

EQUIFAX INFORMATION
SERVICES, LLC

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT AGREEMENT**

      Plaintiffs, Donna K. Soutter, Brenda Arnold, and Joyce Ridgley ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Equifax Information Services, LLC ("Defendant")(collectively the "Parties") entered into a Class Action Settlement Agreement and Release ("Settlement Agreement" or "Agreement") attached to the accompanying Memorandum in Support as Ex. 1.  Pursuant to Fed. R. Civ. P. 23, the Parties hereby move the Court for Preliminary Approval of the Class Action Settlement Agreement.  For the reasons supplied in the accompanying Memorandum in Support, the Parties respectfully request that the court enter a Preliminary Approval Order:

(1) preliminarily approving a proposed class settlement,

(2) scheduling a fairness hearing,

(3) certifying the proposed settlement class for purposes of the proposed class settlement,

(4) appointing class counsel, and

(5) approving the form and manner of notice proposed to be sent to all members of the settlement classes.

The Parties have attached as exhibits to the Memorandum in Support of this motion a Stipulation of Settlement, Proposed Preliminary Approval Order and Proposed Class Notice.

Respectfully submitted,
**PLAINTIFFS,**
*individually and on behalf of all others similarly situated*

By: _____/s/_____
Of Counsel

Matthew J. Erausquin, VSB No. 65434
Casey S. Nash, VSB No. 84261
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
Email:  matt@clalegal.com
Email:  casey@clalegal.com

Leonard A. Bennett, VSB No. 37523
Susan M. Rotkis, VSB No. 40693
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:    (757) 930-3660
Fax:    (757) 930-3662
Email: lenbennett@clalegal.com
srotkis@clalegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of December, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John W. Montgomery, Jr.
JOHN W. MONTGOMERY, JR.
ATTORNEY, PLC
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Tel:   (804) 355-8744
Fax:  (804) 355-8748
Email: jmontgomery@jwm-law.com

Barry Goheen
*PRO HAC VICE*
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
Tel:   (404) 572-4618
Fax:  (404) 572-5142
Email: bgoheen@kslaw.com

John Anthony Love
*PRO HAC VICE*
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
Tel:   (404) 215-5913
Fax:  (404) 572-5100
Email: tlove@kslaw.com

Keasha Ann Broussard
*PRO HAC VICE*
King & Spalding (GA-NA)
1180 Peachtree St NE
Atlanta, GA 30309-3521
Tel:   (404) 215-5725
Fax:  (404) 572-5100
Email: abroussard@kslaw.com

*Counsel for the Defendant*

          /s/
Leonard A. Bennett, VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:   (757) 930-3660
Fax:  (757) 930-3662
Email:  lenbennett@clalegal.com