*Soutter v. Equifax Information Services, LLC, Case No.* 3:10-cv-107 (EDVA).

Class Administrator  **Your Activation Code:**
[address tba]

<<mail id>> <<Name1>> <<Name2>>                                                                                                  <<Date>>
<<Address1>> <<Address2>>
<<City>><<State>><<Zip>>

**NOTICE OF APPROVAL OF SETTLEMENT**

The Court held a Final Fairness hearing in this case on _____, 2016. At that hearing, Judge Payne granted final approval of the class action settlement in the cases listed above. You may no longer object to or opt out of the settlement, but you are still able to make a claim for benefits. This notice contains further instructions that you need to receive the settlement's benefits.

**SUMMARY OF PAYMENT AND BENEFITS TO YOU:**

- You also are entitled to <u>four years</u> of the credit monitoring available from Equifax at no cost to you. You may now activate this product using your unique **Activation Code** at the top of this letter at **www._____.com**. However, if you prefer, instead of receiving this service, you have the option to turn down the four years of Credit Monitoring and to instead receive a cash payment of $180.00, which is equal to the face value of twelve months of Credit Monitoring. In order to receive the $180 cash payment, you must have submitted the completed claim form provided with your class notice to the Settlement Administrator or now do so **within 30 days of the postmark date of this notice. **Note: If you choose to request the $180 payment instead, you may not use this Activation Code.**

- Equifax has also agreed to completely delete all Virginia General District Court judgments from your Equifax credit report.

- You also may be entitled to make a claim for a cash payment if you have not yet done so. Equifax has agreed to pay $3 million into a settlement fund. To qualify as a class member entitled to receive a portion of the fund, you must be a member of the Settlement Class regarding whom Equifax issued a credit report that included an open Virginia General District Court judgment as owing when it was at that time vacated, dismissed, or appealed, or have made a written demand or filed suit against Equifax based upon the allegation that it furnished a credit report containing an inaccurately reported Virginia General District Court judgment. (The amount paid will be split equally between all valid claimants and will primarily depend on how many people submit valid claims). You are eligible to submit a claim for a cash payment if you qualify. In order to make a claim from the Cash Fund, you must have submitted the completed claim form provided with your class notice to the Settlement Administrator or now do so **within 30 days of the postmark date of this notice. However, the Settlement Administrator must receive your completed claim form within 30 days of the postmark date of this notice.**

You may mail your completed claim form to _____. **If you do not still have the claim form, you may obtain a new one at www.____.com** or request one from the Settlement Administrator at (###) ###-####. <u>Claims cannot be submitted over the phone</u>. Again, the deadline to submit claim forms is _____.

---

**IMPORTANT: This Settlement will only correct your Equifax credit report. Your credit report with other credit reporting agencies may still be inaccurate. You may have a claim and right to bring a lawsuit against another credit reporting agency.**
For more information about your rights, you may contact the attorneys at
Consumer Litigation Associates, P.C. at:
email: intake@clalegal.com
nationwide toll-free: 877-FCRA-LAW (877-327-2529)
Northern Virginia office: 703-273-7770
Hampton Roads office: 757-930-3660