```
First Name M.I. Last Name                        Your Unique Claim Number: #####
Street Address 1
Street Address 2
City, ST Zip Code
```

**CLAIM FORM:**        **COMPLETE THIS FORM TO OBTAIN A CASH PAYMENT SUBJECT TO VERIFICATION AS DESCRIBED IN THE CLASS NOTICE.**

INSTRUCTIONS:

1. VERIFY THAT YOUR NAME AND ADDRESS INFORMATION IS CORRECT.

2. ADD YOUR TELEPHONE NUMBER AND E-MAIL ADDRESS.

3. TO CLAIM A CASH PAYMENT, CHECK ONE OF THE BOXES BELOW VERIFYING THAT YOU WERE THE SUBJECT OF A VIRGINIA GENERAL DISTRICT COURT JUDGMENT THAT HAD BEEN <u>VACATED, DISMISSED, OR APPEALED</u> AND YOU BELIEVE THAT YOU WERE THE SUBJECT OF AN EQUIFAX CREDIT REPORT THAT INACCURATELY REPORTED THAT JUDGMENT AS OUTSTANDING, OR THAT YOU PREVIOUSLY SUED EQUIFAX OR MADE A WRITTEN DEMAND UPON IT BASED ON ITS REPORTING OF A VIRGINIA GENERAL DISTRICT COURT JUDGMENT.

4. IF YOU PREFER CASH INSTEAD OF CREDIT MONITORING, CHECK THE BOX TO INDICATE THAT YOU DO <u>NOT</u> WANT FOUR YEARS OF FREE CREDIT MONITORING (A $717.60 VALUE) AND INSTEAD YOU ARE OPTING FOR THE $180 CASH PAYMENT.

5. SIGN TO VERIFY THAT THE INFORMATION YOU ARE SUPPLYING IS CORRECT.

**The deadline to submit a claim is ____, 2016.**

---

**Section I: Updated Personal Information**

If the preprinted information at the top of this form is not correct, make any changes here.
(STOP! Do not complete this section if the preprinted information above is correct)

First Name, MI, Last Name:_____ _____ _____

Mailing Address:_____

City, State, Zip Code: _____

---

**Section II: Additional Information:**

Telephone Number (**required**):  (_____) _____–_____

Email Address (if you have one):_____

Instead of four years of premium Credit Monitoring (a $717.60 value), I would like to receive a cash payment of $180.00 from Equifax.    YES  ☐     NO ☐

---

**Section III: Claim for Cash Payment:**

I previously made a written demand or filed suit against Equifax because I believe it furnished a credit report containing an inaccurately reported Virginia General District Court judgment.
YES  ☐    NO ☐   EXPLAIN IN DETAIL, INCLUDING THE COURT CASE NUMBER:


I was the subject of a Virginia General District Court judgment that had been <u>**vacated, dismissed, or appealed**</u> and I believe that I was the subject of an Equifax credit report that inaccurately reported that judgment as outstanding.
YES  ☐    NO ☐

UNDER PENALTY OF PERJURY

Name:_____