**EXCLUSION Request – Soutter v. Equifax Settlement Administrator**
**Receive No Settlement Benefits**

**(If you choose this option, you are removing yourself from this settlement, will <u>not</u> receive a settlement check or participate in any other settlement benefits)**

To exclude yourself from the settlement, you must complete the attached Exclusion Request, selecting "I am opting out" where indicated, or send a letter stating that you want to be excluded from the settlement of the *Soutter v. Equifax Information Services, LLC* case.  Be sure to include: (1) the name of this lawsuit, *Soutter v. Equifax Information Services, LLC, Case No. 3:10-cv-107*; (2) your full name, current address, and telephone number; (3) the following statement: "I request to be excluded from the class settlement in *Soutter v. Equifax Information Services, LLC*, United States District Court, Eastern District of Virginia, Case No. 3:10-cv-107."; and (4) your signature.

You must mail your Exclusion Request so that it is postmarked no later than _____, to:

                          Exclusion Requests – *Soutter v. Equifax* Settlement Administrator
                          _____
                          _____

---

**Exclusion Request – *Soutter v. Equifax Information Services, LLC* Settlement Administrator**

FILL OUT AND RETURN THIS FORM **ONLY** IF YOU WISH TO EXCLUDE YOURSELF FROM THE SETTLEMENT.  IF YOU WISH TO PARTICIPATE IN THE SETTLEMENT, YOU DO NOT NEED TO RETURN THIS FORM.

\_\_\_\_    I am opting out of the Settlement in *Soutter v. Equifax Information Services, LLC, Case No. 3:10-cv-107*.

    Full name:    _____

    Current address:    _____

                    _____

                    _____

    Phone number:    _____

                                   _____
                                   Signature