*Soutter v. Equifax Information Services, LLC, Case No. 3:10-cv-107* (E.D. Va.)

Class Administrator
_____
_____

<<Name1>>
<<Address1>>
<<Address2>>
<<City>><<State>><<Zip>>          <<Date>>

**ACTUAL DAMAGE RESERVATION OF RIGHTS FORM**

Your Unique ID:

**THIS IS NOT A CLAIM FORM.  THIS IS NOT AN OPT-OUT FORM.**

**YOU DO NOT NEED TO COMPLETE THIS FORM UNLESS YOU INTEND TO FILE YOUR OWN SEPARATE LAWSUIT FOR ACTUAL DAMAGES**

You do not need to complete and send this form unless you intend to reserve your right to sue Equifax in a separate lawsuit on your own to seek recovery of additional actual damages.

**To reserve your right to later seek actual damages, you must return this form to the Class Administrator and it must be postmarked no later than ___, 2016.**

If you receive a payment from the $3 million Settlement Fund, that amount may be set off (reduced) from the amount of actual damages if any, that you recover in a separate lawsuit.

**You must fill out all of the information required below or your Actual Damage Reservation of Rights Form may be invalid.**
If the Settlement Administrator does not receive your form **by the deadline,** you will be bound by the Settlement Agreement and will be barred from bringing a separate action against Equifax for inaccuracies in credit reports based on reporting of Virginia General District Court judgments.

| Section I: Your Personal Information |
|---|
| First Name                      MI            Last Name<br>_____  _____  _____<br><br>Mailing Address: _____<br><br>City: _____  State: _____  Zip Code: _____ |
| Telephone Number (**required**):  (_____) _____-_____<br>Email Address (if you have one):_____ |
| **Section II:  Signature** |

**QUESTIONS?**  Call 1-800-XXX-XXXX, or visit http://_____.com

I RESERVE MY ACTUAL DAMAGE CLAIM IN <u>SOUTTER V. EQUIFAX INFORMATION SERVICES, LLC</u>, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, CASE NO. 3:10-CV-00107-REP.

Signature:_____   Date:_____

Printed Name:_____

**QUESTIONS?**  Call 1-800-XXX-XXXX, or visit http://_____.com