IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA K. SOUTTER,
*For herself and on behalf of all*
*similarly situated individuals,*

    Plaintiff,

v.                                                      Civil Action No. 3:10-cv-00107-REP

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

---

BRENDA ARNOLD and JOYCE RIDGLEY
*For themselves and on behalf of all*
*similarly situated individuals*,

    Plaintiffs,

v.                                                      Civil Action No.: 3:15-cv-00460-REP

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF SELECTION OF CLASS ADMINISTRATOR

Defendant Equifax Information Services LLC hereby gives notice that it has selected RSM US LLP (McGladrey) as the class administrator in this matter.

This 18th day of December, 2015.

                                                  /s/
                                                  John W. Montgomery, Jr.
                                                  Virginia State Bar No. 37149
                                                  Counsel for Equifax Information Services, LLC
                                                  John W. Montgomery, Attorney, PLC
                                                  2116 Dabney Road, Suite A-1
                                                  Richmond, Virginia 23230
                                                  Telephone: (804) 355-8744

Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com

DMSLIBRARY01\27785822.v1

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Leonard A. Bennett
Matthew James Erausquin
Consumer Litigation Associates PC
3615-H Chain Bridge Rd
Fairfax, VA 22030
*Counsel for Plaintiff Donna Soutter*

Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212

Matthew James Erausquin
Consumer Litigation Associates PC
1800 Diagonal Road
Suite 600
Alexandria, VA 22314

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
John W. Montgomery, Attorney, PLC
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone: (804) 355-8744
Facsimile: (804) 355-8748
Email: jmontgomery@jwm-law.com